**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PABLO MORENO GONZALEZ, *et al.*, </br></br>Plaintiffs,</br></br>v.</br></br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,</br></br>Defendants. | Case No. 25-cv-13323</br></br>Class Action |

**EXHIBIT LIST TO PLAINTIFFS'
CIVIL RIGHTS CLASS ACTION COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

| Exhibit No. | Description |
|---|---|
| 1 | Nationwide Hold Room Waiver Memo |
| 2 | Directive 11087.2, *Operations of ERO Holding Facilities* |
| 3 | 2023 Audit |
| 4 | 2018 Audit |
| 5 | Declaration of Steve Held |
| 6 | Declaration of Claudia Pereira Guevara |
| 7 | Declaration of Juan Gabrial Aguirre Alvarez |
| 8 | Declaration of Laura Smith |
| 9 | Declaration of Louise Carhart |
| 10 | Declaration of Khiabett Osuna |
| 11 | Declaration of Juan Gaspar-Nochebuena |
| 12 | Declaration of Jane Doe |
| 13 | Declaration of Willian Alberto Giménez González |
| 14 | Declaration of Martin Temich Polito |
| 15 | Declaration of Valentin Toto Polito |
| 16 | Declaration of Jose Guerrero Pozos |
| 17 | Declaration of John Doe |
| 18 | Declaration of John Cerrone |
| 19 | Declaration of Jasmine Pedraza |
| 20 | Declaration of Chao Zhou |

| Exhibit No. | Description |
|---|---|
| 21 | Declaration of Samuel Ochoa Ochoa |
| 22 | Declaration of Kimberly Weiss |
| 23 | Declaration of Robert Held |
| 24 | Declaration of Kevin Herrera |
| 25 | Declaration of Karina Ayala-Bermejo |
| 26 | Declaration of Constance Lara |
| 27 | Declaration of David A. Mejia |
| 28 | Declaration of Brad Thomson |
| 29 | Declaration of Jacqueline Spreadbury |
| 30 | Declaration of Representative Danny K. Davis |
| 31 | Declaration of Representative Jesús "Chuy" García |
| 32 | Declaration of Sister JoAnn Persch |
| 33 | Declaration of Reverend Abby Holcombe |
| 34 | Declaration of Shelby Vcelka |
| 35 | Declaration of Representative Delia Ramirez |
| 36 | Declaration of Santos Rebolledo Altamiran |
| 37 | Declaration of Jennifer Peyton |
| 38 | Declaration of Jack Doe |
| 39 | Declaration of Juan Munoz |
| 40 | Declaration of Fredy Cazarez Gonzalez |