# EXHIBIT 5

## DECLARATION OF STEVE HELD

I, Steve Held, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a journalist with Unraveled Press, a Chicago-based investigative reporting publication. I previously worked as an independent journalist, then formed Unraveled Press in 2024 with another independent journalist in the Chicago area.

### Reporting at Broadview

2. Over the past several months, I have been reporting about the current immigration enforcement push in the Chicago area, including reporting from the ICE facility at 1930 Beach Street in Broadview, Illinois ("Broadview").

3. At all times while reporting from Broadview, I have worn press credentials displayed around my neck. In late September, I also began wearing a helmet and backpack that said "press."

4. On Saturday, September 27, 2025, I went to Broadview at around 5:30 p.m. to report on protests occurring outside the facility. While I was off of the street, recording federal officers making an arrest, and attempting to follow officer instructions, I was tackled and arrested without any apparent justification.

### Detention in Broadview

5. After I was tackled, agents took me through the north parking lot at the Broadview facility and brought me inside. An FBI agent sat me down and took off my helmet, glasses, and respirator. He then confiscated those items along with my driver's license, belt, phone, and everything in my pockets.

6. Agents then took me to a small holding room they were using to detain all the men arrested at the protest, plus one trans woman arrested at the protest. Next to that room, agents were using another small holding room to detain another woman arrested the protest.

7. For the next few hours, agents processed the people who were arrested at the protest. The processing was very disorganized. Agents would occasionally come in and ask which of us had already been processed or whether we had been processed by HSI agents or FBI agents. Some of the agents weren't wearing uniforms that displayed what agency they worked for, so people did not always know which agency had processed them.

8. Eventually, I was taken from the holding cell to a larger room in the center of the facility for processing by an FBI agent. She had written down my name and other personal details, like my birthdate, on a small piece of notebook paper. She escorted me to an agent who I believe worked for HSI. He asked the FBI agent for my arrest intake form. She gave him the small piece of paper and asked if she really had to fill out the form. He indicated he would collect the necessary information from me and she could skip the form. He took my fingerprints and mugshot.

1

9.  At another point while I was being processed, a different FBI agent stopped in and gave the HSI agent a note with the name of my attorney and his phone number.  I learned from the FBI agent that my attorney had arrived outside Broadview and asked the agents to let him speak to me.  The FBI agent asked the HSI agent if I had been granted my phone call yet, and he said no. The FBI agent asked the HSI agents if the phones in our cell worked. They indicated they did not know. I informed them that the phones did not seem to work.  The FBI agent then instructed the HSI agent to let me call my attorney after my processing was complete.

10. After my processing was complete, agents took me back to the same small holding cell I was in before.  I asked the agents to let me call my attorney, but they told me I would be released in a few minutes and could talk to him then.  I saw from an agent's watch that it was around 10:30 p.m. when they said that.

11. Instead of releasing me a few minutes later, they kept me in the holding cell for about three more hours, until around 1:30 a.m.

12. I tried to call my wife at least three times from the phones in the cell, but none of the phones worked.  The phones in the cell all had a pre-recorded message that gave callers two options:  use a pre-paid card to make a call, or make a 20-second call for free.  I did not have a pre-paid card, so I tried several times to make a free call to my wife.  Each time, the phone never connected and eventually just said the person I called never answered.

13. The day after my arrest I asked my wife about the phone calls, and she said she was waiting by her phone with the volume turned up to the maximum level and "do not disturb" turned off. Her phone never rang, but when I looked at her call log there were three missed calls.

14. Other people in my cell tried to make phone calls too, and none of us got through to anyone.  Several people tried to call a legal hotline number.  Others tried to call their families.  Even one person in the cell with a pre-paid card could not successfully make a call.  I don't believe any of the phones in that cell worked at all. Whether intentionally designed to behave this way or not, the phones do not actually connect calls and only connect for the minimum time necessary to log a missed call on the recipient's phone.

15. At around 1:30 a.m., agents let me leave the Broadview facility.  They led me through a garage, out the garage door, then out of the fence surrounding the facility onto Harvard Street.  I was not charged with anything. For over six hours, I was unable to contact my lawyer, or anyone from the outside.

**Conditions Inside Broadview**

16. I spent most of my time at Broadview in the same small holding cell with other people arrested at the protest.  I was also taken into a larger room in the center of the facility for processing (the "center room").  The center room contained rows of agent workstations and

benches where detainees sat for processing.  The center room was connected to four different holding cells: the two smaller holding cells used to detain protestors, including the cell I was kept in, and two larger cells that appeared to be holding immigration detainees.

17. Each of the four holding cells had large windows that looked out into the center room.  At first, I could look out the window of my holding cell and see into the center room and parts of the two immigration detainee holding cells.  Within the first hour or two, agents taped paper bags over the windows so that we could not see what was going on in other areas of the facility.  I also noticed that part of the window to one of the immigration detainee holding cells was covered with paper bags, but not all of it.  I am not sure if agents covered that window before I arrived or not.

18. One of the men in my cell, who had also been arrested at the protest, had to take off his clothes because they were soaked with the chemicals used by agents on the protestors and were burning his skin.  He asked the agents for a different shirt and they eventually brought him something that looked like a hospital gown.

19. Chemicals used by agents at the protest outside made it inside the facility because they were tracked in by agents and people arrested at the protest.  I noticed that agents closest to the building entryway and those handling people arrested at the protest were exhibiting some effects of the residual pepper spray, pepper ball dust, and tear gas.  Some of the people in my holding cell joked about how agents had reactions when they tried to remove shoelaces from their dust-covered shoes.

20. In our holding room, the effect of the chemicals was tolerable but noticeable.  I experienced minor congestion and sneezing.  I was arrested early, before they deployed any chemical munitions outside, so any effects I felt were from chemicals being tracked in.  Several folks in the holding room with me had been heavily exposed.

21. I had the chance to observe the two immigration detainee cells both before my cell's window was covered and also while I was in the center room being processed.  One of those cells appeared to hold about 40 male immigration detainees, and the other appeared to hold around 10-12 female immigration detainees.

22. All four cells had cinderblock walls and concrete floors.  Each cell had at least one toilet, but the toilets were mostly exposed and only covered by a small half concrete wall.  The agents gave small, flat sandwiches and water bottles to the people in my holding cell, but I don't know what they gave to the people in the other cells.

23. The male immigration detainee cell looked very crowded.  I would estimate that it was around 30 by 30 feet.  Men in that cell were trying to lay down, but there was not enough space for all of them to spread out.

24. None of the cells had any furniture except plastic chairs.  I could see that some people in the male immigration detainee cell had pushed together the chairs to make a surface to lay

3

on, but there was not enough room for all of them to do that. I saw some men laying on the concrete floor. A few men had foil blankets, but not many. One man had gauze wrapped around his head, as if he had experienced a head injury.

Executed on <u>22</u> of October 2025, in Chicago, Illinois

DECLARANT

Steve Held