# EXHIBIT 12

# DECLARATION OF JANE DOE[1]

I, Jane Doe, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I was held at Broadview for three days in late-August 2025.

2. The officers did not give me a phone call when I arrived.

3. An immigration agent processed me and asked if I wanted my kids to be deported with me. The agent tried to get me to sign a document, which I understood to be a document agreeing to deportation with my kids. I refused to sign the document and told the agent that I needed to see my lawyer.

4. The agent got their supervisor, who told me I needed to sign the paper. They were mad that I would not sign the paper. The officers told me that I could not talk to my lawyer because I was just going to be deported.

5. The officers also gave me another document with multiple checkboxes that listed different reasons for deportation.

6. The officers gave me my phone to grab my contacts, and I was able to reply to text messages that had come in for about five minutes. They then told me to turn it off and took it away from me.

7. I was held in a room with glass walls with two other women. I was able to see everyone in the other holding areas and the people in the other holding areas could see me.

8. There were two phones in the room. You could make a call, but it would only go through for about 15 seconds before the person on the other end was prompted to create an account and add money to it. I was not able to get through to my lawyer on this phone.

---

[1] *See United States v. Abu Marzook*, 412 F.Supp.2d 913, 923–24 (N.D.Ill.2006) (Pseudonyms can be used when a witness's safety must be maintained); *see also United States v. Cavallaro*, 553 F.2d 300, 304 (2d Cir. 1977) (same).

1

9. I repeatedly asked the officers to let me speak to my lawyer, but they ignored me. I did not see anyone who had the opportunity to talk to a lawyer.

10. The floor in the room where I spent three days was concrete. There were no beds or mattresses. The only place to lie down was on benches around the room. They were made of a rubbery material. I used toilet paper as a pillow. There were bugs under the seats; I saw centipedes, spiders, and roaches.

11. The room was extremely cold. I could feel cold air coming through the AC vents. We were not given additional clothing, and we only received foil blankets for warmth and to cover ourselves, and not until the third day. I was wearing jean shorts, a crop top, and Crocs, the clothes I had been arrested in.

12. The officers kept the lights in my room on the entire time I was there, even overnight. I covered my eyes with my shirt and my arm to try to block the light and sleep.

13. There was no privacy. We were in full view of the male officers and the detainees, even when we used the toilet. There were cameras as well, even in the toilet area.

14. There was no separate bathroom. There was a toilet and a sink in the room with a small metal piece for privacy that did not provide full coverage. We had to use a trash can and hold up a foil blanket to block the men from seeing us use the toilet.

15. We only had a little piece of soap and no menstrual products. One of the other women in the room was on her period. I had to translate to help her ask the officers for menstrual products.

16. There was no shower. I did not shower for four days while in ICE custody, the three days I was at Broadview and the fourth day while being transported to a detention facility.

17. I also was not able to brush my teeth because there were no toothbrushes or toothpaste.

2

18. The only food we received was Subway sandwiches, the regular 6-inch size. We received these twice a day, around 7:00am and again around 4 or 5:00pm. Because there was no lunch, I saved half of my sandwich from the morning to eat at lunch. The sandwiches were always ham or turkey. Along with the sandwiches we were given water bottles. When the bottles were empty, we had to fill them with water from the sink, which was attached to the toilet.

19. Prior to my arrest, I had cut one of my toes. My toe was injured further during my arrest. I asked for medical attention for my toe but was told that I would have to wait until I was at a detention facility.

20. The officers ignored us when we tried to get their attention. They mainly paid attention to the men in the other rooms. The men's section was very crowded.

21. We had to bang on the glass to get their attention. When they did come over, they were rude to the women. They would threaten to isolate us.

22. There was no shower. I did not shower for four days while in ICE detention.

23. The only food I received was Subway sandwiches twice a day. They were six-inch sandwiches with turkey or ham. We got them once around 7 a.m. and again around 4-5 p.m. I saved half my morning sandwich for lunch.

24. Prior to being arrested, I cut my toe. My toe was further injured during my arrest when ICE officers tossed me in the car and hit it with the car door. I asked for medical attention at Broadview but the officers said "no." They told me I would have to wait until I was at a detention facility to get medical attention. I was at Broadview for three days without medical attention. I still have not seen medical at my current detention facility.

3

25. I was transferred out of Broadview on a Monday around 6 a.m. I did not get any food or water before or during transfer. I was taken in a van to an airport about three hours away and then put in a car to go to another detention facility. During transport, I had on tight handcuffs, leg shackles, and a waist chain attached to the handcuffs for several hours.

26. I told the officers I was thirsty, but they denied me water. I did not have anything to eat or drink until I got to the detention facility that afternoon. I did not shower until 2 or 3 p.m. that day.

27. I am signing this declaration using a pseudonym because I have pending U Visa and cancellation applications and fear retaliation from federal law enforcement authorities if my true identity is revealed in a public document.

Executed on 29 (day) of September (month) 2025

*Jane Doe*
Jane Doe

4