# EXHIBIT 14

# DECLARATION OF MARTIN TEMICH POLITO

I, MARTIN TEMICH POLITO, make the following declaration based on my personal knowledge:

1. My name is Martin Temich Polito and I am competent to make this declaration.

2. I was detained at the Broadview ICE facility from the afternoon of Sunday, September 28, 2025, to the morning of Monday, September 29, 2025.

3. When I got to Broadview, an ICE officer searched me and took all my belongings, including my shoelaces. They took off the handcuffs at this time.

4. An officer fingerprinted me and gave me two pieces of paper. The paperwork was in English, so I did not understand most of it because I only speak Spanish. I understood that it said I had a court date in October. The paperwork listed my address as a Texas detention center, but I was in Chicago, and I never went to a Texas detention center.

5. The officer asked if I wanted to appeal my case or leave voluntarily. He told me to sign the document if I wanted to leave voluntarily. I told him that I did not want to leave voluntarily, and I wanted to appeal my case. I did not sign the document.

6. I asked the officer if I would get a lawyer. The officer responded that the government would give me a lawyer after I was transferred out of Broadview.

7. I was never given the opportunity to talk to a lawyer the entire time while I was at Broadview. I did not receive any information on my rights or a list of lawyers to contact for legal assistance.

8. I was allowed to make a brief call on my personal phone to my family. They did not know where I was. I told them that I was detained by ICE.

9. I later learned that my coworkers tried to find me on the ICE detainee locator website after I was taken. I did not show up in the system for a while. I then briefly showed up on the website but disappeared again after 5 or 10 minutes.

10. I received the document which stated that I had a court date at the Port Isabel Service Processing Center in Texas on October 16, 2025.

11. I was held in two different rooms at Broadview. The first one was a smaller room. There were about 7-8 people in that room.

12. The smaller room had one toilet. There was no privacy when using the toilet. Everyone in the room could fully see people while they used the toilet. There was a glass window, so people outside the room could also see when people inside the room used the toilet.

13. ICE processed me and then placed me in a slightly larger room. I estimate that this room was about 4 meters by 4 meters. There were around 30-40 other people in the room, and it was very crowded and very dirty. There were empty water bottles and trash on the floor. The only furniture was some plastic chairs.

14. This room had two dirty toilets with a sink attached. There was a short wall next to the toilet, about one meter tall. The wall only provided some privacy for people using the toilet from the waist down.

15. There were two showers in the bigger room, but neither one worked. I did not receive soap, toothpaste, a toothbrush, or any other hygiene products.

16. I could not sleep while I was at Broadview because there were too many people around me. There were no beds or mattresses to sleep on. Some people tried to sleep slouched over on the chairs and others tried to sleep on the floor. I tried to sleep on the floor.

17. It was extremely cold and I was wearing shorts. I asked for pants because I was very cold. I was eventually given a pair of sweatpants, but I was still very cold. I did not receive anything else to keep me warm. This made it difficult to sleep.

18. Some people had thin plastic-like blankets which rustled loudly, making it difficult to sleep. There was a lot of movement due to all the people in the room, which also made it difficult to sleep.

19. I was only given one small sandwich and one small bottle of water around 6:00 or 7:00 p.m. on Sunday. I was not given any more food or water at Broadview. This was not enough food or water for me.

20. I did not eat or drink again until Monday afternoon when I was on the airplane.

21. On Monday, September 29, 2025, around 9:00 am, I was taken out of Broadview and placed in a van and taken to the airport. I was then placed on a plane with around 50 other people. Almost everyone who was detained at Broadview with me was taken out at the same time. The plane stopped in Indiana, where more people got on. Then, the plane went to Texas.

22. Once we arrived in Texas, I was placed on a bus. I asked an official where we were going. He told me we were going to Matamoros Bridge. The bus took us to the Mexico-U.S. border. Once we arrived at the border, I was instructed to get off the bus and cross the border. I complied.

23. I was confused to have been deported because I did not sign any documents. I told the officer at Broadview that I did not agree to voluntary departure and I wanted to appeal my case. I was not given any opportunity to speak with a lawyer before I was removed.

This declaration was read to me in Spanish, a language that I know and understand. I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 16, 2025, in Veracruz, Mexico.

*Esta declaración me fue leída en español, un idioma que conozco y comprendo. Declaro bajo pena de perjurio, conforme a las leyes de los Estados Unidos, en 28 U.S.C. § 1746, que lo anterior es verdadero y correcto.*

*Ejecutado el 16 de Octubre, 2025, en Veracruz, México.*

Martin temich polito (Oct 16, 2025 18:06:44 MDT)

Martin Temich Polito

CERTIFICATE OF TRANSLATION

I, Maikel Arista-Salado, certify that I am fluent in both the English and Spanish languages and that I am competent to translate between them. I have read the attached declaration to Martin Temich Polito in Spanish, and he confirmed that he understood and agreed to its contents before signing.

Date: October 16, 2025.

_____

Maikel Arista-Salado, Paralegal