# EXHIBIT 17

**DECLARATION OF JOHN DOE[1]**

I, John Doe, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I was arrested by ICE in late September 2025 and held at Broadview detention facility for four days.

2. It took about 5 hours to get to Broadview after my arrest. I was handcuffed and placed in leg shackles and a waist chain the whole time.

3. I saw four holding rooms at Broadview. I spent one day in a small room with about 50 other people and the remaining time in a different room with about 100 other people. There was one room for women.

4. The rooms were very crowded. I had to fold my legs while seated on the floor. There was no room to extend my legs. There were people all over the floor.

5. There was one toilet in the first room and two toilets plus a shower in the second. People had to use the bathroom in view of everyone else. The bathrooms did not have a door or barrier. There was no privacy. I did not use the shower.

6. There were a couple of couches in each holding room. Some people found room to sleep on the couches, including on the back of the couch. Everyone else slept on the floor.

7. I slept on the couch one night and on the floor the remaining nights. The floor was very cold. The officers did not give me a blanket or extra clothing. I spent the four days wearing the same clothes I was wearing at the time of my arrest.

8. The room was so full of people that my body was touching those sleeping around me. I could not reach the bathroom during the night because the floor was completely covered with people lying down to sleep.

9. It was difficult to fall asleep because the officers kept the lights on throughout the night. They never turned them off.

10. There was a phone in the holding room I was in. People took turns to use it for short 5 to 10 minutes calls. I called my wife every day using that phone. It cost her $100 to take my calls.

11. The room was dirty and we were not given any hygiene products. There was no soap or toothcare products.

12. ICE officers gave each person a small water bottle three times per day.

---

[1] *See United States v. Abu Marzook,* 412 F.Supp.2d 913, 923–24 (N.D.Ill.2006) (Pseudonyms can be used when a witness's safety must be maintained); *see also United States v. Cavallaro,* 553 F.2d 300, 304 (2d Cir. 1977) (same).

13. ICE officers gave each person a 6-inch subway sandwich once a day. I told the officers I have a religious diet and could not eat the sandwich. They told me it is my choice to take it or leave it. I did not eat the whole time I was at Broadview.

14. On the second day of my detention, an ICE officer took me to the open area that had working stations for the officers. He took my fingerprints and asked me questions about my immigration status.

15. The officer held a paper for me to sign. The paper had my fingerprints and a line for my signature and a line for the signature of the ICE officer. I told him I do not want to sign the paper without reading it. The officer did not let me read it and told me to just sign and not worry about it. I refused to sign.

16. The officer did not explain to me what was in the paper. He did not tell me I had the right to speak with a lawyer.

17. I saw officers push around two Hispanic men and to get them to sign the paper. I did not see what happened next.

18. I saw an ICE officer pin a 60-year-old man to the floor with the officer's knee on the man's back, while another officer held the man in a headlock.

19. I am signing this declaration using a pseudonym because I have a pending application to USCIS and fear retaliation from federal law enforcement authorities if I my true identity is revealed in a public document.

Executed on 18th of October 2025, in Chicago, IL

_____
JOHN DOE (Oct 21, 2025 12:14:10 CDT)
John Doe