# EXHIBIT 18

## **DECLARATION OF JOHN CERRONE**

I, JOHN CERRONE, make the following declaration based on my personal knowledge:

1. My name is John Cerrone. I am competent to make this declaration.

2. On September 26, 2025, I was arrested by federal agents while attending a public demonstration near the Broadview ICE facility in Broadview, Illinois.

3. After I was arrested, I was brought inside the Broadview facility through what appeared to be a garage. Agents searched me and took all of my belongings, including my boots. I was left in my socks; they did not provide me with shoes.

4. Agents put me in a small cell by myself. The cell had two rubber chairs. The cell was very dirty. There were multiple splotches of what appeared to be blood and other bodily fluids on the walls. There was one sink in the cell, which was disgusting. It had hair and what looked like blood and mucus in it.

5. The room was freezing cold. It seemed like the AC was turned all the way up to make the room as uncomfortable as possible.

6. Before being arrested, I had been shot with pepper balls and tear gas. I was also shot in the head with rubber-coated bullets. My clothes were covered in chemicals from the tear gas and pepper balls, as was my face and body. When I was brought inside Broadview, I could not see very well because of the tear gas and pepper spray. They did not offer me any medical attention, so I was forced to use the filthy sink to try to wash the chemicals out of my eyes. There was no soap in the cell. I spent between 2 to 4 hours in this small cell.

7. I was then handcuffed and then taken to another room. I remained handcuffed for the rest of the time I was detained inside Broadview, about 5 to 7 hours.

8. The room they brought me to looked like an attorney visitation room. There was a big glass window and wall separating the two halves of the room, and there were phones on either side of the window that could be used to talk to a person on the other side. Another person was detained on the other side of the window.

9. I was by myself in this room. While I was detained, I asked agents multiple times for a phone call and asked them multiple times to speak with my lawyer. They never allowed me to make a phone call, and they ignored me when I asked to speak with my lawyer. They did not allow me to speak with my lawyer at any time while I was inside Broadview.

10. Around 6:00 pm, a DHS agent came into the attorney visitation room. He immediately began coughing and commented that I had a lot of gas on me. I was still in clothes soaked in chemical weapons. They never offered me a change of clothes.

11. The DHS agent started to ask me questions. I told the agent I would not speak to him without speaking with my lawyer. He did not allow me to call or speak with my lawyer.

12. Later, a federal agent wearing riot gear came inside the building and stood near the door to the attorney visitation room. He asked, "where's the pussy at?" and bragged to other agents about how he shot me in the head with rubber bullets. He described how he was "shooting this guy in the head," referring to me, and that "they kept bouncing off." He also said that I "might have a screw loose." The agents in the building knew that I had been shot in the head with rubber-coated bullets, but they never asked about my condition or offered me medical care.

13. Shortly before I was released, another DHS agent came back into the attorney visitation room where I was being held. He asked me to sign a citation. I asked him for my glasses, which were in my backpack that they took when they arrested me. The agent responded,

2

"That's okay, you don't need your glasses." He asked me to sign the citation without my glasses. I refused to sign anything and asked for my lawyer.

   14.  While I was detained at Broadview, I received one 6-inch Subway sandwich. I received no other food.

   15.  I was detained inside Broadview for about nine hours.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 21, 2025 in Chicago, Illinois.

                      John Cerrone (Oct 21, 2025 18:44:14 CDT)
                      John Cerrone

# 2025.10.17 John Cerrone Draft Decl.rev10.21

Final Audit Report                                                                                          2025-10-21

| | |
|---|---|
| Created: | 2025-10-21 |
| By: | Jamia Russell (jamia.russell@macarthurjustice.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAreIDnoj-SBPvMhR2wwLFYfqpxc7YmTgf |

## "2025.10.17 John Cerrone Draft Decl.rev10.21" History

- Document created by Jamia Russell (jamia.russell@macarthurjustice.org)
  2025-10-21 - 11:41:48 PM GMT

- Document emailed to johnfree0104@proton.me for signature
  2025-10-21 - 11:41:52 PM GMT

- Email viewed by johnfree0104@proton.me
  2025-10-21 - 11:42:28 PM GMT

- Signer johnfree0104@proton.me entered name at signing as John Cerrone
  2025-10-21 - 11:44:12 PM GMT

- Document e-signed by John Cerrone (johnfree0104@proton.me)
  Signature Date: 2025-10-21 - 11:44:14 PM GMT - Time Source: server

- Agreement completed.
  2025-10-21 - 11:44:14 PM GMT

Adobe Acrobat Sign