# EXHIBIT 19

# DECLARATION OF JASMINE PEDRAZA

1. I JASMINE PEDRAZA, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am an immigration lawyer based in Elgin, Illinois, at the Law Offices of Shirley Sadjadi, P.C., and I have practiced for about seven years. I have represented clients detained at Broadview Processing Center ("Broadview"), 1930 Beach Street, Broadview, Illinois, by U.S. Immigration and Customs Enforcement (ICE) and the Department of Homeland Security.

3. From on or about the morning of September 17, 2025, until September 20, 2025, my client was detained at Broadview. I am not identifying the name of my client because he fears retaliation or other action by the federal government to interfere with his pending immigration case.

4. Before he was detained, I represented my client before the U.S. Citizenship and Immigration Services to adjust his immigration status. My client had been interviewed and was waiting for adjudication on his adjustment of status.

5. During the three days that he was detained at Broadview, I could not schedule a legal call or visit with my client. I could not speak to my client, and I did not receive any phone calls from my client.

6. During the three days he was detained at Broadview, I emailed the Chicago Field Office, Enforcement & Removal Operations for ICE at Chicago.Outreach@ice.dhs.gov multiple times to contact my client, but I did not receive any responses. I also called the Chicago Field Office for ICE at (872) 351-3990 multiple times, but the calls were disconnected each time.

7. During his detention at Broadview, my client's daughter contacted me. Her father, my client, had three brief telephone calls with his daughter. In the calls, he described Broadview as overcrowded and said that he was only given a sandwich to eat. At some point, my client texted his daughter a photograph of a Notice to Appear, a legal document from the Department of Homeland Security that gives notice that removal proceedings may begin in immigration court. The daughter forwarded the Notice to Appear to me, and that was the last time she spoke to her father while he was in Broadview.

8. I was worried about my client because he needed medication, but there was no one that I could speak with at ICE or Broadview to assist him. I had to contact the Mexican Consulate to ask for assistance to make sure that my client had his medication.

9. On information and belief, during the three days that my client was at Broadview, he did not have access to hygienic products like soap, a toothbrush, and toothpaste, nor a shower. He did not have a bed and was given limited food and water each day.

10. On about midday Saturday, September 20, 2025, my client was transferred from Broadview to an ICE detention facility in El Paso, Texas.

Executed on the 7th of October 2025, in Elgin, Illinois

_____
Jasmine Pedraza