# EXHIBIT 21

### DECLARATION OF SAMUEL ALEJANDRO OCHOA OCHOA

I, SAMUEL ALEJANDRO OCHOA OCHOA, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is SAMUEL ALEJANDRO OCHOA OCHOA.

2. I was detained at Broadview Processing Center ("Broadview"), 1930 Beach Street, Broadview, Illinois, twice this year. The first time was around June 12, 2025, and the second time was about September 8, 2025, until the night of September 9, 2025.

3. In June, when I went to Broadview, the officers processed my paperwork and then sent to me a detention center in Kentucky. I spent the next three months detained in Kentucky.

4. On or about early September 2, I was transferred to Clay County Jail in Brazil, Indiana and then sent to a detention center in Texas. After a few days in Texas, I was brought back to Indiana and then taken back to Broadview, Illinois. I did not understand why ICE was taking me to Broadview.

5. Most of the ICE officers at Broadview speak Spanish, which is my first language. When I got to Broadview on September 8, I asked to call to my attorney, but the ICE officer told me no and did not provide me with any information about attorneys.

6. I was taken to a cell with a public telephone and I was allowed to use it briefly to make a call to my partner. He had to put money on a calling card to talk to me. It was not a private call and everyone could hear me, including ICE officers.

7. I spent about 24 hours in Broadview in a cell with 30 other men. The cell seemed only large enough to hold fifteen men. The men's cell had no beds. There were plastic chairs that some men were sitting on. The rest of the men had to lie on the concrete floor or stand up.

8. The men's cell was extremely cold, and I did not have a blanket. The lights were on the entire time, including at night. I had to lie down on the cold concrete floor. Due to the cold, the lights, and the cold floor, I could not sleep.

9. In the men's cell, there was no soap or any ability to wash or sanitize my hands or keep clean. No one offered me a shower or a change of clothes.

10. In the men's cell, there was a toilet, but there was no privacy, and other men could see when a person used it. The cell had a window that looked out into where the ICE agents processed detainees, and others could see when the men used the bathroom.

11. From the men's cell, you can see into the women's cell, and there was no privacy.

12. In the women's cell, I saw a pregnant woman. She asked the ICE officers for medication that she needed, but they would not provide her with any medication.

13. During the time that I was at Broadview, I was sick. I had a fever and a sore throat, and I was taking the medicine prescribed to me while I was in Texas. I had one dose with me when I arrived at Broadview. I was supposed to take this medicine every eight hours. I asked the ICE officers to give me medication because I was sick, but they said no. I told an ICE officer that I might have COVID. I asked for a COVID test, but I got no answer. I did not receive any medicine or COVID test for entire time that I stayed at Broadview.

This declaration was read to me in Spanish, a language that I know and understand. I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.
Executed on October 27, 2025, in Chicago.

Esta declaración me fue leída en español, un idioma que conozco y comprendo. Declaro bajo pena de perjurio, conforme a las leyes de los Estados Unidos, en 28 U.S.C. § 1746, que lo anterior es verdadero y correcto.

Ejecutado el 27 de Octubre, 2025, en Chicago.

_____
Samuel Ochoa Ochoa

### CERTIFICATE OF TRANSLATION

I, Carolina Baizan, certify that I am fluent in both the English and Spanish languages and that I am competent to translate between them. I have read the attached declaration to Samuel Ochoa Ochoa in Spanish, and he confirmed that he understood and agreed to its contents before signing.

Date: October 27, 2025.

_____
Carolina Baizan