# EXHIBIT 22

## **DECLARATION OF KIMBERLY WEISS**

I, Kimberly Weiss, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an immigration attorney with approximately 20 years of experience. I am licensed to practice law in the State of Illinois, and I represent clients before U.S. Citizenship and Immigration Services (USCIS), U.S. Immigration and Customs Enforcement (ICE), and the Executive Office for Immigration Review (EOIR), including the Chicago Immigration Court. My practice includes removal defense, family-based immigration, hardship waivers, and humanitarian relief such as widower petitions under INA § 201(b)(2)(A)(i).

2. I have represented multiple clients who have recently been detained at the ICE Broadview facility located at 1930 Beach St. in Broadview, Illinois.

3. As of this writing, I have a client currently at Broadview. He is a 65-year-old man. He was arrested by ICE and taken to Broadview on Monday, October 13, 2025. I filed my G28 and uploaded a bond packet and custody redetermination motion through e-service and ECAS (EOIR Courts & Appeals System), the immigration court filing system. His adult daughters have not heard from him in more than 48 hours.

4. Another one of my clients is a 56-year-old widower and single father to four children. He entered legally and had a work permit, Social Security number, and driver's license. He is a fully trained and certified union journeyman roofer. His U.S. citizen wife passed away this year, leaving him as the sole caregiver to their four U.S. citizen children.

5. On Sunday, October 12, 2025, ICE arrested my client outside his home. His minor children contacted me terrified. That same evening, I opened his case, filed a motion for bond, a motion to redetermine custody so he could be released, my appearance form, and an emergency stay of removal to stop deportation. The court responded immediately and granted a hearing for this week.

6. My client had a strong case. He is the surviving spouse of a U.S. citizen and therefore eligible to seek relief through a widower (I-360) petition. He was also the father and primary caregiver of four U.S. citizen children. He had lived in the United States for decades, worked steadily, and had deep family and community ties. He was doing everything right. He also qualifies for Adjustment of Status through one of his adult U.S. citizen children, since his last entry to the U.S. was lawfully inspected.

7. But the conditions inside the Broadview Detention Center were so inhumane that he couldn't bear it. He described people being carried out on stretchers; he wasn't sure

whether they were alive or dead. Detainees were not allowed to drink water. The air was thick and suffocating. He said people were gasping for breath, and he saw some going into cardiac arrest.

8. Officers threatened him repeatedly to sign his own voluntary deportation. They used an ICE agent as a "translator" to lie about what the document said. He didn't have his glasses and couldn't read the document, but he was terrified he'd be next to collapse from the unbearably thick air and lack of access to water, leaving his children an orphan since their mother passed away earlier this year. He signed under duress on Thursday, October 16, 2025, after being held at Broadview since Sunday, October 12, 2025. They told him, "You have no rights here," and, "if you don't sign, you'll stay in jail for fifteen years."

9. By the time he signed on Thursday, October 16, 2025, I had already filed my attorney appearance, and a court date was already set for a bond/custody hearing. He told the ICE agents he had a lawyer. But by the afternoon, he was already on the other side of the border.

10. His 12-year-old daughter, already grieving the loss of her mom earlier this year, now has to process the loss of her father too. His other children, all U.S. citizens, are likewise struggling with the sudden and permanent separation from their only surviving parent.

11. There's no accountability for what happens inside Broadview. It's overcrowded, filthy, and cruel. People are coerced into signing away their rights under conditions that amount to psychological and physical torture. Attorneys are often unable to intervene in time, even when court hearings have already been scheduled.

12. They keep transferring people into the facility even when there is no room for them. Elected officials are regularly denied access to see what's happening inside. And there's no system for oversight, even when conditions amount to torture.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 18, 2025, in Chicago, Illinois.

Kimberly Weiss