# EXHIBIT 23

### **DECLARATION OF ROBERT HELD**

I, Robert Held, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney with Held Law Offices in Chicago, Illinois. I practice trust and estate litigation. I am 68 years old.

2. Over the past several weeks, I have attended several protests at the ICE facility at 1930 Beach Street in Broadview, Illinois ("Broadview").

3. On Saturday, September 27, 2025, I went to Broadview at about 12:30 pm to attend a protest. At around 5:30 p.m., I was standing near one of the gates outside the facility with the gate separating me from the facility. Border Patrol Commander Gregory Bovino told me and others, "All Pedestrians will move outside the road now or you will be arrested for impeding." Immediately he said, "Let's move em out" while gesturing to dozens of agents who began advancing on the protestors through the fence he had just opened. (While he was saying, "Let's move em out," I tried to ask for clarification but was drowned out and cut off.) I started backing up and eventually turned to run to the sidewalk to get out of the street. Agents ran up behind me and began chasing me. I stopped when I got to a fence, and the agents told me to get on the ground and put my hands behind my back. After I was in their custody and in handcuffs, agents put me inside a vehicle with another man who was also detained. Border Patrol Commander, Greg Bovino, approached the vehicle and said to me "Now what do you want to say to me?"

4. Agents then brought me inside Broadview to a holding room. They had taken all the items out of my pockets, including my phone, when they ordered me on the ground previously. There were several other people detained at the protest after me who were also brought to that room, including a half dozen men and one trans woman. The room had a toilet and several modular plastic chairs. The room also had windows that looked out into other parts of the facility, but agents eventually covered those windows up with paper so we couldn't see outside of the room.

5. At one point, agents took me out of the holding room and led me down a hallway to a smaller interrogation room. Three agents came into the interrogation room with me. One began asking me basic information, then stopped himself and read me my rights. He then asked me more questions, like my wife's name and what the agents had confiscated from me when I first arrived. I told them I had papers in my pocket that different organizations had handed me at the protest, but I hadn't read them. Eventually, the agent asked me where I heard about the protest, and I invoked my right to remain silent. The agents then led me back to the same holding room.

6. Later, I was brought into a room with rows of desks and benches that had handcuffs. Agents worked at the desks and sat detainees down on the benches with handcuffs to talk to them. In this room, agents photographed me, fingerprinted me, and asked more basic questions about my identity and citizenship. I was not handcuffed. At some point, I was handed a paper saying that I had been read my rights, understood them and had waived my

1

right to remain silent.  On the other side of the document were words in Spanish.  On the English side, I crossed out the language about waiving my rights and then signed and dated the paper.

7. While I was being taken between rooms, I could see into another area that was about the size of a grade school classroom.  There were many people crowded into that room.  I believe those were immigration detainees.  It looked like they may be from Mexico or Central or South America.  Everyone in that room was packed in very close.  Some appeared to be sitting on benches, shoulder to shoulder with each other.  I did not see any beds, and I don't think there would have been enough room for a bed given how crowded the room was.

8. Other than the time in the interrogation room and the time at the desks being photographed and fingerprinted, I spent the rest of my time at Broadview waiting in the holding room with the other people detained at the protest.  There were two phones in that room, but only one worked, at least in theory.  On the one phone that seemed like it might work, I tried to make several calls, including to my wife, children, and a legal hotline.  I was not able to connect to anyone.  Others in the room also tried to use the phones in the holding room, but no one was able to successfully get through to anyone.

9. Later, one of the agents allowed me to use a different phone that I do not think was meant for detainee use.  The phone was on one of the desks where I was fingerprinted and photographed.  I think the agent may have been breaking the rules by being kind and allowing me to use that phone.  I believe that the official who allowed me to use the phone may have known that I was an attorney.  I don't believe anyone else arrested at the protest was able to use that phone.

10. While I was in the room with the other protestors, the agents gave each detainee and me a Subway wrap.  They offered us bottles of water too.  The Subway wrap was not a lot of calories.  One of the other people in the room gave me his sandwich.

11. Eventually, one of the other detainees complained to an agent that came into the room that my clothes were still burning my skin from the mace I had been sprayed with earlier in the day.  The agents brought me a long t-shirt to substitute for my shirt that had mace on it.

12. I stayed at Broadview for about eight hours.  At around 1:30 a.m., I was released without being charged along with five other protestors who had been detained.

2

Executed on 7th of October 2025, in Chicago, Illinois

DECLARANT

*[signature]*

Robert Held