# EXHIBIT 24

## DECLARATION OF KEVIN HERRERA

I, KEVIN HERRERA, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney at Raise the Floor Alliance. My practice focuses on the labor rights of low-wage workers, especially those who have been impacted by the intersection of labor violations and barriers to employment such as immigration status.

2. I represent Willian Alberto Giménez González in his immigration proceedings.

3. On September 12, 2025, I learned from representatives at Latino Union — a worker center with whom Mr. Gimenez Gonzalez is a member — that he had been arrested in Chicago, IL. Mr. Gimenez Gonzalez was with his wife on the way to the barbershop with his wife. He was stopped by two agents who asked him if he was Willian Gimenez Gonzalez, suggesting that he was a person of interest for the operation. He responded in the affirmative and was taken into custody and detained by Immigration and Customs Enforcement ("ICE").

4. After learning that Mr. Giménez González was detained, I tried to contact him as quickly as possible.

5. I entered my client's information into the ICE online detainer locater system (https://locator.ice.gov/odls/#/search), which lists the facility where an individual is detained. Clicking on the detention center in the locator generally leads to information about how to contact the client.

6. However, in Mr. Giménez González's case, the online detainee locator system provided no information as to his whereabouts.

7. I believed that my client may be at the ICE Broadview Staging Service Area ("Broadview") at 1930 Beach St. in Broadview, Illinois, because many individuals detained by ICE in Chicago are first held at Broadview.

8. At around 2:00 PM, I went to Broadview, in an attempt to locate my client. I knocked on the front door, but no one came to the door or responded.

9. Later, I saw two officers walking into Broadview and told them that I was an attorney and I was trying to contact my client, whom I believed to be inside Broadview. They ignored me and proceeded inside the building.

10. On the morning of September 13, 2025, a press conference was held in Broadview, IL, where Mr. Giménez González's friends and family gathered outside of Boadview to

1

demand his release. Elected officials including Chicago Alder Rossanna Rodriguez and Representatives Chuy Garcia and Delia Ramirez were also in attendance, speaking out against Mr. Giménez González's arrest.

11. At the press conference, I spoke about ICE's refusal to inform us where my client was being detained, as well as our inability to contact him.

12. As the press conference was ending, at around 12:00 PM, I finally received a call from Mr. Giménez González. We were only able to speak for about three minutes. He told me that an officer was standing close to him, and that the call was not confidential.

13. Later, in a call from a separate facility, Mr. Gimenez Gonzalez informed me that the guard observing his call instructed him to get off the phone when he learned that Mr. Gimenez Gonzalez was speaking to his attorney.

14. On September 16, 2025, I received a call from my client and confirmed with him that he was relocated to the North Lake Correctional Facility in Baldwin Michigan. I am unaware whether this call was confidential, but my client seemed hesitant to share details regarding the conditions of his confinement.

Executed on 26 of September 2025, in Chicago, IL

_____

Kevin Herrera

2