# EXHIBIT 25

## DECLARATION OF KARINA AYALA-BERMEJO

I, Karina Ayala-Bermejo, an attorney, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the President and CEO of Instituto del Progreso Latino. I am also an attorney. I was previously the Executive Director of the Legal Aid Society.

2. On October 9, 2025 at 12:50 p.m., a 19-year-old young man named Diego Oswaldo Gonzalez Mendez was forcefully apprehended by ICE officers as he was leaving his house in the Back of the Yards neighborhood in order to go to work. ICE did not have a warrant for his arrest. Diego has no criminal history.

3. Diego is originally from Mexico. He entered the country with his family, when he was 17 years old. He was charged when he crossed the border. He has on-going court proceedings relating to that detention. His next court date is in January 2026 in Chicago.

4. I personally know Diego as he graduated from high school at the Instituto Health Science Career Academy in 2025. Diego was a great student.

5. Diego's mother was present when Diego was detained. She screamed and asked the ICE officers where he was being taken but they refused to tell her.

6. I tried to locate Diego after his arrest but could not find him as he did not show up in the ICE locator system. When I entered his A number and country of origin in the locator, the search returned a result of "zero matching records." As of October 11, 2025, he was still not showing up in the system.

7. I finally learned that Diego was located in Broadview ICE detention facility when Diego was able to call his mother on October 10, 2025.

8. After Diego's arrest, I contacted another attorney through the Hispanic Lawyers' Association of Illinois, Sal Cicero, to serve as immigration counsel for Diego. Sal filed a G-28 form. He planned to file an asylum petition on Diego's behalf while Diego was at Broadview He is also going to seek Diego's release from detention on bond while his removal proceedings are pending, based on the fact that Diego was a minor when he entered the United States.

9. However, we discovered on October 12, 2025 that Diego had been transferred to a detention center in Mississippi.

10. Neither Sal nor I were able to speak with Diego while he was at Broadview.

Executed on 15th of October 2025, in Chicago, Illinois

*Karina Ayala-Bermejo*
Karina Ayala-Bermejo (Oct 16, 2025 11:15:40 CDT)
Karina Ayala-Bermejo, Attorney
CEO and President
Instituto del Progreso Latino

# 10.15.25 Declaration Karina Ayala-Bermejo

Final Audit Report                                                                 2025-10-16

| | |
|---|---|
| Created: | 2025-10-15 |
| By: | Jamia Russell (jamia.russell@macarthurjustice.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAzBvXLD6E1lEqTm2FH_THaFO2Y9LY9eSt |

## "10.15.25 Declaration Karina Ayala-Bermejo" History

- Document created by Jamia Russell (jamia.russell@macarthurjustice.org)
  2025-10-15 - 6:14:17 PM GMT

- Document emailed to k.ayala-bermejo@idpl.org for signature
  2025-10-15 - 6:14:21 PM GMT

- Email viewed by k.ayala-bermejo@idpl.org
  2025-10-16 - 4:15:16 PM GMT

- Signer k.ayala-bermejo@idpl.org entered name at signing as Karina Ayala-Bermejo
  2025-10-16 - 4:15:38 PM GMT

- Document e-signed by Karina Ayala-Bermejo (k.ayala-bermejo@idpl.org)
  Signature Date: 2025-10-16 - 4:15:40 PM GMT - Time Source: server

- Agreement completed.
  2025-10-16 - 4:15:40 PM GMT

![Adobe Acrobat Sign]