# EXHIBIT 28

**DECLARATION OF BRAD THOMSON**

I, Brad Thomson, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney at the People's Law Office in Chicago, Illinois.

2. On Friday, September 26, 2025, I went to the Broadview ICE detention facility to contact two clients who had been detained inside the facility. My clients were United States citizens who had been arrested by federal agents while protesting outside of Broadview.

3. I went to the Beach side entrance of the Broadview facility and announced loudly through the gate that I was an attorney and I wanted to visit my clients. I stated that my clients had a constitutional right to counsel.

4. I wanted to speak to my clients in order to advise them of their constitutional rights. One of my clients also needed medication, which his loved ones had given to me to provide to him while he was in custody.

5. After I made my request, a federal agent who was affiliated with either ICE or CBP came over to me and told me to stand to the side. The agent said he would contact "management" about my request to access my clients. I could not tell with which agency the officer was affiliated because he did not wear any identifying uniform.

6. Another federal agent, who also did not wear any identifying uniform, then came out of the building. That agent told me that one of my clients had been released. I asked where they had released him. The federal agent repeated only that he had been released and that is all he would say. I told the agent that my client's family and loved ones were waiting outside the facility and would have seen him if he had been released from the facility. Moreover, my client had his cell phone with him and would have called his loved ones if he was transported and released from another location.

7. The agent responded that there had been many arrests that day, and that he would check again for my client. He went inside the facility. When he returned, the agent confirmed that my client was in fact being detained inside. But the agent told me I could not see him "for safety reasons."

8. After I asked the federal agent again to provide me access to my client, I eventually was able to speak to my client on the phone, as he made a call from his personal cell phone from inside the Broadview detention center. My client informed me that he was making

     the call from an attorney-visit room inside the facility. However, no attorneys were being allowed inside those visit rooms.

9. I asked the federal agent about my other client who had been arrested that day. The agent said he would look into it and get back to me but he never followed up.

10. Later that day, both clients were taken out of the facility, put in an unmarked vehicle, and driven away from Broadview. Federal agents never told me where they were taking either of my clients. One client informed me that he was dropped off at a gas station a half mile away from the facility. Another client was transported to the Berwyn Police Station. I was able to visit him there and he was eventually released from that station.

11. I was never able to get inside the Broadview ICE facility to counsel my clients who had been arrested and were facing potential criminal charges. No other attorneys were permitted inside the facility while I was at Broadview.

Executed on 16th of October 2025, in Chicago, Illinois

_____
Brad Thomson (Oct 16, 2025 17:58:13 CDT)
Brad Thomson, Attorney
People's Law Office

# FINAL 10.15.25 Declaration of Brad Thomson

Final Audit Report    2025-10-16

| | |
|---|---|
| Created: | 2025-10-16 |
| By: | Jamia Russell (jamia.russell@macarthurjustice.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAlqAKPsjYZe3X33EQ0oYkFtXf79cKUT2a |

## "FINAL 10.15.25 Declaration of Brad Thomson" History

- Document created by Jamia Russell (jamia.russell@macarthurjustice.org)
  2025-10-16 - 10:51:00 PM GMT

- Document emailed to brad@peopleslawoffice.com for signature
  2025-10-16 - 10:51:04 PM GMT

- Email viewed by brad@peopleslawoffice.com
  2025-10-16 - 10:57:38 PM GMT

- Signer brad@peopleslawoffice.com entered name at signing as Brad Thomson
  2025-10-16 - 10:58:11 PM GMT

- Document e-signed by Brad Thomson (brad@peopleslawoffice.com)
  Signature Date: 2025-10-16 - 10:58:13 PM GMT - Time Source: server

- Agreement completed.
  2025-10-16 - 10:58:13 PM GMT

Adobe Acrobat Sign