# EXHIBIT 29

## **DECLARATION OF JACQUELINE SPREADBURY**

I, Jacqueline Spreadbury, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am volunteer attorney with the National Lawyers' Guild.

2. On Saturday, September 27, 2025, at about 6:10 p.m., I went to the Broadview ICE detention facility to counsel two clients, protesters who had been arrested and detained inside the facility. When I arrived, I saw many federal agents, including ICE agents. They were wearing riot gear but had no identifying uniforms and their badge numbers and names were not visible.

3. At 6:30 p.m., I walked up to the fence with my hands raised and with my attorney credentials out. I had my Cook County Sheriff's attorney card, my Illinois bar card, and my driver's license. I was wearing a suit. I yelled that I was an attorney. I told the federal agents that my clients had a constitutional right to an attorney. When I shouted this, the federal agents just shook their heads "no".

4. I then asked if they were denying me access to my clients. At that point, an agent motioned me over to him. I said to him, again, I am an attorney and I am trying to see my clients. He responded, "you can't come in here, it's not going to happen." I asked if he could take my information and have my clients call me from inside the facility. I gave him the names of my clients, my cell phone number, and my credentials. He said he would try and then he went inside the facility. He never returned and I never spoke to him again.

5. I waited by the Beach Street fence for him to return. While I was there, and with no warning, federal agents began gassing everyone in the vicinity, including me and other attorneys nearby. The agents sprayed tear gas and shot pepper balls. I had brought a respirator and goggles with me and I put them on.

6. While the federal agents were still gassing people, another officer came up to me asked what I was doing there. I reiterated my request to see my clients. The officer told me I could not go in.

7. I was stuck by the Beach Street fence in what felt like a war zone. I had no way to get out. Finally, at 8:15 p.m., I was able to leave the area.

8. I walked to the Harvard Street entrance of Broadview, again with my hands up, credentials in hand. I shouted that I was an attorney and I wanted to see my clients. Agents turned bright lights on me and officers on the roof of the building pointed pepper ball guns in my direction.

1

9. At the Harvard Street entrance, I spoke to ICE Officer Thompson, who called himself "Chi 16." I told him I had clients who I wanted to see. Officer Thompson asked me if they were "CITS or illegals". I responded that they were U.S. citizens. Officer Thompson told me to leave the area as officers were about to conduct a "maneuver" and I should get far away from there. He said there was no way anyone was going to talk to me until after the maneuver was over. He told me to come back in an hour.

10. I left and went with another attorney to a nearby gas station. While we were there, ICE agents and other federal agents flash banged the protesters. The entire gas station was filled with tear gas.

11. After the attack, I returned to the Harvard Street entrance at about 9:30 p.m. I eventually spoke to an ICE officer who identified himself by a name that sounded like "Jonathan Bogey" (Badge #3773). He finally gave me some updates on my clients but he did not provide me access to them or let me speak to them.

12. Officer Bogey told me that one of my clients had been questioned by DHS while I was outside waiting to speak with the client.

13. I later spoke by phone to the DHS employee who questioned my client. He told me his name was "Matthew Garber." He confirmed that he questioned my client at 6:45 p.m. My client was never informed that I was at Broadview to see him.

14. Eventually Officer Bogey told me that one of my clients had been taken to Loyola Hospital. I left Broadview to go find my client. I arrived at the hospital at about 2:00 a.m., but by the time I arrived, my client had already been moved to another detention facility.

15. I never saw or spoke to either of the two clients I initially went to see at Broadview that night. They were never able to call me. They were still in detention when I went home a little after 2:00 a.m.

Executed on 16th of October 2025, in Chicago, Illinois

Jacqueline Spreadbury (Oct 16, 2025 18:45:50 CDT)
Jacqueline Spreadbury, Volunteer Attorney
National Lawyers' Guild

# 10.16.25 Declaration of J. Spreadbury (FINAL)

Final Audit Report 2025-10-16

| | |
|---|---|
| Created: | 2025-10-16 |
| By: | Jamia Russell (jamia.russell@macarthurjustice.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAwKZ77fTY8ym2_V6eijrDSi7jMqwqLI1m |

## "10.16.25 Declaration of J. Spreadbury (FINAL)" History

- Document created by Jamia Russell (jamia.russell@macarthurjustice.org)
  2025-10-16 - 11:44:46 PM GMT

- Document emailed to jmspreadbury@gmail.com for signature
  2025-10-16 - 11:44:50 PM GMT

- Email viewed by jmspreadbury@gmail.com
  2025-10-16 - 11:45:24 PM GMT

- Signer jmspreadbury@gmail.com entered name at signing as Jacqueline Spreadbury
  2025-10-16 - 11:45:48 PM GMT

- Document e-signed by Jacqueline Spreadbury (jmspreadbury@gmail.com)
  Signature Date: 2025-10-16 - 11:45:50 PM GMT - Time Source: server

- Agreement completed.
  2025-10-16 - 11:45:50 PM GMT

Adobe Acrobat Sign