# EXHIBIT 31

## **DECLARATION OF REPRESENTATIVE JESÚS "CHUY" GARCÍA**

I, Jesús "Chuy" García, Representative of the 4th District of Illinois in the United States Congress, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I represent the 4th Congressional District of Illinois. After the 1990 Census demonstrated a dramatic growth of the Latino population in the area, drawing on Section 2 of the Voting Rights Act, the state legislature combined communities of interest residing across Chicago's Northwest and Southwest sides and Cook County suburbs to create the Midwest's first Latino majority voting rights district. After the 2020 Census, to reflect a growing Latino population, a new Latino influence district was created, while the boundaries of IL-04 shifted to include more of Chicago's Southwest side and Cook County and expanded into DuPage County. The district continues to be home to predominantly Latino, immigrant, and working-class communities.

2. I serve on the House Committee on the Judiciary, and its Subcommittee on Immigration Integrity, Security, and Enforcement. The Subcommittee has jurisdiction over immigration and naturalization, border security and drug interdiction, admission of refugees, treaties, conventions and international agreements, claims against the United States, private immigration and claims bills, and non-border enforcement.

3. Since January 2025, my district has experienced a surge in federal law enforcement activity targeting immigrants. Immigration and Customs Enforcement (ICE) and other agencies have conducted raids and other immigration enforcement actions, often involving arrests. Because of the enactment of the Illinois Way Forward Act in 2021, there are no immigration detention facilities in Illinois. There are, however, ICE field office and processing facilities that are intended for short-term intake meetings, not detention.

4. On June 18, 2025, I attempted to visit the ICE Processing Facility in Illinois located at 1930 Beach St., Broadview, IL 60155 (Broadview Facility). I did so along with Representatives Delia Ramirez, Danny Davis, and Jonathan Jackson, pursuant to our congressional oversight authority under Section 527(a) of the Department of Homeland Security (DHS) Appropriations Act, 2024 (Pub. L. 118-47). The purpose of the visit was to investigate credible reports that the facility was being used to unlawfully detain immigrants. These reports suggested that immigrants were being held without access to medication, legal counsel, and other basic necessities such as food, bedding, and showers.

5. Despite presenting identification verifying our identity as Members of Congress and requesting to enter for approximately two hours, we were denied access to the Broadview Facility by federal law enforcement agents. Their refusal to let us enter the facility was in violation of statutory authority allowing Members of Congress to access without notice any DHS facility "used to detain or otherwise house" immigrants.

6. After being refused access, I sent a public letter with Representatives Ramirez, Davis, and Jackson to DHS Secretary Kristi Noem and Acting ICE Director Todd Lyons. The June 18 letter provided details about our denial of access and demanded that we be permitted to exercise our right of oversight over ICE facilities and detention centers, in order to ensure that the people

being held there were being treated humanely, with dignity and respect, and in accordance with the law. We did not receive a response to our letter.

7. On June 18, 2025, after we attempted to visit the Broadview Facility, ICE issued guidance requiring Members of Congress to provide 72 hours' notice prior to visiting a field office facility. That guidance has since been removed from the ICE website, which currently states that "the Department requires requests be made a minimum of seven (7) calendar days in advance to schedule visits to DHS facilities. Any requests to shorten that time must be approved by the DHS Secretary." Neither policy complies with the unambiguous statutory language of Section 527(b) of the DHS Appropriations Act, 2024 (Pub. L. 118-47), which states that "[n]othing in this section may be construed to require a Member of Congress to provide prior notice of the intent to enter a facility described in [Section 527(a)] for the purpose of conducting oversight."

8. On September 12, 2025, following continued reports of poor conditions at the Broadview Facility and DHS and ICE's continuing failure to respond to our June 18 letter, I sent a follow-up public letter with Representatives Ramirez, Davis, and Jackson to Secretary Noem and Acting Director Lyons. The September 12 letter reiterated the unlawfulness of denying us entry to the Broadview Facility to conduct oversight, and included a list of questions about the facility's conditions. Those questions are attached here as **Exhibit A**.

9. On September 16, 2025, Senator Dick Durbin and Representative Ramirez communicated to ICE that an Illinois Delegation of Congressional Representatives (the Delegation) intended to conduct oversight at the Broadview Facility on September 23, 2025. I am a member of that Delegation. In an effort to work collaboratively with ICE and even though it was not required by law, Senator Durbin and Representative Ramirez gave notice of the visit seven days in advance. However, ICE responded that ICE's Enforcement & Removal Operations (ERO) Chicago Office would be unable to support a visit. Representative Ramirez, a member of the House Committee on Homeland Security, and Senator Durbin, Ranking Member of the Senate Judiciary Committee, reiterated the importance of the visit. But ICE refused to alter its position and permit a visit.

10. ICE did agree to a subsequent meeting with the Delegation in lieu of a visit to the facility. That meeting was scheduled for September 26, 2025. ICE then postponed that meeting to an unconfirmed date in October.

11. On September 26, 2025, I joined the Delegation in sending a letter to Russell Hott, ICE Chicago Field Office Director, and requesting a meeting to discuss the implementation of "Operation Midway Blitz" (a federal immigration enforcement operation led by ICE, targeting the Chicago area) and oversight of the Broadview Facility. Delegation signatories to that letter included the following members of Congress: Senators Tammy Duckworth and Dick Durbin, and Representatives Delia Ramirez, Jonathan Jackson, Robin Kelly, Danny Davis, Mike Quigley, Sean Casten, Raja Krishnamoorthi, Jan Schakowsky, Brad Schneider, Bill Foster, Nikki Budzinski, Lauren Underwood, and Eric Sorenson.

12. In the September 26 letter, the Delegation stated that a meeting to discuss conditions at Broadview was "imperative" as Members of Congress had been unlawfully barred from

2

accessing the facility despite repeated attempts to schedule a visit, and because legal service providers and our constituents had continued to raise serious concerns about the poor conditions at Broadview. Those conditions included unsanitary bathroom facilities, spreading illness, overcrowding, detainees sleeping on the floor or in chairs, lack of access to food and water, lack of access to hygiene products, restricted communications to family and attorneys, and an inability to access medication.

13. The Delegation was further concerned about its inability to gain access to the Broadview Facility because Operation Midway Blitz had been shrouded in secrecy, with little notice to state or local officials about the nature of the operations, the types of people targeted, where DHS was detaining people, and which agencies were detailing officers to conduct immigration enforcement. The Delegation noted that DHS had used military style tactics and equipment to conduct enforcement in local communities, with no transparency into the basis for the raids.

14. In its September 26 letter, the Delegation affirmed that it was critical for ICE and the congressional representatives to discuss the urgent issues concerning the treatment of people at the Broadview Facility. The letter included a list of questions about the facility's conditions and asked that ICE officials be prepared to answer them at the October meeting. Those questions are attached here as **Exhibit B**.

15. On October 16, 2025, I sent a letter with Representative Jamie Raskin, Ranking Member of the House Judiciary Committee, and other Committee Members to President Donald Trump, Secretary Noem, and Acting Director Lyons demanding the Administration cease its violent and lawless attacks on the Chicagoland region. The October 16 letter highlights the poor conditions at the Broadview Facility and states that the denial of access to the facility is "in clear violation of federal law."

16. As of the date of this declaration, there has been no response to the June 18, September 12, September 26, or October 16 letters. ICE continues to bar the Delegation's—and my own—access to the Broadview Facility, despite our statutory authority to conduct oversight of ICE facilities and despite our grave concerns about the conditions in the facility and the treatment of the people being detained there.

Executed on 21st of October 2025, in Chicago, Illinois

*[signature]*

Representative Jesús "Chuy" García