# EXHIBIT 32

# DECLARATION OF SISTER JOANN PERSCH

I, Sister JoAnn Persch, make the following declaration based on my personal knowledge:

1. My name is Sister JoAnn Persch. I am competent to make this declaration. I am a Catholic nun with Sisters of Mercy in Chicago, Illinois. I have been with the Sisters of Mercy for over 70 years. I have been advocating for immigrant rights and in particular, for asylum seekers, in Chicago and the Midwest for over forty years. I have also advocated for detained immigrants to have access to pastoral care for many years.

2. I am a founding member of Su Casa Catholic Worker house in Chicago, which ministers to and shelters survivors of war, torture and political persecution. Su Casa began in 1990 as a shelter for refugees of Central American genocide and civil war. It now serves Chicago families facing housing insecurity and families from Central America seeking asylum, many of whom are women and children escaping domestic violence.

3. In 2022, Sister Pat Murphy and I founded Catherine's Caring Cause (CCC), a non-profit committed to providing unwavering support, resources, and empowerment to asylum seekers. CCC is guided by the core principles of Mother Catherine McAuley's life and work, and her embodiment of the values of hospitality, mercy and love. At CCC, we provide wrap-around support to asylum-seeking families which includes housing, medical and legal assistance, education support, and everything in between.

4. On a cold day in January 2007, Sister Pat Murphy and I joined a prayer vigil outside of the Broadview ICE facility. We observed the horrors of family separation caused by deportation and were compelled to return and pray every Friday morning at 7:15 a.m. For the past 19 years, we have prayed in English and Spanish outside Broadview in solidarity with people being deported and their families. We believe that the power of prayer has an impact.

5. We saw families being torn apart as their loved ones were taken to the airport to be deported. We talked to devastated family members outside Broadview and realized how difficult it must be for the individuals detained inside Broadview. We believed that it was important for immigrants being deported to have access to pastoral care during this traumatic time, and so we began our advocacy to provide detained immigrants with pastoral care.

6. We do our work peacefully and respectfully, but we never take no for an answer.

7. In 2008 and 2009, I worked with faith leaders and advocates to successfully push for the passage of the Illinois Access to Religious Ministry Act, which required state and county detention facilities to provide religious workers access to detained immigrants to provide religious services. The law went into effect in 2009, and we created our first program to provide religious services to detained immigrants in McHenry County Jail.

8. The program was such a success, it became a model for programs in other facilities. Ricardo Wong himself, then-director of the ICE Chicago Field Office, contacted sheriffs in Kankakee County, Kenosha County, and Dodge County to implement our program at the jails where they housed immigration detainees.

9. Our services also continued at Broadview. In April 2009, through our advocacy and the relationships we built, we were granted permission to board the buses and vans going to the airport in order to pray with the immigrants about to be deported. We would board the buses, say who we are, and tell that that we are walking with them in spirit through this hard journey. We would also give them information about what to expect.

10. Then, along with other faith leaders, we were granted permission to go inside Broadview to pray with the people inside. For years, we went inside Broadview on Friday mornings at 4:00 a.m., when family visits occurred. Family members were permitted to go into the vestibule, bring their loved ones a bag, and say goodbye. However, not everyone had that familial support, so we provided that support for them.

11. Inside Broadview, typically, two religious workers would pray with the families, while the other two religious workers counseled and prayed with detained individuals in the attorney-visitation room. We spoke with people right before they were deported, as many of them sought pastoral care in those difficult times.

12. Over the years, we built relationships with the individuals who worked for ICE and DHS, both at Broadview and in Washinton, D.C. I used to be able to call them and have rational discussions over disagreements. Officers would call us when they were releasing individuals who needed housing or other support. However, all of that has stopped with this administration.

13. Faith leaders are not permitted to provide pastoral care to people detained inside Broadview. We are denied all access to the facility.

14. On Friday, October 10, 2025, I went to Broadview to participate in our weekly prayer vigil. For the first time in nineteen years, we were not allowed to hold our prayer service in front of the Broadview facility. We had to move our prayer to York Street, several blocks away and out of eyesight of the facility. Now, we cannot even provide religious services from outside the building, as we had done for nearly two decades.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 18, 2025, in Chicago, Illinois.

*Sister JoAnn Persch*

Sister JoAnn Persch