# EXHIBIT 33

Docusign Envelope ID: D611D432-6FC5-4E96-89D2-495A27F258CB

# Declaration of Reverend Abby Holcombe

I, Reverend Abby Holcombe, make the following declaration based on my personal knowledge:

1. My name is Abby Holcombe. I am competent to make this declaration.

2. I am a pastor at Urban Village Church at River Forest in River Forest, IL. I have been a commissioned Provisional Elder since June of 2024.

3. I have been to the Broadview ICE detention facility three times since September 5, 2025 in order to provide pastoral care to people detained in the facility.

4. As a United Methodist, I believe that communion should be brought to those who are unable to physically come forward and receive it, including to anyone who is in physical detention, like the immigrants who are incarcerated at Broadview.

5. On October 10, 2025, I was again outside Broadview. On that day, faith leaders across denominations had gathered to preside over communion, facing the facility. During the gathering, we stepped over the "free speech" barrier at Harvard Avenue and 25th Street as clergy bearing communion. At that point, Illinois State Police troopers stopped us from processing.

6. I spoke to the troopers. I told them we were clergy and that we wanted to bring communion to congregants who were inside the facility.

7. One of the troopers said that he would make a phone call. I then saw him on the phone.

8. After 5 to 7 minutes, the trooper returned and began talking to me, as well as to other faith leaders. The trooper told me that federal Agent Hernandez had told him that "no one is allowed to approach the gate" so we were not allowed in, even as clergy. The exchange was caught on video.

1

Docusign Envelope ID: D611D432-6FC5-4E96-89D2-495A27F258CB

9. I have never been allowed to enter the facility or to provide pastoral care to the immigrant community being held in Broadview.

10. This government action substantially burdened my sincere religious exercise, causing both personal and spiritual distress and the deprivation of sacramental care for those inside.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on 20th of October 2025, in Chicago, Illinois

*Abby Holcombe*

Reverend Abby Holcombe