# EXHIBIT 35

## DECLARATION OF REPRESENTATIVE DELIA C. RAMIREZ

I, Representative Delia C. Ramirez, Representative of the 3rd District of Illinois in the United States Congress, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. On June 18, 2025, I attempted to visit the Broadview Immigration and Customs Enforcement (ICE) Processing Facility in Illinois (1930 Beach St., Broadview, IL). I did so along with Representatives Danny K. Davis, Jesus "Chuy" Garcia, and Jonathan L. Jackson, pursuant to our congressional oversight authority under Section 527(a) of the Department of Homeland Security Appropriations Act, 2024 (Pub. L. 118-47). The purpose of the visit was to investigate credible reports that the facility was being used to unlawfully detain immigrants, contrary to law. These reports suggested that immigrants were being held without access to medication, legal counsel, or basic necessities.

2. However, we were denied access to the Broadview facility by federal law enforcement agents. Their refusal to let us enter the facility was in violation of Congressional authority allowing members to oversee and monitor DHS detention facilities.

3. After being refused access, Representatives Davis, Garcia, Jackson, and I sent a public letter to DHS Secretary Kristi Noem and Acting ICE Director Todd Lyons. The June 18 letter provided details about our denial of access and demanded that we be permitted to exercise our right of oversight over ICE facilities and detention centers, in order to ensure that the people being held there were being treated humanely, with dignity and respect, and in accordance with the law. We did not receive a response to our letter.

4. On September 16, 2025, Senator Richard J. Durbin and I communicated to ICE that an Illinois Delegation of Congressional Representatives (the "Delegation") intended to conduct oversight at Broadview on September 23, 2025. In an effort to work collaboratively with ICE, we gave notice of the visit seven days in advance. However, ICE responded that ICE's Enforcement & Removal Operations (ERO) Chicago Office would be unable to support a visit. As a member of the House Committee on Homeland Security, I reiterated the importance of the visit. But ICE refused to alter its position and permit a visit.

5. ICE did agree to a subsequent meeting with the Delegation in lieu of a visit to the facility. That meeting was supposed to take place on September 26, 2025. However, ICE then postponed that meeting to an unconfirmed date in October.

6. On September 26, 2025, Senator Durbin and I issued a letter to Russell Hott, ICE Chicago Field Office Director, requesting a meeting to discuss the implementation of "Operation Midway Blitz" and oversight of the Broadview Processing Facility. Members of the Delegation joined that letter, including the following members of Congress: Tammy Duckworth, Jonathan L. Jackson, Robin Kelly, Jesus "Chuy" Garcia, Mike Quigley, Sean Casten, Raja Krishnamoorthi, Jan Schakowsky, Bradley Scott Schneider, Bill Foster, Nikki Budzinski, Lauren Underwood, and Eric Sorenson.

7. In the September 26 letter, the Delegation stated that a meeting to discuss conditions at Broadview was "imperative" as members of Congress had been barred from accessing the facility despite repeated attempts to schedule a visit, and because legal service providers and our constituents had raised serious concerns about the poor conditions at Broadview. Those conditions included unsanitary bathroom facilities, spreading illness, overcrowding, detainees sleeping on the floor or in chairs, lack of access to food and water, lack of access to hygiene products, restricted communications to family and attorneys, and an inability to access medication.

8. The Delegation was further concerned about its inability to gain access to Broadview because Operation Midway Blitz had been shrouded in secrecy, with little notice to state or local officials about the nature of the operations, the types of people targeted, where DHS was detaining people, and which agencies were detailing officers to conduct immigration enforcement. The Delegation noted that DHS had used military style tactics and equipment to conduct enforcement in local communities, with no transparency into the basis for the raids.

9. In its September 26 letter, the Delegation affirmed that it was critical for ICE and the congressional representatives to discuss the urgent issues concerning the treatment of people in Broadview. The letter included a list of questions about the facility's conditions and asked that ICE officials be prepared to answer them at the October meeting. Those questions are attached here as **Exhibit A**.

10. As of the date of this declaration, there has been no response to the Delegation's September 26 letter. ICE continues to bar the Delegation — and my own — access to the Broadview facility despite Congress' inherent authority to conduct oversight of ICE facilities and despite our grave concerns about the conditions in the facility and the treatment of the people being detained there.

Executed on 22 of October 2025 in Chicago, Illinois

_（signature）_

Representative Delia C. Ramirez