# EXHIBIT 36

## DECLARATION OF SANTOS REBOLLEDO ALTAMIRANO

I, Santos Rebolledo Altamirano, make the following declaration based on my personal knowledge:

1. My name is Santos Rebolledo Altamirano. I am competent to make this declaration.

2. I have been in the United States since 2001. I work in the roofing industry and have worked as a roofer for the same company for over 20 years. I am married and my wife was granted refugee status in 2013. In my time in the U.S. I was arrested once and charged with disorderly conduct.

3. I was arrested by ICE at approximately 9:00 a.m. on Saturday, October 11, 2025.

4. I was in the Menards parking lot located at 4501 W. North Ave. Chicago, Illinois 60639. Two masked ICE officers came up to me and asked if I had permission to be in the country. I did not answer.

5. They said, "you know you should not be in the country," and arrested me. They threw the bags I was carrying with my purchases from Menards to the ground, handcuffed me, and put me in a red minivan. There were two other people in handcuffs in the minivan. They took us to Broadview. The two other men that were in the minivan later told me that the agents saw me leaving Menards with my purchases and then stated, " there is our next victim," and then a Spanish speaking agent then said in English, "Let me take him, I need to earn my keep".

6. We got to Broadview around 10:00 a.m. The handcuffs were so tight that they were cutting my skin. I told the officers the handcuffs were hurting me, but they did not loosen them. They did not remove my handcuffs for 30 minutes.

7. I was wearing a jacket, but it was taken from me. The officers also took all of my possessions, including my shoelaces.

8. They placed me in a cell with approximately 60-70 other men. Females were held in a different cell, we could not see into the women's cell.

9. There was no furniture in the cell and nowhere to sleep; no chairs, no beds, nothing. There were so many men in the cell that we all had to stand. There was not even enough space to sit on the floor. The cell was very dirty. We were not able to sleep.

1

10. There was a toilet in the cell, but there was no curtain or wall to provide privacy to anyone using the toilet. With so many people, the toilet was extremely dirty. They did not provide any soap or personal hygiene items. Showers were not permitted.

11. The facility was freezing cold, but we were not given blankets. I asked an officer to return my jacket because I was only wearing an undershirt. The officer told me to "take it like a man" and "stop acting like a child." He did not give me my jacket or anything else to keep warm.

12. They gave us food three times a day. The meal varied. The meal was typically just a piece of bread with cheese and a bottle of water. For one meal I got a flour tortilla with cheese and avocado. Another time, I was feed a piece of bread with salami. During one of the meals, they gave me a rotten apple.

13. I could not use the phone in the room. In order to use the phone, someone on the outside had to set up an account and add money to it, but my wife did not know where I was.

14. I repeatedly asked if I could make a phone call to call my wife. They kept saying, "you'll have time for that later."

15. I told the officers that I have a lawyer and I wanted to speak to my lawyer. The officers said: "you have no rights to a lawyer;" "you have no rights in here;" "you're not gonna talk to anyone;" and "you don't talk to anyone here." I constantly requested to speak to my lawyer but I was insulted each time.

16. They told me they were going to decide what to do with me. They did not give me information about what was going on. They did not inform me of my rights, they did not tell me why I was arrested, and they did not tell me how long I would be there or where I was going next.

17. It took them approximately 32 hours to process me. Late in the day on Sunday, they finally pulled me out of the room, fingerprinted me, and took my basic information.

2

18. They input my name wrong. I told them my name, which is Santos Rebolledo-Altamirano, but they input my name as Santos Rebolledo-Apolinar.

19. The officer asked me to sign a document. The document was in English. I did not know what it was. I told him that I do not know how to read and asked them to read the document to me. The officer told me to "forget about it." He did not translate or read the document to me. I did not sign the document.

20. I was not given a Notice to Appear. The officer did not tell me any information about my arrest, my detention, my rights, or what was going to happen to me.

21. I was finally allowed to call my wife Sunday evening. I told her was at Broadview and to contact my attorney because I was not allowed to call my attorney. My attorney was never able to contact me at Broadview.

22. The agents were cruel. They swore at me and the other detainees and constantly told us that we are not allowed to be in the country. Whenever we asked for anything, they would just respond that we are not supposed to be here.

23. There was an older man detained with me who was not feeling well. We tried to get the officers' attention, but they just swore at us. The man started foaming at the mouth. Finally, they took him out of the cell. I do not know what happened to him.

24. I was detained at Broadview from Saturday, October 11, at approximately 10:00 a.m., until Monday, October 13, at approximately 5:00 p.m.

25. On October 13, at approximately 5:00 p.m., I was put on a bus with approximately 25 other men and taken to the North Lake Correctional facility in Baldwin, Michigan.

26. My Attorney tells me that the documents submitted to court indicate that I was given copies, I was never given any documents.

3

This declaration was read to me in Spanish, a language that I know and understand. I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 21, 2025, at the North Lake Correctional facility in Baldwin, Michigan.

*Esta declaración me fue leída en español, un idioma que conozco y comprendo. Declaro bajo pena de perjurio, conforme a las leyes de los Estados Unidos, en 28 U.S.C. § 1746, que lo anterior es verdadero y correcto.*

*Ejecutado el 21 de October, 2025, al North Lake Correctional facility en Baldwin, Michigan.*

SanTos Rebolledo
Santos Rebolledo Altamirano

4

## CERTIFICATE OF TRANSLATION

I, Constance Lara, certify that I am fluent in both the English and Spanish languages and that I am competent to translate between them. I have read the attached declaration to Santos Rebolledo Altamirano in Spanish, and he confirmed that he understood and agreed to its contents before signing.

Date: October 23, 2025

*/s/ Constance Lara*
Constance Lara, Attorney