# EXHIBIT 38

## **DECLARATION OF JACK DOE**

I, Jack Doe, make the following declaration based on my personal knowledge:

1. I am competent to make this declaration.

2. I am a father of five children. My youngest three children are U.S. citizens. One of my sons is in university here in Chicago, and my two little ones are still in elementary school. I have lived in the United States for over 20 years. I raised my children as a single father until I got married last year. I have my own painting and renovation company, I pay my taxes, and I just bought a house this year. I have never been arrested, and I do not have a criminal record.

3. I was detained at Broadview ICE facility from a Tuesday to Sunday in September 2025.

4. Detention at Broadview was torture.

5. There were too many people confined there. The ICE officers put detainees in four rooms. One room was for women, and three rooms were for men. I estimated that there were 150-200 people in the room with me. They moved me between rooms but all the rooms were extremely crowded. I think the majority of people were Mexicans. There was not enough space for everyone.

6. The room was hot during the day and extremely cold at night. They left the air conditioner on all night. It was difficult to sleep because the room was freezing cold. The floor was also very cold. Some people were given aluminum blankets. Some people had bigger blankets than other people. There were not enough blankets for everyone. When other people were transferred out of Broadview, I was able to get a blanket that was left behind.

7. There was not enough space for everyone to lie down. People were sleeping on top of each other and in the bathroom area next to the toilet.

8. I was unable to sleep for the first two nights. The next three nights, I was so exhausted that I fell asleep, but I had to sleep sitting up because there was not enough space to lie down. I only slept for an hour or two.

9. Lots of people around me were sick and coughing, which was stressful and made me anxious. People were complaining of headaches and body aches and getting sick from the extreme temperatures. They asked for medications but the officers did not give them anything. They told us that they do not have medication at Broadview. I've never experienced such terrible treatment.

10. ICE did not give us enough food or water. We received one small, child-size sandwich with some meat and cheese from Subway and a bottle of water at 12:00 p.m. and 7:00 or 8:00 p.m. Sometimes, we got a mini (8 ounce) bottle of water. Sometimes, we got a normal size (16.9 ounce) bottle.

11. The holding room had large glass windows so I could see the central area and the other rooms.

12. The guards were violent and abusive. People were hungry and started asking for more food and water. The officers hit people who asked for more food or water. There was one man in my room from Venezuela who kept asking for food and water. The officers took him out of the room into the central area and beat him.

13. I also saw the officers take four people out of the other room in handcuffs and shackles and hit them. It was extremely stressful. Everyone kept asking why they were hitting them.

14. There were seven officers—four watching the cells and three others walking around—who were particularly violent. Officers grabbed people by their necks and threw them on the ground. Several officers got on top of someone and beat him up.

15. After they beat them, they put them in solitary confinement cells. Everyone was terrified.

16. I remember one person said: we have human rights, why are you doing this to us? The officers took him out of the room and beat him.

17. I was hungry and thirsty because they did not give us enough food or water, but I did not ask for more because I was afraid the officers would beat me.

18. The rooms had one or two toilets. There were so many people using the toilets that the toilets would get clogged. When the toilets clogged, the toilet water flooded onto the floor, where we were forced to sleep. We told the officers that the toilet was clogged, but they would not fix it for hours. They would then clear the toilet clog and mop the floor, but they did not use any cleansers. They just mopped it with water. The room smelled awful.

19. The officers did not give us any hygiene items. They did not give us soap, hand sanitizer, a toothbrush, or toothpaste. I was not given a change of clothing and had to wear the same clothing the entire time I was at Broadview.

20. I was never given the option to shower. Even if I were allowed to use the shower, there were too many people around and no privacy. Some people tried to wash themselves using a bottle of water.

21. There was an elderly man in his 70s who was disabled. He was hemiplegic; he was paralyzed on one side. He had difficulty walking, and it was hard for him to reach the toilet, especially with so many people in the room. The officers refused to help him. Other people in the room helped him go to the bathroom but after two days of sleep deprivation, we were too tired to help him, and he urinated on himself. We asked the officers to give him his own room because he could not go to the bathroom but they did

not care, they left him in the room. He was forced to remain in the same soiled clothing for several days.

22. I arrived at Broadview on a Tuesday. The officers did not let me make a phone call until Wednesday. They let me use my phone for two minutes in front of an officer. I called my wife and told her where I was and to contact my attorney and to take care of my family. Afterwards, the officer took my phone away.

23. I kept asking to call my lawyer. The officers just kept responding, "later, later." They never let me call my lawyer.

24. I could see the officers process many of the other people who arrived with me. Many of them were given court dates.

25. I asked the officers why they would not process me or let me see a judge. One officer said he did not have time for me because there were a lot of people there. Another officer told me that they were going to take me to another facility and process me there.

26. On Thursday, I was brought to an immigration officer. He took my fingerprints. When he looked me up in their system, the officer commented that I have had no problems in my 21 years in the United States. I agreed and explained that I have a work permit and that I just work hard and come home to my family.

27. He asked if I wanted to be voluntarily removed. I said "no." I told him that I did not want to be voluntarily removed. I told him that I have been here for over 20 years without any problems and that my family, including my children, are here in Chicago.

28. I told him that I have a lawyer. I asked for my file number and a court date so my attorney could find me. He didn't give me the file number or let me call my lawyer.

29. The officers tried to make other people sign a document agreeing to voluntary deportation. When people refused to sign, they got angry.

30. I remember one man did not want to sign the document, but the officers tried to force him to sign it. One officer pulled the man's hand so hard that the officer injured him and he had to go to the hospital. When they brought him back to Broadview, they hit him in front of us.

31. On Sunday morning, I was transferred to a detention facility in Indiana, and then to Texas. Then they deported me to Honduras. I never signed anything agreeing to be deported.

32. Being at Broadview was very difficult. I have never been to jail before. I was worried about my family the whole time.

3

33. I am signing this declaration using a pseudonym because I fear retaliation from federal law enforcement authorities if my true identity is revealed in a public document.

This declaration was read to me in Spanish, a language that I know and understand. I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 28, 2025, in Santa Rita, Yoro, Honduras.

*Esta declaración me fue leída en español, un idioma que conozco y comprendo. Declaro bajo pena de perjurio, conforme a las leyes de los Estados Unidos, en 28 U.S.C. § 1746, que lo anterior es verdadero y correcto.*

*Firmado el 28 de octubre, 2025, en Santa Rita, Yoro, Honduras.*

*Jack Doe*
Jack Doe (Oct 29, 2025 09:48:13 CDT)
Jack Doe

CERTIFICATE OF TRANSLATION

I, Maikel Arista-Salado, certify that I am fluent in both the English and Spanish languages and that I am competent to translate between them. I have read the attached declaration to Jack Doe in Spanish, and he confirmed that he understood and agreed to its contents before signing.

Date: October 28, 2025

_____
Maikel Arista-Salado, Paralegal