# EXHIBIT 40

**DECLARATION OF FREDY CAZAREZ GONZALEZ**

I, Fredy Cazarez Gonzalez, make the following declaration based on my personal knowledge:

1. My name is Fredy Cazarez Gonzalez and I am competent to make this declaration.

2. I was detained at Broadview for 5 days, from September 16, 2025 until September 20, 2025.

3. The conditions at Broadview were horrible. The officers treated all of us like savage animals.

4. I work in construction. On September 16, 2025, around noon, I was working in Naperville, getting some materials out of the company truck when two individuals with their faces covered approached me. They did not identify themselves.

5. They pushed me down onto the ground. One of them kicked me in my ribs. They also beat me with their fists and hit me on my head.

6. The individuals then handcuffed and shackled me and put me into a car. At the time I did not know the reason for my arrest. They did not show me a warrant or any other arrest document.

7. The individuals took me to the Broadview ICE facility.

8. When I arrived at Broadview, officers took off my handcuffs, and they placed me in a room with over 200 people. The room was small. I believe it was about 40 feet by 40 feet. It was very crowded. We were so packed that often we would step on each other's toes.

9. The room had about ten plastic chairs, which were not nearly enough for everyone to sit. Up to two people tried to sit down in each chair, even though it was only meant for one

1

person. The room was very dirty. There was used toilet paper on the floor, there was urine near the toilet. It smelled like urine, sweat, and feces. It smelled horrible.

10. There was one toilet in the room, in the corner. It was out in the open, and nothing separated it from the rest of the room. There was no privacy. It was dirty and there was urine on the floor.

11. At Broadview, I had to sleep on the floor near the toilet, with the urine on the ground, because there was nowhere else to lay down. It smelled very bad. The room was very cold at night, but the staff did not provide me with any blankets or extra clothes. There were no beds or mattresses. The staff left the lights on all day and night. It was also very loud all throughout the night. I was only able to sleep for about one hour each night because of these conditions.

12. There was no working shower at Broadview, so I could not shower for five days. The Officers did not give me any soap, a toothbrush, toothpaste, or anything else to clean myself.

13. No one processed me until September 20, 2025—five days after they brought me to Broadview.

14. In order to process me, a Broadview staff member took me out of the room, and handcuffed and shackled me. He took me to an open area inside the facility, which had a metal bench for me to sit on. The staff member handcuffed me to the bench. I was then questioned by a woman.

15. Another male staff member told me that I had no right to be here, or words to that effect. He told me that I had to sign the paperwork. I did not know what the paperwork was, but the staff member told me I had to sign for voluntary deportation. The staff member did not translate the document for me. I did not understand it because I do not read English.

16. The man said he would press on my head with his hands, which had rings on them, if I did not sign. I saw the man press on other individuals' heads when they refused to sign the paperwork, while another staff member grabbed their hands to force them to sign the paper. I felt as if I had no choice but to sign the paperwork.

17. I have been in the country for twenty years and my wife and children are here, so I wanted to fight for my rights. But I was given no choice but to sign, so with tears in my eyes, I signed the paperwork.

18. Staff forced people who refused to sign the paperwork to stay on the metal bench for hours as punishment until they signed.

19. After I was processed, the staff did not provide me with any paperwork.

20. The Broadview staff distributed food twice a day by standing in the doorway of the room and handing it out. Everyone tried to get food, but there was not enough for everyone. On some days, I was able to get one flour tortilla with some mayonnaise on it, twice a day. Other days, I was only able to get one tortilla. There was one day that I did not get any food. I had to eat the crumbs and leftovers that people left on the floor. Every time a staff member came into the room, people begged for food because we were so hungry. They ignored our pleas.

21. The staff only gave us one or two bottles of water a day. It was not enough.

22. While I was at Broadview, two detainees hit me on the head multiple times. They would pass by me as I was trying to sleep, and then they hit me on my head and grabbed my private parts. The staff saw them hitting me but did nothing to stop this from occurring.

23. Due to the injuries that the men who arrested me caused me, I was in pain the entire week. I was in so much pain that I was crying throughout the time I was at Broadview. However, the officers at Broadview did not provide me with any medical care.

3

24. I was not given any opportunity to make a phone call to my family or my attorney while I was at Broadview. There were some payphones in the holding room, but no one was able to successfully make any calls using those phones. I was unable to contact my family until nearly two weeks after my arrest, after I was transferred out of Broadview.

25. No one told me why I was there or what my rights were. I felt like I had been kidnapped. I did not feel safe. I was in distress because I thought I would never see my kids again.

26. On September 20, 2025, I was handcuffed and shackled again and transported in a van to Clay County Jail in Brazil, Indiana, where I continue to be detained today.

This declaration was read to me in Spanish, a language that I know and understand. I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October ___, 2025, at the Clay County Jail in Brazil, IN.

*Esta declaración me fue leída en español, un idioma que conozco y comprendo. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América, de acuerdo con la seccion 1746 del titulo 28 del Codigo de los Estados Unidos, que lo anterior es verdadero y correcto.*

*Firmado el* **29** *de octubre de 2025 en Clay County Jail en Brazil, IN.*

_____Fredy CAZAREZ_____
Fredy Cazarez Gonzalez

5

CERTIFICATE OF TRANSLATION

I, Maikel Arista-Salado, certify that I am fluent in both the English and Spanish languages and that I am competent to translate between them. I have read the attached declaration to Fredy Cazarez Gonzalez in Spanish, and he confirmed that he understood and agreed to its contents before signing.

Date: October 29, 2025.

_____
Maikel Arista-Salado, Paralegal

Executed on October 29, 2025.