IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, FELIPE AGUSTIN ZAMACONA, and a class of similarly situated people, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; MARCOS CHARLES, Acting Executive Associate Director, U.S. Immigration and Customs Enforcement and Removal Operations, in his official capacity; SAMUEL OLSON, Interim Chicago Field Office Director, U.S. Immigration and Customs Enforcement, in his official capacity; GREGORY BOVINO, Commander-at-Large, U.S. Customs and Border Protection, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and the DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 25-cv-13323 <br><br> Class Action |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION IN EXCESS OF FIFTEEN PAGES**

Plaintiffs Pablo Moreno Gonzalez and Felipe Agustin Zamacona respectfully move this Court for leave to file the attached Memorandum in Support of their Motion for Class Certification in excess of 15 pages under Local Rule 7.1. In support of this motion, Plaintiffs state as follows:

1.  Plaintiffs bring this lawsuit on behalf of themselves and all others similarly situated

to challenge unconstitutional Defendants' practices of subjecting immigration detainees to inhumane and abusive conditions of confinement, systematically blocking detainees' access to counsel, and using threats and coercion in order to procure signatures on immigration documents at the Broadview ICE facility at 1930 Beach Street, Broadview, Illinois ("Broadview"). As detailed in the attached Memorandum, Plaintiffs seek certification of a class of all immigration detainees who are detained and those who will be detained in the future at Broadview (the "Class") and designation of the undersigned attorneys as Class counsel.

2. Plaintiffs seek leave to file the attached 26-page Memorandum in Support of their Motion for Class Certification. Local Rule 7.1 states that briefs should not exceed 15 pages in length without leave of court.

3. Plaintiffs' Memorandum sets forth pressing facts critical to the class certification inquiry. As detailed in dozens of declarations, Defendants subject all Class members, including Plaintiffs, to the same unlawful practices. Moreover, the Memorandum describes proposed Class counsel's qualifications and extensive experience litigating class actions. Plaintiffs require additional pages to present these key facts.

4. Plaintiffs' Memorandum also addresses substantial legal questions. Since *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011), courts engage in a searching analysis of the Rule 23 factors at the certification stage that "go[es] beyond the pleadings." *Beaton v. SpeedyPC Software*, 907 F.3d 1018, 1025 (7th Cir. 2018). Plaintiffs require more than fifteen pages to address the relevant legal issues under this framework.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that the Court grant their motion for leave to file the attached Memorandum in Support of their Motion for Class Certification in excess of 15 pages under Local Rule 7.1.

DATED: October 30, 2025          Respectfully submitted,

/s/ Kevin M. Fee
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone:  312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer
Brent R. Austin
**EIMER STAHL LLP**

3

        224 South Michigan Avenue, Suite 1100
        Chicago, Illinois 60604
        Phone:  312-660-7600
        neimer@eimerstahl.com
        ssolberg@eimerstahl.com
        mmccluggage@eimerstahl.com
        jspeta@eimerstahl.com
        lmeyer@eimerstahl.com
        baustin@eimerstahl.com