IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, FELIPE AGUSTIN ZAMACONA, and a class of similarly situated people,<br><br>        Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; MARCOS CHARLES, Acting Executive Associate Director, U.S. Immigration and Customs Enforcement and Removal Operations, in his official capacity; SAMUEL OLSON, Interim Chicago Field Office Director, U.S. Immigration and Customs Enforcement, in his official capacity; GREGORY BOVINO, Commander-at-Large, U.S. Customs and Border Protection, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and the DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | Case No. 25-cv-13323<br><br>Class Action |

**PLAINTIFFS EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

      Plaintiffs Pablo Moreno Gonzalez and Felipe Agustin Zamacona, by and through their undersigned counsel, bring this Emergency Motion for a Temporary Restraining Order under Rule 65(b) of the Federal Rules of Civil Procedure. For the reasons set forth in their contemporaneously filed Memorandum in Support of Emergency Motion for Temporary Restraining Order, Plaintiffs respectfully request that the Court grant a temporary restraining order to remedy ongoing

violations of the constitutional rights of Plaintiffs and the putative class. A [Proposed] Temporary Restraining Order is attached to this Motion as Exhibit A.

WHEREFORE, Plaintiffs Pablo Moreno Gonzalez and Felipe Agustin Zamacona respectfully request the Court grant this Motion and the relief sought in the attached [Proposed] Temporary Restraining Order.

DATED: October 30, 2025      Respectfully submitted,

/s/ Kevin M. Fee
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone: 312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer
Brent R. Austin
**EIMER STAHL LLP**
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
mmccluggage@eimerstahl.com
jspeta@eimerstahl.com
lmeyer@eimerstahl.com
baustin@eimerstahl.com