IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, FELIPE AGUSTIN ZAMACONA, and a class of similarly situated people, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; MARCOS CHARLES, Acting Executive Associate Director, U.S. Immigration and Customs Enforcement and Removal Operations, in his official capacity; SAMUEL OLSON, Interim Chicago Field Office Director, U.S. Immigration and Customs Enforcement, in his official capacity; GREGORY BOVINO, Commander-at-Large, U.S. Customs and Border Protection, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and the DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 25-cv-13323 <br><br> Class Action |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER IN EXCESS OF FIFTEEN PAGES**

Plaintiffs Pablo Moreno Gonzalez and Felipe Agustin Zamacona respectfully move this Court for leave to file the attached Memorandum in Support of their Emergency Motion for Temporary Restraining Order in excess of 15 pages under Local Rule 7.1. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs bring this lawsuit on behalf of themselves and all others similarly situated to challenge Defendants' practice of subjecting immigration detainees to inhumane and abusive conditions of confinement and systematically blocking detainees' access to counsel at the Broadview ICE facility at 1930 Beach Street, Broadview, Illinois ("Broadview"). These practices constitute grave violations of the First and Fifth Amendment rights of Plaintiffs and other detainees at Broadview. As detailed in the attached Memorandum, Plaintiffs seek an order enjoining these violations while this case proceeds on the merits.

2. Plaintiffs seek leave to file the attached 51-page Memorandum in Support of their Emergency Motion for a Temporary Restraining Order. Local Rule 7.1 states that briefs should not exceed 15 pages in length without leave of court.

3. Plaintiffs' Memorandum presents urgent and serious facts supporting their request for injunctive relief. Plaintiffs have submitted more than thirty declarations from detainees, attorneys, elected officials and others detailing Defendants' abusive practices at Broadview. Plaintiffs request this extended page limit in order to fully address these factual issues and provide the Court with as complete a record as possible in adjudicating the Plaintiffs' Motion.

4. Plaintiffs' Memorandum also presents numerous complex legal questions. Plaintiffs bring multiple claims for relief, each with unique elements. The irreparable harms at stake include deprivations of fundamental constitutional rights, prolonged detention, and even removal from the country without process or legal remedy. Plaintiffs require more than fifteen pages to comprehensively present these legal issues and the governing constitutional framework.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that the Court grant their motion for leave to file the attached Memorandum in Support of her Emergency Motion for Temporary Restraining Order in excess of 15 pages under Local Rule 7.1.

DATED: October 30, 2025          Respectfully submitted,

/s/ Kevin M. Fee
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org


Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone: 312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org


Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer

3

                Brent R. Austin
                **EIMER STAHL LLP**
                224 South Michigan Avenue, Suite 1100
                Chicago, Illinois 60604
                Phone: 312-660-7600
                neimer@eimerstahl.com
                ssolberg@eimerstahl.com
                mmccluggage@eimerstahl.com
                jspeta@eimerstahl.com
                lmeyer@eimerstahl.com
                baustin@eimerstahl.com