IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, FELIPE AGUSTIN ZAMACONA, and a class of similarly situated people,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; MARCOS CHARLES, Acting Executive Associate Director, U.S. Immigration and Customs Enforcement and Removal Operations, in his official capacity; SAMUEL OLSON, Interim Chicago Field Office Director, U.S. Immigration and Customs Enforcement, in his official capacity; GREGORY BOVINO, Commander-at-Large, U.S. Customs and Border Protection, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and the DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 25-cv-13323<br><br>Class Action |

**DECLARATION OF KEVIN FEE IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Kevin Fee, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at the Roger Baldwin Foundation of ACLU, Inc., and one of the attorneys representing Plaintiffs in the above-captioned matter. I filed a notice of appearance in this case on October 30, 2025. *See* Dkt. 7. I am over eighteen years of age.

2. I provide this declaration in support of Plaintiffs' Emergency Motion for a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65(b)(1)(B). *See* Dkt. 17.

3. Plaintiffs seek urgent relief to remedy ongoing violations of fundamental constitutional rights suffered by Plaintiffs and a putative class of immigration detainees who are detained or will be detained in the future at the Broadview ICE facility at 1930 Beach Street, Broadview, Illinois. Because of the urgency of the relief sought by Plaintiffs, Plaintiffs filed their Complaint on October 30, 2025 at approximately 10:22 p.m. Central Time, *see* Dkt. 1, and their Emergency Motion for a Temporary Restraining Order at approximately 11:56 p.m. Central Time on October 30, 2025, *see* Dkt. 17.

4. My colleagues and I provided notice of this action to Thomas Walsh, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of Illinois, and Craig Oswald, Deputy Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of Illinois. I also provided Mr. Walsh and Mr. Oswald with the case name and number so they can access Plaintiffs' Complaint and Emergency Motion for a Temporary Restraining Order on PACER.

I declare under penalty of perjury, that the foregoing is true and correct.

DATED: October 31, 2025            /s/ Kevin M. Fee
                                   Kevin M. Fee