🇺🇸 Official Website of the Department of Homeland Security



Report

Main Menu

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**PABLO MORENO GONZALEZ**
**Country of Birth:** Mexico

## Current Detention Facility:

GREENE COUNTY JAIL - Missouri

1199 N Haseltine Rd

NA

SPRINGFIELD, MO 658023838

**Visitor Information:** (872) 351-3990

## ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

DETROIT, MI, DOCKET CONTROL OFFICE,

Phone Number: (313) 771-6601

Privacy - Terms

BACK TO SEARCH >

## Related Information

### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

### External Links

Bureau of Prisons Inmate Locator



DHS.gov  USA.gov  OIG  OpenFOIA  Metrics  No Fear Act  Site Gov Map  Site Policies & Plug-Ins