Official Website of the Department of Homeland Security

Report Crimes: Email or Call 1-866-DHS-2-ICE

Main Menu

## Search Results: 0

Your search has returned zero (0) matching records. Please re-check the search terms you entered to ensure they are correct and try your query again. Please remember the system does not provide information for detainees under the age of 18.

If you conducted a name-based search, please remember that only exact matches to the name you entered will be returned. You may want to try searching any name or spelling variants used by the detainee.

If you conducted an A-Number search you may want to try conducting a name-based search instead.

If you are unable to find the detainee using the Online Detainee Locator System, please contact your local field office.

For more information on the Missing Migrant Program please visit link.

BACK TO SEARCH >

### Related Information

**Helpful Info**

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

**External Links**

Bureau of Prisons Inmate Locator

DHS.gov  USA.gov  OIG  OpenFOIA  Metrics  No Fear Act  Site Gov Map  Site Policies & Plug-Ins

