**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PABLO MORENO GONZALEZ, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.  25-cv-13323 |
| v. | ) | |
| | ) | Hon. Robert W. Gettleman |
| KRISTI NOEM, Secretary of the U.S. | ) | |
| Department of Homeland Security, in her | ) | |
| official capacity, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: All Counsel of Record

Please take notice that on Friday, October 31, 2025 at 3:00 p.m., we shall appear before the Honorable Robert W. Gettleman and present Plaintiffs' Emergency Motion for an Order Mandating Attorney Access and Requiring That the Individual Named Plaintiffs Remain in, or Be Returned to, This Circuit.

Dated October 31, 2025                    Respectfully submitted,

/s/ Alexa Van Brunt
Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone:  312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

1

/s/Kevin Fee
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

/s/Nathan Eimer
Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer
Brent R. Austin
**EIMER STAHL LLP**
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone:  312-660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
mmccluggage@eimerstahl.com
jspeta@eimerstahl.com
lmeyer@eimerstahl.com
baustin@eimerstahl.com

**COUNSEL FOR PLAINTIFFS**