UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Pablo Moreno Gonzalez, et al.
                                   Plaintiff,

v.                                                             Case No.: 1:25−cv−13323
                                                                      Honorable Robert W. Gettleman

Kristi Noem, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 31, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 10/31/2025. Plaintiffs' Emergency Motion For An Order Mandating Attorney Access And Requiring That The Individual Named Plaintiffs Remain In, Or Be Returned To, This Circuit [27] is granted in part. The court orders defendants to return the plaintiffs to the Northern District of Illinois, forthwith, by Monday 11/3/2025 at 4:00 p.m. at the latest. Defendants are to take all steps necessary to facilitate communication between the named plaintiffs and their counsel regardless of their location. Defendants are given leave to file a response and any other material that they wish the court to consider by 4:30 p.m. Monday, 11/3/2025. Defendants' counsel are directed to notify plaintiffs' counsel when the plaintiffs are returned to the Northern District of Illinois and their location. In court hearing set for 11/4/2025 at 9:30 a.m. Defendants are to produce plaintiffs for the hearing. If they are not able to produce plaintiffs to be physically present they must make plaintiffs available to appear virtually. All other pending motions are entered and continued to 11/4/2025. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.