UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, FELIPE AUGUSTIN ZAMACONA, and a class of similarly situated people,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; MARCOS CHARLES, Acting Executive Associate Director, U.S. Immigration and Customs Enforcement and Removal Operations, in his official capacity; SAMUEL OLSON, Interim Chicago Field Office Director U.S. Immigration and Customs Enforcement, in his official capacity; GREGORY BOVINO, Commander-at-Large, U.S. Customs and Border Protection in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORECEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and the DEPARTMENT OF HOMELAND SECURITY<br><br>Defendants. | No. 25 C 13323<br><br>Judge Gettleman |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated to represent the United States in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   s/ Jana L. Brady
     JANA L. BRADY
     Assistant United States Attorney
     327 South Church Street, Suite 3300
     Rockford, Illinois 61101
     (815) 987-4444
     jana.brady@usdoj.gov