**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PABLO MORENO GONZALEZ, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary of the U.S. ) <br> Department of Homeland Security, in her ) <br> official capacity, *et al.* ) <br> ) <br> Defendants. ) | Case No. 25-cv-13323 <br><br> Hon. Robert W. Gettleman |

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL EXHIBITS AND
TO FILE CORRECTED REDACTED VERSIONS**

Pursuant to Local Rule 26.2, Plaintiffs respectfully move this Court for an Order sealing eight declarations that Plaintiffs filed in support of their Complaint and permitting them to re-file the exhibits with redactions of inadvertently included personal contact information. In support of this motion, Plaintiffs state as follows:

1. On October 30, 2025, Plaintiffs filed a Complaint on behalf of a class of immigrant detainees at the Broadview ICE facility. ECF No. 1.

2. Plaintiffs separately filed an exhibit list to their Complaint with forty exhibits attached. ECF No. 2. The majority of the exhibits are declarations. *Id.*

3. Several of the declarations were signed electronically by the declarants and have a "Final Audit Report" appended to the end. This audit report does not contain substantive evidence; it merely states the time the document was created, emailed for signature, viewed, and e-signed. It also shows the signatories' email addresses.

1

4. Plaintiffs inadvertently filed eight declarations with audit reports that include personal email addresses for the nonparty witnesses. They are Exhibits 6 (ECF No. 2-6), 15 (ECF (ECF No. 2-15), 16 (ECF No. 2-16), 18 (ECF No. 2-18), 25 (ECF No. 2-25), 27 (ECF No. 2-27), 28 (ECF No. 2-28), and 29 (ECF No. 2-29).

5. Plaintiffs now seek to correct this oversight and seal those exhibits in order to protect the declarants' privacy and shield them from harassment. With the Court's leave, Plaintiffs will then file corrected versions of those exhibits, redacting the personal information in the audit report.

6. Local Rule 26.2 provides that "the court may for good cause shown enter an order directing that one or more documents be restricted." Whether a document may be filed with restrictions must be balanced with the "[] common law right of public access to judicial records." *United States v. Corbitt*, 879 F.2d 224, 228 (7th Cir. 1989); *see also Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 944-45 (7th Cir. 1999).

7. There is good cause to permit these eight declarations to be sealed and revised, redacted versions to be filed on the docket.

8. First, the redactions are of sensitive, personal information of non-parties. *See Lane v. Paul Revere Life Ins. Co.*, No. 09 C 1420, 2009 WL 10740062, at *1 (N.D. Ill. July 17, 2009) (requiring that records with plaintiff's personal information, including his personal email address, be filed with redactions or under seal); *see also United States v. Dish Network, L.L.C.*, 943 F. Supp. 2d 891, 894 (C.D. Ill. 2013) ("good cause exists for redacting the personally identifying information in 31 of the documents").

9. Additionally, this information is not material to the pleadings. *See Xirum v. U.S. Immigr. & Customs Enf't*, No. 122CV00801TWPKMB, 2023 WL 3456610, at *3 (S.D. Ind. May

15, 2023) ("the information the Parties seek to redact or seal—namely personal information about Plaintiffs and other non-citizen detainees and names and contact information of government officials—is not relevant to the Parties' arguments concerning class certification and therefore is not subject to the presumption of public disclosure."). Redacting these emails will not impact the public's access to the substantive information for which these exhibits were proffered. As such, the public interest here does not overcome the declarants' interest in privacy. *See Xirum v. U.S. Immigr. & Customs Enf't*, No. 122CV00801TWPKMB, 2024 WL 1796120, at *2 (S.D. Ind. Apr. 25, 2024) (agreeing with the parties that the redacted information, including names, personally identifying information, and contact information of non-parties, "is immaterial to the Plaintiffs' Motion . . . and should remain sealed").

10. Additionally, the redactions are limited. Plaintiff seeks solely to redact eight email addresses. *See Est. of Regan by Regan v. Baldwin*, No. 1:17-CV-01059-JEH, 2020 WL 6140437, at *1 (C.D. Ill. Oct. 19, 2020) ("When possible, parties should seek to seal only those portions of a document which may properly be sealed by way of redaction.").

11. Given the potentially high-profile nature of this matter, the declarants may be at a higher risk of harassment should this personal information remain on the public docket. *See* Fed. R. Civ. P. 26(c)(1) ("The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden...").

12. Plaintiffs conferred with counsel for the government who represented that they have no opposition to the requested relief.

WHEREFORE, Plaintiff respectfully requests that this Court seal Exhibits 6 (ECF No. 2-6), 15 (ECF No. 2-15), 16 (ECF No. 2-16), 18 (ECF No. 2-18), 25 (ECF No. 2-25), 27 (ECF No.

3

2-27), 28 (ECF No. 2-28), and 29 (ECF No. 2-29), and grant leave for Plaintiff to file redacted versions in their stead.

                Respectfully submitted,

/s/ Alexa Van Brunt
Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone:  312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

/s/Kevin Fee
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

/s/Nathan Eimer
Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer

4

Brent R. Austin
**EIMER STAHL LLP**
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
mmccluggage@eimerstahl.com
jspeta@eimerstahl.com
lmeyer@eimerstahl.com
baustin@eimerstahl.com

**COUNSEL FOR PLAINTIFFS**