UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Pablo Moreno Gonzalez, et al.
                              Plaintiff,

v.                                            Case No.: 1:25−cv−13323
                                              Honorable Robert W. Gettleman

Kristi Noem, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

    MINUTE entry before the Honorable Robert W. Gettleman: Plaintiffs' unopposed motion to seal exhibits and to file corrected redacted versions [33] is granted. The Clerk is directed to seal exhibit 6 (ECF 2−6), exhibit 15 (ECF 2−15), exhibit 16 (ECF 2−16), exhibit 18 (ECF 2−18), exhibit 25 (ECF 2−25), exhibit 27 (ECF 2−27), exhibit 28 (ECF 2−28), exhibit 29 (ECF 2−29). Plaintiff has leave to file redacted versions. Emailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.