IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, FELIPE AGUSTIN ZAMACONA, and a class of similarly situated people, <br><br> Petitioner, <br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; MARCOS CHARLES, Acting Executive Associate Director, U.S. Immigration and Customs Enforcement and Removal Operations, in his official capacity; SAMUEL OLSON, Interim Chicago Field Office Director, U.S. Immigration and Customs Enforcement, in his official capacity; GREGORY BOVINO, Commander-at-Large, U.S. Customs and Border Protection, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and the DEPARTMENT OF HOMELAND SECURITY, <br><br> Respondents. | Case No. 25 C 13323 <br><br> Judge Robert W. Gettleman |

**ORDER**

In court hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order [17] held on 11/4/2025. Testimony heard. In court hearing continued to 11/5/2025 at 4:15 p.m. The court orders that the plaintiffs in this case, Pablo Moreno Gonzalez and Felipe Agustin Zamacona, are to be held at the Metropolitan Correctional Center (MCC) until further order of Court. Plaintiffs Moreno Gonzalez and Zamacona are to appear for the court hearing set for 11/5/2025 at 4:15 p.m. via Webex. For the reasons stated on the record, Plaintiffs' Motion for Expedited Discovery [15] is granted limited as stated on the record. Counsel are to confer

regarding the individuals to be deposed, the length of time needed for the depositions, records on the amount of people being housed in the Broadview ICE facility cells, and a discovery plan. Plaintiffs' reply in support of their motion for Class Certification [5] due by 11/7/2025.

Plaintiffs' Motion for TRO [17] is entered and continued to 11/5/2025.

           **ENTER:**

           **Robert W. Gettleman**
           **United States District Judge**

**DATE:** November 4, 2025