IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, *et al.* ) ) Plaintiffs, ) ) v. ) ) KRISTI NOEM, Secretary of the U.S. ) Department of Homeland Security, in her ) official capacity, *et al*. ) ) Defendants. ) | Case No. 25-cv-13323 Hon. Robert W. Gettleman |

**EXHIBIT LIST TO PLAINTIF'S CORRECTED REDACTED EXHIBITS**

| Previously Filed ECF No. | Exhibit No. | Exhibit Description |
|---|---|---|
| 2-6 | 1 | Declaration of Claudia Pereira Guevara |
| 2-15 | 2 | Declaration of Valentin Toto Polito |
| 2-16 | 3 | Declaration of Jose Guerrero Pozos |
| 2-18 | 4 | Declaration of John Cerrone |
| 2-25 | 5 | Declaration of Karina Ayala-Bermejo |
| 2-27 | 6 | Declaration of David A. Mejia |
| 2-28 | 7 | Declaration of Brad Thomson |
| 2-29 | 8 | Declaration of Jacqueline Spreadbury |

Dated: November 5, 2025

Respectfully submitted,

/s/ Alexa Van Brunt
Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone: 312-503-1336
alexa.vanbrunt@macarthurjustice.org

1

jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

/s/Kevin Fee
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

/s/Nathan Eimer
Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer
Brent R. Austin
**EIMER STAHL LLP**
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
mmccluggage@eimerstahl.com
jspeta@eimerstahl.com
lmeyer@eimerstahl.com
baustin@eimerstahl.com

**COUNSEL FOR PLAINTIFFS**