# EXHIBIT 1

## **DECLARATION OF CLAUDIA CAROLINA PEREIRA GEUVARA**

I, Claudia Carolina Pereira Guevara, make the following declaration based on my personal knowledge:

1. My name is Claudia Carolina Pereira Guevara. I am competent to make this declaration.

2. I was arrested by federal agents on October 2, 2025. I was driving to work at approximately 5 a.m. when three cars surrounded me. The officers smashed open my window and took me out of the car. All of the officers who arrested me were men. One of them patted me down and searched me. They put me in handcuffs.

3. The agents put me in one of their vehicles. The agents drove me from one place to another for a long while, stopping frequently in obscure locations. I felt unsafe and did not know where I was being taken. Eventually, the federal agents transferred me into a white van with four other people. The white van took us to the detention center in Broadview.

4. When I entered Broadview, I was again patted down and searched by a male officer. They took all of our property, placed it in bags, and locked it away. They took our shoelaces.

5. I was detained at Broadview for approximately five days. Most of the people I was with were also held for five days, but some were held for even longer. One of the people I was detained with had already been there for six days when I was released and continued to be detained after they took me out.

6. On the first day that I was at Broadview, an immigration officer processed me. He asked me for various pieces of information.

1

7. The officer told me that I had to sign my deportation paperwork. He told me that if I did not sign the paperwork, I would remain detained there at Broadview until I agreed to sign. I felt that I had no choice but to sign the paperwork.

8. The deportation paperwork was in English, but I am not able to read English. The deportation paperwork was not provided to me in Spanish, a language that I know and understand. The deportation officer did not translate the deportation paperwork for me into Spanish. He just told me that it was a paper for deportation and that I had to sign it.

9. I asked to speak with a lawyer. The officer said no. He said I had no right to speak with a lawyer. He emphasized that until I signed the deportation paperwork, I would be stuck there in detention at Broadview.

10. I signed the deportation paperwork.

11. Nobody at Broadview was able to talk to a lawyer. Nobody at Broadview was able to get any legal advice about their immigration status.

12. The immigration officers did not provide me any information about my legal options. Their only goal was to deport as many people as possible as fast as possible.

13. I know that after I entered the country in 2021, I had an immigration case pending in LA immigration court.

14. I made a claim for asylum.

15. I never received notices about my immigration court case in LA.

16. I never learned whether there had been any outcome or final order from that court case.

17. I was not able to get legal advice at Broadview about whether or how I could fight against my deportation through that court case or in a new court case.

18. Because I was not able to talk to a lawyer, I did not know if I had any legal options to fight back against my deportation. I had no choice but to sign the paperwork.

19. The immigration officer at Broadview told me, after I signed the paperwork, that I would be subject to a 5 year prohibition on returning.

20. I was unable to get legal advice about whether what the immigration officer told me was true, or whether I could apply for a waiver of that prohibition on returning to the United States.

21. I now understand that I may actually be subject to a 10-year prohibition on returning and that it may be very difficult or impossible for me to get a waiver of that 10-year ban.

22. I also now understand that my legal options are much more limited now that I have been deported. /

23. I have a four year old child and 8 month old child who are still living in the United States. I am now separated from them and do not know when we will be able to be reunited.

24. While I was detained at Broadview, I did not have any access to a consular official from my native country, Honduras.

25. Despite signing the deportation paperwork on my first day at Broadview, they continued to detain me there for five days.

26. There are four larger holding cells at Broadview as well as two individual cells meant for only one person.

27. On my first day at Broadview, I was put in one of the holding cells.

28. The conditions at Broadview were truly horrible. We were treated terribly by the officials there.

3

29. For most of the time I was at Broadview I was in a holding cell with between eight to ten other women.

30. On one of the days, however, the officers took all eight women out of the holding cell and put all of us into one of the individual cells meant for a single person. We were locked inside there for one day. It was horrible. Eventually, they let us out and put us back into one of the larger holding cells.

31. The holding cell I was kept in was dirty and unsanitary. I did not see the officers clean at any time while I was there. We asked the officers for a broom to try to clean it ourselves, but they refused.

32. There were no showers. There was no way to wash ourselves.

33. We were never given a change of clothes, so we had to wear the same clothes we arrived in for the entire time we were there.

34. There was no soap or anything to sanitize with.

35. The room had a metal toilet that everyone had to share. There was no privacy. Everyone else in the holding cell could see you using the toilet.

36. There were two video cameras in the holding cell. The video cameras captured women using the toilet. We had no idea who was watching on the cameras or what they did with video of women using the toilet.

37. There were windows in the holding cell that I was in. When the windows were uncovered, we could see the area where the officers sat. We could also see into other holding cells that housed men and the men could see into our holding cell.

38. However, soon after I arrived, the officers covered the windows in the holding cell with white nylon sheets. This blocked us from being able to see out toward the officers and blocked the officers from seeing in.

39. The food at Broadview was terrible and insufficient. The only food we ever received were small Subway sandwiches. The sandwiches had been frozen and were very cold.

40. Some days they gave us only two sandwiches to eat all day. Some days they gave us three sandwiches. We got no other food at all. The officers refused to provide more food when people asked.

41. The officers did not give us enough water. On one of the days I was there, they did not give us any water for 13 hours straight. We were asking the officers for water. The officers heard us but pretended like they weren't listening and ignored us for 13 hours.

42. The only water we received was one single-serving water bottle, with each sandwich. So, on some days we only got two bottles of water all day.

43. There was a sink attached to the metal toilet. At one point I tried to drink water from that sink, but the water was foul and not fit for drinking. I did not drink that water again.

44. There were no beds and nowhere to sleep properly. The rooms had some hard plastic chairs. I tried to sleep sitting on one of these chairs, but it was very uncomfortable. Eventually, I had to sleep on the hard floor. The floor was very dirty, but I had no other choice.

45. The room was kept extremely cold at night. The plastic sheet they gave us was not enough to keep warm. They did not provide extra clothes.

46. The officers kept the lights on all the time, including overnight.

47. The officers did not provide any medical care.

48. I saw two men who were seriously ill and who did not appear to get proper medical treatment. One of these men was gravely ill and appeared to be having a heart attack. The officers were laughing at him and laughing about his medical emergency.

49. Toward the end of my time at Broadview, I got very sick because of the unsanitary conditions and from being forced to sleep on the dirty, hard floor. When I awoke, I was numb from the waist down. I could not feel my legs. I woke up vomiting. My body was weak and frail. The officers eventually took me out of the cell, but they refused to take me to see a doctor or to the hospital. I did not receive medical care from anyone at Broadview. They sat me in a wheelchair and left me in the central area of the detention center outside the cells.

50. The officers treated us terribly. They used obscenities and insults against us. When we asked for necessities of life, they would insult us or ignore us. They often laughed at detainees and made light of our suffering.

51. The conditions at Broadview were devastating for me. At one point I thought that I would rather die than have to stay there any longer.

52. People detained at Broadview are desperate. Some of the women there were arrested while their kids were in school. Some of the people had been arrested while attending court, as they were required to do. One of the people I was detained with, a woman from Africa, was tricked by the officers. The officers told her she would be moved somewhere else and would get a lawyer, but instead, based on paperwork she received, it appears to the women in the cell with us that she was scheduled to be deported.

53. The conditions at Broadview were even worse for the men than for the women. When I was able to see into the men's holding cells, I saw that they were absolutely overflowing.

Men were packed together, forced to stand one next to the other because there was so little space.

54. On the day they released me from Broadview, they chained me up from the hands, feet, and waist and took me out into a van at 4 a.m. They did not provide us with any food that morning. We received no food until after we were on a plane headed to Louisiana in the late afternoon.

55. I was subsequently put on a plane to Honduras. I was handcuffed during the flight to Honduras until just before landing.

56. I am currently in Honduras. I have two young children who remain in the United States.

This declaration was read to me in Spanish, a language that I know and understand. I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on October 20, 2025, in Honduras

*Esta declaración me fue leída en español, un idioma que conozco y comprendo. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América, de acuerdo con la seccion 1746 del titulo 28 del Codigo de los Estados Unidos, que lo anterior es verdadero y correcto. Firmado el 21 de octubre, 2025, en Honduras*

*Claudia P*
Claudia Carolina Pereira Guevara (Oct 21, 2025 09:12:54 MDT)
Claudia Carolina Pereira Guevara

CERTIFICATE OF TRANSLATION

I, Maikel Arista-Salado, certify that I am fluent in both the English and Spanish languages and that I am competent to translate between them. I have read the attached declaration to Claudia Carolina Perreria Guevara in Spanish, and he confirmed that he understood and agreed to its contents before signing.

Date: October 21, 2025.


_____
Maikel Arista-Salado, Paralegal

# Declaration of Claudia Carolina Guevara

Final Audit Report  2025-10-21

| | |
|---|---|
| Created: | 2025-10-21 |
| By: | Jamia Russell (jamia.russell@macarthurjustice.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAANmCFGUa5NG6Zif740OL_5OtgXIFRiYeQ |

## "Declaration of Claudia Carolina Guevara" History

- **Document created by Jamia Russell (jamia.russell@macarthurjustice.org)**
  2025-10-21 - 2:55:25 PM GMT

- **Document emailed to** ▉▉▉▉▉▉▉▉▉▉▉▉ **for signature**
  2025-10-21 - 2:55:30 PM GMT

- **Document emailed to Maikel Arista-Salado (marista-salado@macarthurjustice.org) for signature**
  2025-10-21 - 2:55:30 PM GMT

- **Email viewed by** ▉▉▉▉▉▉▉▉▉▉▉▉
  2025-10-21 - 3:11:38 PM GMT

- **Signer** ▉▉▉▉▉▉▉▉▉▉▉▉ **entered name at signing as Claudia Carolina Pereira Guevara**
  2025-10-21 - 3:12:52 PM GMT

- **Document e-signed by Claudia Carolina Pereira Guevara** ▉▉▉▉▉▉▉▉▉▉▉▉
  Signature Date: 2025-10-21 - 3:12:54 PM GMT - Time Source: server

- **Email viewed by Maikel Arista-Salado (marista-salado@macarthurjustice.org)**
  2025-10-21 - 3:57:32 PM GMT

- **Document e-signed by Maikel Arista-Salado (marista-salado@macarthurjustice.org)**
  Signature Date: 2025-10-21 - 3:58:10 PM GMT - Time Source: server

- **Agreement completed.**
  2025-10-21 - 3:58:10 PM GMT

Adobe Acrobat Sign