# EXHIBIT 3

## **DECLARATION OF JOSE GUERRERO POZOS**

I, JOSE GUERRERO POZOS, make the following declaration based on my personal knowledge:

1. On August 6, 2025, I was arrested by federal officers when leaving court. They handcuffed me and shackled at the feet outside the courthouse and they took me to the detention facility in Broadview, Illinois.

2. When I got to Broadview, I was questioned by a female deportation officer. She told me I could make one call with my cell phone.

3. There was no privacy or confidentiality. The officer was right in front of me and listened to my call. There were other detainees and officers around me.

4. I called my brother but he didn't answer. She then took my phone away.

5. The officer told me to sign a form. The form was in English. I did not understand the document. She did not provide a Spanish form.

6. The officer did not explain the document. She was speaking to me in Spanish so I asked her to translate the form, but she refused, she just kept telling me to sign it.

7. She did not tell me I could talk to an attorney.

8. I refused to sign the form. I explained that I would not sign something I did not understand.

9. The officer became angry at me. She told me if I did not sign the form and insisted on my rights, things would go badly for me.

10. She had the officers put me in a room without a camera. I stayed there for a while.

11. When the officers brought me out of the room, the officer started interrogating me. She went through my entire criminal history. She tried to intimidate me. She told me that my case does not look good.

12. I told her if she was discussing my case, I wanted to talk to a lawyer. She again became upset and insulted me.

13. I said I had a right to talk to a lawyer. She told me I did not need to talk to a lawyer.

14. She did not give me my cell phone to call my attorney.

15. Later, she gave me a piece of paper with phone numbers for immigration service providers. She also gave me a calling card that was supposed to have five minutes of time on it. The card did not work.

16. There was one phone in the holding room and so everyone had to wait to use it. There was no privacy or confidentiality.

17. The code on the calling cards did not work for the majority of people, but the officers refused to help.

18. I was not able to speak to my attorney or call anyone else the entire time I was at Broadview. The first time I spoke to a lawyer was when I got to a detention facility in Kentucky.

19. I spent one day at Broadview.

20. I was held in a small holding room with about 10 other men. Some of them had been there for days. It filled up as more people came in.

21. We were not allowed to talk to each other. If we tried, the officers silenced us.

22. There was also a larger holding room. The room looks like it should have held a maximum of around 30 people but they put double the number of people in there. There looked to be around 60 people. It was absolutely packed.

23. There was a separate room for women. There appeared to be around 30 women in there.

24. I could see into the other holding rooms because they were only divided by glass.

25. There were makeshift offices right next to the holding rooms. The offices did not have doors, just desks and computers. There were approximately two rows of desk with about 15-20 makeshift offices. The officers in that area could see and hear everything in the holding rooms.

26. There were no beds, sleeping pads, pillows, or bedding. There were no tables. There was no place to sleep. You could try to sleep by sitting on a hard plastic bench up against the wall. If you were lucky, you got a foil "blanket" to cover yourself.

27. There was a toilet in the holding room. There was no privacy. Other detainees—including the women and men in the other rooms—could see into our bathroom area.

28. The women's bathroom was visible to people in the men's holding rooms and to the officers.

29. The officers watched when we went to the bathroom.

30. There was no sink to wash your hands. There was no water, soap, or hand sanitizer. There were no showers. We had to ask the officers for toilet paper.

31. There was no medical unit. We had no access to medical services.

32. When people asked for medical attention, the officers told them to be quiet.

33. For example, people told the officers that their head hurt or they needed medication. The officers did not give them anything.

34. We had no access to drinking water, not even a sink. The only way to get water was for the officers to provide us with bottles. Everyone was asking for water but the officers would not give us any. In fact, they got upset when we asked and said they did not want to give us any water.

35. When I asked the female officer who interrogated me for water, she said there is no water and to stop bothering her.

36. We did not receive a proper meal. The whole day, I was only given a small amount of bread. It might have had some mayonnaise or another spread on it.

37. The officers threw the bread into the room through a little window in the door.

38. There was no special diet for people with medical or religious needs. Some detainees were diabetic but they got the same food as the rest of us.

39. Broadview is a very bad place. It does not have the basic necessities needed to hold people. They prevent us from talking to our lawyers and then move people out of state as quickly as possible.

This declaration was read to me in Spanish, a language that I know and understand. I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on October 17, 2025, at Guanajuato, Mexico.

*Esta declaración me fue leída en español, un idioma que conozco y comprendo. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América, de acuerdo con la seccion 1746 del titulo 28 del Codigo de los Estados Unidos, que lo anterior es verdadero y correcto. Firmado el 17 de octubre, 2025, en Guanajuato, Mexico.*

_____
Jose Guerrero Pozos
Jose cruz Guerrero pozos (Oct 19, 2025 08:18:48 MDT)

4

CERTIFICATE OF TRANSLATION

I, Maikel Arista-Salado, certify that I am fluent in both the English and Spanish languages and that I am competent to translate between them. I have read the attached declaration to Jose Guerrero Pozos in Spanish, and he confirmed that he understood and agreed to its contents before signing.

Date: October 17, 2025.


_____
Maikel Arista-Salado, Paralegal

# 2025.10.16 Jose Guerrero Pozos - FINAL FOR SIGNATURE

Final Audit Report 2025-10-19

| | |
|---|---|
| Created: | 2025-10-17 |
| By: | Jamia Russell (jamia.russell@macarthurjustice.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAY3-j2Vh57cfc20zUvl4jA35bgF9Uz8v8 |

## "2025.10.16 Jose Guerrero Pozos - FINAL FOR SIGNATURE" History

- **Document created by Jamia Russell (jamia.russell@macarthurjustice.org)**
  2025-10-17 - 5:23:35 PM GMT

- **Document emailed to** ███████████████ **for signature**
  2025-10-17 - 5:23:40 PM GMT

- **Document emailed to Maikel Arista-Salado (marista-salado@macarthurjustice.org) for signature**
  2025-10-17 - 5:23:40 PM GMT

- **Email viewed by Maikel Arista-Salado (marista-salado@macarthurjustice.org)**
  2025-10-17 - 5:24:37 PM GMT

- **Document e-signed by Maikel Arista-Salado (marista-salado@macarthurjustice.org)**
  Signature Date: 2025-10-17 - 5:51:46 PM GMT - Time Source: server

- **Email viewed by** ███████████████
  2025-10-19 - 2:17:46 PM GMT

- **Signer** ███████████████ **entered name at signing as Jose cruz guerrero posoz**
  2025-10-19 - 2:18:46 PM GMT

- **Document e-signed by Jose cruz guerrero posoz** ███████████████
  Signature Date: 2025-10-19 - 2:18:48 PM GMT - Time Source: server

- **Agreement completed.**
  2025-10-19 - 2:18:48 PM GMT

**Adobe Acrobat Sign**