# EXHIBIT 6

**DECLARATION OF DAVID A. MEJIA**

I, David A. Mejia, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney barred in the state of Illinois.

2. On October 9, 2025, my client Miguel Angel Serrano Diaz was taken by the U.S. Immigration and Customs Enforcement (ICE) agency to the facility known as the Broadview Detention Center located at 1930 Beach St., Broadview, IL 60155. Mr. Diaz was residing in Oak Lawn, Illinois at the time of his arrest.

3. On October 10, 2025 at, or around 12:00 noon (CST) I was denied access to the facility to inquire about the nature of the charges being alleged by the Federal Government against Mr. Diaz, and to file a G28 form to formally request that Mr. Diaz be presented in a court in the State of Illinois where his family consulted counsel, and where Mr. Diaz resided before his detention to determine the probable cause and other facts/circumstances related to his arrest and detention.

4. Immediately after being denied access to the Broadview Detention Center to speak with Mr. Diaz and from speaking with representatives from the U.S. Immigration and Customs Enforcement agency, I searched for Mr. Diaz with the information provided to my office by Mr. Diaz's family in the "Online Detainee Locator System".

5. Mr. Diaz's family provided my office with an event and A-Number for Mr. Diaz

6. On October 10, 2025 at around 12:30 pm, I received a notice that the "Online Detainee Locator System" was not being maintained due to the lack of Federal Government funding. Because I was denied access to the Broadview Detention Center to speak with Mr. Diaz and/or representatives from the U.S. Customs and Enforcement agency, and because I was unable to locate Mr. Diaz with the "Online Detainee Locator System," Mr. Diaz was denied the fundamental right to speak to an attorney.

7. I was informed by an Illinois State Police (ISP) Lieutenant, that the Illinois State Police was prohibited from providing the information I requested by direction of the Federal Government and the ICE liaison agent operating the Broadview Detention Center. I was additionally advised by the ISP Lieutenant, that an email was generated and sent to the ICE liaison agent documenting my request and presence at the Broadview Detention Center at, or around 12:15 pm (CST) on October 10, 2025.

8. It is my position that the inability to speak to Mr. Diaz and demand the facts surrounding his arrest and challenge the probable cause of his detention have irreparably harmed his constitutional rights, by preventing me, a licensed attorney in the State of Illinois, from demanding proceedings for Mr. Diaz take place at the Chicago Field Office located at 101 W. Ida B. Wells Drive, Suite 4000, Chicago, IL 60605.

9. Mr. Diaz is now in ICE custody at the Adams County Correctional Facility in Missouri.

Executed on October 18, 2025

_David Alejandro Mejia (Oct 17, 2025 17:51:46 CDT)_
David A. Mejia, Attorney

# 2025.10.17 Declaration of D. Mejia

Final Audit Report    2025-10-17

| | |
|---|---|
| Created: | 2025-10-17 |
| By: | Jamia Russell (jamia.russell@macarthurjustice.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAx5lIU1OiwILwirAoei0JWcekk9mhm8Vb |

## "2025.10.17 Declaration of D. Mejia" History

- Document created by Jamia Russell (jamia.russell@macarthurjustice.org)
  2025-10-17 - 10:47:37 PM GMT

- Document emailed to [redacted] for signature
  2025-10-17 - 10:47:40 PM GMT

- Email viewed by [redacted]
  2025-10-17 - 10:49:22 PM GMT

- Signer [redacted] entered name at signing as David Alejandro Mejia
  2025-10-17 - 10:51:44 PM GMT

- Document e-signed by David Alejandro Mejia [redacted]
  Signature Date: 2025-10-17 - 10:51:46 PM GMT - Time Source: server

- Agreement completed.
  2025-10-17 - 10:51:46 PM GMT

Adobe Acrobat Sign