IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PABLO MORENO GONZALEZ, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary of the U.S. ) <br> Department of Homeland Security, in her ) <br> official capacity, *et al*. ) <br> ) <br> Defendants. ) | Case No.  25-cv-13323 <br><br> Hon. Robert W. Gettleman |

## **PLAINTIFFS' UNOPPOSED MOTION TO STRIKE DIGITAL EXHIBIT**

Plaintiffs respectfully move this Court to strike a digital exhibit provided to the Court via its web portal, which was not introduced into evidence, referenced, or relied upon in the hearing on November 4, 2025, or in any pleadings. In support of this motion, Plaintiffs state as follows:

1. On October 30, 2025, Plaintiffs filed a Complaint and motion for temporary restraining order on behalf of a class of immigrant detainees at the Broadview ICE facility. ECF Nos. 1, 17. On October 31, 2025, a telephonic hearing was held, during which the Court scheduled an in-court hearing for November 4, 2025. ECF No. 29.

2. On November 3, 2025, in advance of the hearing, following the procedures set out in the Court's Standing Order for Final Pretrial Order, Plaintiffs delivered a tabbed and indexed binder of potential hearing exhibits to chambers.

3. Plaintiffs also had a digital audio file they anticipated that they might use as evidence at the hearing. The Court does not accept digital media through CDs, USB drives, or other physical media formats. *See Digital Media Submissions*, U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS,

1

https://www.ilnd.uscourts.gov/LandingPage.php?page=digital_media_submissions (last visited Nov. 5, 2025). Instead, Local Rule 79.1.1 requires that "[d]igital media exhibits that are filed *or otherwise submitted* to the court are to be submitted through the portal on the court's website . . . unless otherwise directed by the court." L.R. 79.1.1 (emphasis added).

4. Plaintiffs uploaded the digital file to the Court's online portal for Digital Media Submissions. In doing so, Plaintiffs did not intend to offer the audio file as evidence; it was uploaded in advance of the hearing in order to provide it to the Court in case it was later introduced as evidence. The digital exhibit was subsequently published to the public docket at ECF No. 43.

5. "The public's right of access to court proceedings and documents is well-established." *Grove Fresh Distributors, Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 897 (7th Cir. 1994). However, this right does not extend to information that is not part of the public record. *Id.* at 898. Documents become part of the public record where "the court has relied on them or because the litigants have offered them as evidentiary support. *Id.*

6. Plaintiffs did not tender the audio file into evidence at the hearing. Plaintiffs did not present any testimony or argument referencing or relying on the audio file. The audio file does not relate to any of the Plaintiffs or witnesses who testified at the hearing or any of the people who have submitted declarations. The audio file is not an exhibit to any pleadings. There is no reference to the audio file in any pleadings.

7. As the Court has not relied on the audio file and Plaintiffs did not ultimately offer it as evidentiary support, Plaintiffs seek to strike it from the public docket.

8. Plaintiffs' counsel conferred with counsel for Defendants over email. Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that this Court strike the digital exhibit at ECF No. 43 from the docket.

Respectfully submitted,

/s/ Danielle Berkowsky
Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone: 312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

/s/Kevin Fee
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

/s/Nathan Eimer
Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer

> Brent R. Austin
> **EIMER STAHL LLP**
> 224 S. Michigan Avenue, Suite 1100
> Chicago, Illinois 60604
> Phone: 312-660-7600
> neimer@eimerstahl.com
> ssolberg@eimerstahl.com
> mmccluggage@eimerstahl.com
> jspeta@eimerstahl.com
> lmeyer@eimerstahl.com
> baustin@eimerstahl.com
>
> **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on November 5, 2025, she served the foregoing document upon all counsel who have filed appearances in this action via CM/ECF.

> /s/ Danielle Berkowsky