IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PABLO MORENO GONZALEZ, FELIPE AGUSTIN ZAMACONA, and a class of similarly situated people, | ) ) ) ) | |
| Plaintiffs, | ) | Case No.  25 C 13323 |
| v. | ) ) | Judge Robert W. Gettleman |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; MARCOS CHARLES, Acting Executive Associate Director, U.S. Immigration and Customs Enforcement and Removal Operations, in his official capacity; SAMUEL OLSON, Interim Chicago Field Office Director, U.S. Immigration and Customs Enforcement, in his official capacity; GREGORY BOVINO, Commander-at-Large, U.S. Customs and Border Protection, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and the DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **TEMPORARY RESTRAINING ORDER**

This matter came before the court on plaintiffs' motion for a temporary restraining order. On November 4, 2025, the court heard argument and considered the written filings by both sides, along with testimony presented by plaintiffs.  Based on the record currently before it, the court finds that plaintiffs and members of the putative class have suffered, and are likely to suffer, irreparable harm absent the temporary relief granted herein, that they are likely to prevail on the merits of their claims, that the balance of the equities tips in their favor, and that the public

interest lies in issuing a temporary restraining order to address the serious conditions demonstrated to exist at the Immigration and Customs Enforcement ("ICE") Broadview, Illinois facility ("Broadview").  Consequently, it is hereby ordered as follows:

Each of the defendants, including their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of the foregoing who receive actual notice of this Order, by personal service or otherwise, are ordered and enjoined, pending further order of court, as follows:

1. Defendants shall provide all persons detained at Broadview ("Detainee" or "Detainees") overnight in any hold room, cell, or other space (collectively referred to as a "Hold Room") with a clean bedding mat and bedding with sufficient space to sleep;

2. Each Hold Room must be cleaned at least twice each day;

3. Each Hold Room must be furnished with a clock that prominently displays the time and date;

4. Each Detainee shall be furnished with adequate supplies of soap, towels, toilet paper, oral hygiene products (including toothbrushes and toothpaste) and menstrual products for women Detainees;

5. Defendants shall provide showers for each Detainee at least every other day;

6. Defendants shall provide clean toilet facilities;

7. Defendants shall provide each Detainee with at least three full meals per day that meet the U.S. recommended dietary allowances;

8. Defendants shall provide each Detainee with a bottle of potable water with each meal and bottled water upon request free of charge;

9. Defendants shall provide each Detainee with prescribed medication that was within Detainee's possession when arrested, along with any prescribed medications dropped off by family members or the Detainee's counsel for the use of the Detainee. Defendants shall also provide any storage requirements for medications;

10. Defendants shall provide telephone services for each Detainee to communicate with the Detainee's counsel in private and without cost;

11. Defendants shall ensure that all attorney-client communications are carried out in a manner to protect the attorney-client privilege between the Detainee and the Detainee's counsel;

12. All Detainees must be provided upon arrival or as soon thereafter is possible with a list of pro bono attorneys in English and Spanish, and provide interpreter services as necessary, as set forth in the Byers Declaration [ECF 38];

13. Upon arrival at Broadview or as soon thereafter is possible, all Detainees shall be listed on the Locator Online Detainee Locator System of ICE that accurately identifies the location of each Detainee;

14. Defendants shall not misrepresent the contents of any papers they provide to Detainees;

15. Any papers defendants provide to Detainees should include an accompanying Spanish translation, and defendants shall allow Detainees reasonable time and opportunity to read and understand the papers.

This order shall remain in effect until November 19, 2025. This matter is set for status hearing on November 19, 2025, at 10:00 a.m.

**Dated: November 5, 2025**
**Issued at: 4:15 p.m.**

**Robert W. Gettleman**
**United States District Judge**