## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Pablo Moreno Gonzalez, et al.
                              Plaintiff,

v.                                                  Case No.: 1:25−cv−13323
                                                         Honorable Robert W. Gettleman

Kristi Noem, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: In court hearing held on 11/5/2025. For the reasons stated on the record, Plaintiffs' Emergency Motion for a Temporary Restraining Order [17] is granted. The TRO has been entered on the docket and copies provided to counsel in court. The parties are directed to file a Joint Status Report on compliance with this court's TRO by 12:00 p.m. on 11/7/2025. Plaintiffs' Unopposed Motion To Strike Digital Exhibit [48] is granted. The Clerk is directed to withdraw documents [43] and [44] from the docket. In court hearing before this court set for 11/19/2025 at 10:00 a.m. The court refers discovery supervision to Magistrate Judge McNally. Hearing before Magistrate Judge McNally set for 11/12/2025 at 3:00 p.m. The parties are directed to file a joint status report before the Magistrate Judge by 11/12/2025 at 2:00 p.m. addressing what the parties have agreed to and discovery disagreements. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.