**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.
                          Plaintiff,

v.                                           Case No.: 1:25−cv−13323
                                                       Honorable Robert W. Gettleman

Kristi Noem, et al.
                          Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Laura K. McNally for the purpose of holding proceedings related to: discovery supervision. (cn) Emailed notice.

Dated: November 5, 2025

                                                                /s/ Robert W. Gettleman

                                                                United States District Judge