UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| | ) No. 25 C 13323 |
| v. | ) ) Judge Gettleman |
| KRISTI NOEM, Secretary U.S. Department of Homeland Security, *et al.*, | ) Magistrate Judge McNally ) ) |
| Defendants. | ) |

## JOINT WRITTEN STATUS REPORT

The parties, by their undersigned attorneys, hereby submit the following joint status report pursuant to the court's November 5, 2025, order (Dkt. 50) to apprise the court on the government's compliance with the court's temporary restraining order (Dkt. 49).

**Defendants' Position:**

Defendants report the following regarding their efforts to comply with the TRO.

1. Defendants shall provide all persons detained at Broadview ("Detainee" or "Detainees") overnight in any hold room, cell, or other space (collectively referred to as a "Hold Room") with a clean bedding mat and bedding with sufficient space to sleep;

**Status**: All bedding and mattresses have been ordered. It will take 3-5 business days for delivery, assuming no delays in delivery service. Defendants may need clarification as to what constitutes an "overnight" stay. For example, if the detainee is scheduled to depart at 2:00 a.m., bedding would not seem to be required for that detainee.

2. Each Hold Room must be cleaned at least twice each day;

**Status**: Compliant. This began November 6, 2025.

3.     Each Hold Room must be furnished with a clock that prominently displays the time and date;

**Status**: Clocks have been ordered and will be delivered and installed on Friday, November 7, 2025.

4.     Each Detainee shall be furnished with adequate supplies of soap, towels, toilet paper, oral hygiene products (including toothbrushes and toothpaste) and menstrual products for women Detainees;

**Status**: Compliant except for toothbrushes and toothpaste. Due to health and safety concerns, it is not advisable to provide everyone with a toothbrush as they can be used as weapons, or to destroy property. However, to comply with the court's order, toothbrushes and toothpaste have been added to the list of items that detainees can request and be provided free of charge.

5.     Defendants shall provide showers for each Detainee at least every other day;

**Status**: Compliant.

6.     Defendants shall provide clean toilet facilities;

**Status**: Compliant.

7.     Defendants shall provide each Detainee with at least three full meals per day that meet the U.S. recommended dietary allowances;

**Status**: Defendants are working on securing a food vendor contract, which entails soliciting vendors and identifying a vendor that meets the requirements of the court's order in accordance with federal acquisition regulations.  The Statement of Work and Request for Information for solicitation of vendors will be finalized November 7, 2025.  In the interim, defendants are supplementing the meals provided to detainees with side items, such as fruit, chips, and cookies.

8. Defendants shall provide each Detainee with a bottle of potable water with each meal and bottled water upon request free of charge;

**Status**: Compliant.

9. Defendants shall provide each Detainee with prescribed medication that was within Detainee's possession when arrested, along with any prescribed medications dropped off by family members or the Detainee's counsel for the use of the Detainee. Defendants shall also provide any storage requirements for medications;

**Status**: Compliant.

10. Defendants shall provide telephone services for each Detainee to communicate with the Detainee's counsel in private and without cost;

**Status**: Compliant. Defendants have set up an email address provided to plaintiffs' counsel where attorneys may obtain information and schedule calls.

11. Defendants shall ensure that all attorney-client communications are carried out in a manner to protect the attorney-client privilege between the Detainee and the Detainee's counsel;

**Status**: Compliant.

12. All Detainees must be provided upon arrival or as soon thereafter is possible with a list of pro bono attorneys in English and Spanish, and provide interpreter services as necessary, as set forth in the Byers Declaration;

**Status**: Compliant.

13. Upon arrival at Broadview or as soon thereafter is possible, all Detainees shall be listed on the Locator Online Detainee Locator System of ICE that accurately identifies the location of each Detainee;

**Status**: Compliant. (ERO inputs each detainee's information into their system during the booking process at Broadview. The ODLS system cannot update in real time.) All individuals are booked into the ERO electronic booking system as soon as possible after arriving at Broadview. This booking information will appear in the Online Detainee Locator System (ODLS). After an individual is electronically booked into the Broadview hold room, their information will not immediately appear in ODLS as being at Broadview. Instead, their record will show instructions to call ICE for more information. The contact number has been updated, and it connects to the ERO office phone tree. Once the individual is transferred from the Broadview hold room to a detention facility, the detention facility's information will be reflected in the ODLS.

14. Defendants shall not misrepresent the contents of any papers they provide to Detainees;

**Status**: Compliant.

15. Any papers defendants provide to Detainees should include an accompanying Spanish translation, and defendants shall allow Detainees reasonable time and opportunity to read and understand the papers.

**Status**: Compliant.

**Plaintiffs' Position:**

Plaintiffs are doubtful that Defendants are actually in compliance with certain of these provisions, including as to facility cleaning, the provision of food and water, and the provision of prescription medication, since Defendants already represented that they were taking these steps prior to entry of the TRO (see Byers declaration) and witness testimony confirmed definitively that they were not. Defendants have provided no additional documentation or proof of their compliance at this time.

Plaintiffs know that Defendants are not in compliance with certain provisions, including the attorney access provisions. Attorney access remains a significant problem at the facility. The phone number for Broadview available online remains disconnected and unavailable to attorneys. And the Chicago ERO field office phone number drops the call when one navigates the automated menu to reach the detained unit. Attorneys have no way to access telephone service to speak with their clients, who typically have no means to obtain their attorney's phone number while detained and must depend on their attorney to reach out to them at the facility. As recently as 11:30 a.m., this morning, we have received reports from attorneys, including from the National Immigrant Justice Center and from Shelby Vcelka, who testified as a witness at the TRO hearing, that they cannot reach their clients in Broadview.

Given this, Plaintiffs request leave to conduct an inspection with an expert to confirm the Defendants' compliance with the TRO. Plaintiffs also request that Defendants provide a point of contact at the facility that attorneys can call to set up confidential legal phone calls with their clients. Plaintiffs also request that Defendants provide immediate proof of their compliance as set forth in this JSR through production of documents, including receipts and purchase orders and any forms that are being presented to detainees in English and Spanish, as well as a full description of how Defendants are facilitating confidential attorney access.

Respectfully submitted,

*Counsel for Plaintiffs*

/s/__Alexa Van Brunt_____
Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone: 312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

/s/_Kevin M. Fee_____
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

/s/ Nathan P. Eimer
Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer
Brent R. Austin
**EIMER STAHL LLP**
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
mmccluggage@eimerstahl.com
jspeta@eimerstahl.com
lmeyer@eimerstahl.com
baustin@eimerstahl.com

*Counsel for Defendants*

ANDREW S. BOUTROS
United States Attorney

By: s/ Jana L. Brady
    JANA L. BRADY
    PATRICK JOHNSON
    JONATHAN HAILE
    Assistant United States Attorneys
    327 S. Church St., Suite 3300
    Rockford, Illinois 61101
    jana.brady@usdoj.gov
    patrick.johnson@usdoj.gov
    jonathan.haile@usdoj.gov