**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.
                              Plaintiff,

v.                                                             Case No.: 1:25−cv−13323
                                                            Honorable Robert W. Gettleman

Kristi Noem, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 7, 2025:

      MINUTE entry before the Honorable Laura K. McNally. Video hearing held 11/7/25. By agreement, the status hearing regarding discovery matters set for 11/12/25 at 3 pm is moved to 9:30 am, or immediately following the status conference with Judge Gettleman, whichever is later. The parties reported that they are planning to meet and confer on 11/10/25 regarding Plaintiffs' discovery requests. The Court directed the parties to promptly move forward with discovery matters, assuming that discovery necessary for a preliminary injunction hearing will be completed by the expiration the TRO, currently set for 11/19/25. For that reason, if the parties negotiate an agreed extension of the TRO, they should notify the Court. For the reasons discussed on the record, the Court authorizes a site visit to the Broadview facility on 11/13/25 at 10:00 a.m., which the Court will also attend. The plaintiffs are ordered to file a proposed site inspection attendee list of no more than 4 lawyers by 11/12/25 at noon. In addition, the plaintiffs are directed to identify any other requests for that visit, including those mentioned during the hearing relating to an expert and recordings. Finally the Court discussed settlement with the parties. The parties are to appear at the video hearing by accessing the following link: https://us−courts.webex.com/meet/scott_white. Parties who do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1−650−479−3207; Access code: 23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.