UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | No. 25 C 13323 <br><br> Judge Gettleman <br> Magistrate Judge McNally |

## JOINT WRITTEN STATUS REPORT

The parties, by their undersigned attorneys, hereby submit the following joint status report pursuant to the court's November 7, 2025, order (Dkt. 57) to apprise the court on the government's compliance with the attorney-client communications provision of the court's temporary restraining order (Dkt. 49).

**Defendants' Position:**

Para. 10 of the TRO requires defendants to "provide telephone services for each Detainee to communicate with the Detainee's counsel in private and without cost." Defendants are compliant with this provision. Detainees have access to a government phone and private area to call their attorneys free of charge upon request. The government has set up a new phone number (708-316-4200) and email address (BSSA.Outreach@ice.dhs.gov) that attorneys may use to initiate contact with their clients. The new Broadview phone number is not fully operational yet, so the government will be using the phone number to the guard shack call (708-316-4192) in the meantime. This number is for attorneys only. Attorneys may also send email requests to email Chicago.Outreach@ice.dhs.gov and CHI-ERO-Detained@ice.dhs.gov until the new Broadview email address is fully operational. The email addresses will kick back an auto reply to include the

phone number that attorneys may use to coordinate calls to their clients. The phone number will also be distributed to the Chicago AILA Chapter. The telephone calls are not being monitored or recorded

In terms of nighttime lighting, the facility has implemented a 11 p.m.-11:15 p.m. to 5 a.m.-5:15 a.m. "lights out" period where the lighting will be dimmed (absent any exigent circumstances such as during detainee transfers for safety reasons).

Defense counsel asked that plaintiffs' counsel test the phone number and emails on November 8-9, 2025, and report back in an attempt to trouble shoot before today's noon deadline. Counsel for the defendants was not made aware of any of the issues reported below until five minutes before the filing deadline. The defense will look into plaintiffs' complaints.

**Plaintiffs' Position**:

Plaintiffs cannot verify whether Defendants are compliant with the provisions of the TRO concerning attorney-client communications. Plaintiffs continue to have concerns that attorneys are not able to arrange calls to their clients in a timely fashion.

The new phone number that the government has set up (708-316-4200) still does not work. As described during the last court hearing, the phone line cuts off after an attorney navigates through the automated menu.

On Saturday, November 8, 2025, around 2:45 p.m., Defendants' counsel provided Plaintiffs' counsel with the phone number to the Broadview guard shack, as mentioned above (708-316-4192). Plaintiffs are in touch with an attorney, Shelby Vcelka (who testified at the TRO hearing) who called the guard shack number on Sunday afternoon before 3:30pm in an effort to set up a call with her client. She was transferred to a supervisor who told her that someone would call her back within 48 hours. As of 8:30 am today (Monday), she had not heard back. Plaintiffs

2

submit that a 48-hour response time is far too long, particularly given the substantial rights at stake while people are detained and processed at Broadview and the fact that people may be transferred elsewhere sooner than 48 hours.

The new email address (BSSA.Outreach@ice.gov) generates an auto-reply, but it lists the ICE Chicago Field office number (872-351-3990). That number disconnects after an attorney navigates through the automated menu. The auto-reply does not contain the guard shack phone number.

The Chicago.Outreach@ice.dhs.gov and CHI-ERO-Detained@ice.dhs.gov email addresses do not generate auto-replies.

We have received one report from an attorney who appears to have emailed both the BSSA.Outreach@ice.gov mailbox and Chicago.Outreach@ice.gov mailboxes and subsequently received a phone call from a Broadview official in response. That attorney was able to have a phone call with her client. It is not clear to Plaintiffs which email inbox precipitated the response. Nor is it clear to Plaintiffs how frequently either of these mailboxes are monitored or whether attorneys consistently receive a prompt response and client call.

Plaintiffs have no information about whether detainees are being provided with the means to make free, unmonitored, and private phone calls to attorneys, or where that is being facilitated within the Broadview facility.

With respect to nighttime lighting, Plaintiffs have no information at this time about whether or how Defendants are implementing the new "lights out" period they describe to the Court.

Plaintiffs have received no further information about whether detainees are now being provided with a bedding mat or bedding, and have also received no further information about food service at the facility.

Respectfully submitted,

*Counsel for Plaintiffs*

/s/ Jonathan Manes

Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone:  312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer
Brent R. Austin
**EIMER STAHL LLP**
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone:  312-660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
mmccluggage@eimerstahl.com
jspeta@eimerstahl.com
lmeyer@eimerstahl.com
baustin@eimerstahl.com

*Counsel for Defendants*

ANDREW S. BOUTROS
United States Attorney

By: <u>s/ Jana L. Brady</u>
    JANA L. BRADY
    PATRICK JOHNSON
    JONATHAN HAILE
    Assistant United States Attorneys
    327 S. Church St., Suite 3300
    Rockford, Illinois 61101
    jana.brady@usdoj.gov
    patrick.johnson@usdoj.gov
    jonathan.haile@usdoj.gov