UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Pablo Moreno Gonzalez, et al.
                             Plaintiff,

v.                                                    Case No.: 1:25−cv−13323
                                                             Honorable Robert W. Gettleman

Kristi Noem, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 10, 2025:

      MINUTE entry before the Honorable Laura K. McNally. On 11/7/25, the Court granted Plaintiffs' oral motion to permit an inspection the Broadview facility. [59] If they have not already done so, Plaintiffs must promptly serve upon Defendants a request that complies with Federal Rule of Civil Procedure 34. The Court will hear any objections to that notice during the 11/12/25 status hearing. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.