## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Pablo Moreno Gonzalez, et al.

Plaintiff,

v.

Kristi Noem, et al.

Defendant.

Case No.: 1:25−cv−13323

Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 11/12/2025. By agreement of the parties, hearing set for 11/19/2025 at 10:00 a.m. is stricken and reset to 12/17/2025 at 9:30 a.m. The Temporary Restraining Order entered on 11/5/2025 [49] is extended to 12/17/2025. In court status hearing set for 11/18/2025 at 10:00 a.m. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.