IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MORENO GONZALEZ,** *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-13323 |
| | ) | |
| **KRISTI NOEM**, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.,* | ) ) ) | Hon. Judge Robert W. Gettleman Magistrate Judge Laura K. McNally |
| | ) | |
| Defendants. | ) | |

### CHICAGO PUBLIC MEDIA, INC.'S, CHICAGO SUN-TIMES MEDIA, INC.'S, EMERGENCY MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF ACCESSING MAGISTRATE JUDGE MCNALLY'S WALK-THROUGH OF THE BROADVIEW DETENTION FACILITY

NOW COMES Chicago Public Media and Chicago Sun-Times Media ("CSTM"), by its undersigned attorneys, and respectfully moves this Court to allow intervention in this matter for the limited purpose of accessing Magistrate Judge McNally's scheduled walk-through of the Broadview Immigration Detention Facility. In support of this Motion, the Intervenors state as follows:

1. The conditions of the Broadview facility and the treatment of detainees is of extraordinary national importance and interest, with ramifications reaching far beyond the interests of the parties. The Intervenors have recently learned that Magistrate Judge McNally has a walk-through of this facility—which has been at the center of the controversies over the Trump Administration's on-going Operation Midway Blitz—scheduled for 11a.m. today, November 13, 2025. The Intervenors request to attend this walk-through in order accurately report on this important issue.

2. WBEZ is a 501(c)(3) nonprofit organization that broadcasts local and national news and iconic programming on 91.5 FM radio and streaming on the internet at wbez.org. WBEZ was established in 1943 and is a charter member of National Public Radio. Its award-winning content has driven civic engagement and conversation for decades for a large and diverse audience. The Chicago Sun-Times has been a stalwart of Chicago media for several decades. It operates both in print and on the internet at chicago.suntimes.com and has won several Pulitzer Prizes for their investigative journalism and news coverage. In 2022, the Sun-Times joined Chicago Public Media and began operations as a 501(c)(3) nonprofit organization.

3. Federal courts have long recognized the right of the media to intervene in matters to assert a right of public access to judicial records. *Globe Newspaper Co. v. Super. Ct. for Norfolk*, 457 U.S. 596, 609, n. 25 (1982) ("representatives of the press and general public must be given an opportunity to be heard" on matter of access) (quotations and citations omitted); *In re AP*¸ 162 F.3d 503, 508 (7th Cir. 1998) ("representatives of the press and general public must be given an opportunity to be heard on the question of their exclusion from the proceedings or access to documents") (quotations and citations omitted); *Bond v. Utreas*, 585 F.3d 1061, 1073 (7th Cir. 2009) ("[i]t is beyond dispute" that the press may assert access to court records).

4. In *Grove Fresh*, the Seventh Circuit recognized that "[t]hough its original inception was in the realm of criminal proceedings, the right of access has since been extended to civil proceedings because the contribution of publicity is just as important there." This is especially true here where the constitutional rights of hundreds of individuals are at stake.

5. On November 5, 2025, Judge Gettleman issued a temporary restraining order finding that Plaintiffs are likely to prevail on the merits of their claims that the conditions at the Broadview facility pose a serious threat to their civil rights and that the members of the putative class have suffered and are likely to suffer irreparable harm. Temporary Restraining Order, 25 C 13323, November 5, 2025.

6. In issuing the TRO, the Court ordered the federal government to improve the cleanliness of the facility, the quality of the food provided, and the access to medication and legal assistance. *Id.*

7. Today's visit will provide vital insight into how the federal government operates and what, if any, measures it has taken to comply with the TRO. The public has a significant interest in understanding the innerworkings of the federal government and whether it is in compliance with this TRO. Magistrate Judge McNally's visit to the facility will provide the Court with information to be considered in assessing whether the government is abiding by the TRO. This is not a discovery process between the parties, it is the Court's direct involvement in obtaining evidence in the course of conducting a hearing. The fact that the Court is obtaining evidence first-hand rather than through the introduction of evidence within the courtroom does not alter the fact that this visit is akin to receiving evidence in a public hearing.

8. Closing off access to this walk-through will only heighten public concerns and deepen suspicion surrounding the government's conduct and treatment those detained. Full and contemporaneous access to the information that Judge Gettleman and Magistrate Judge McNally will consider in making decisions in this important case, is necessary for Media Intervenors to perform their role as the eyes and ears of the public.

WHEREFORE, Chicago Public Media and Chicago Sun-Times Media move this Court to allow them to intervene in this matter for the limited purpose of attending today's walkthrough of the Broadview facility.

Dated: November 13, 2025　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Steven P. Mandell

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Intervenors

Steven P. Mandell (ARDC 6183729)
smandell@mandellpc.com
MANDELL PC
One North Franklin, Suite 900
Chicago, IL 60606

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing document has been served on November 13, 2025 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

*/s/ Steven P. Mandell*
