# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Pablo Moreno Gonzalez, et al.

                       Plaintiff,

v.                                              Case No.: 1:25−cv−13323
                                                      Honorable Robert W. Gettleman

Kristi Noem, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable Laura K. McNally. Intervenors have moved to attend the parties' walk−through of the Broadview Detention Facility. [70] This motion was filed seventeen minutes before the site visit was scheduled to begin, far too late for the Court to consider the motion and obtain the views of the parties. Accordingly, the motion is denied as moot. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.