**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.
                              Plaintiff,

v.                                                 Case No.: 1:25−cv−13323
                                                         Honorable Robert W. Gettleman

Kristi Noem, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable Laura K. McNally. Pursuant to Rule 34(a)(2), the parties, with the Court present, conducted a visit to the Broadview ICE Facility on 11/13/25. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.