AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

|  |  |
|---|---|
| *Plaintiff(s)*<br>v.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

*Amanda Wiatrowski*



(By) DEPUTY CLERK

November 3, 2025

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| **From:** | WSP Server on behalf of HPS Process Service & Investigations |
| **To:** | Jamia Russell |
| **Cc:** | HPS Process Service & Investigations |
| **Subject:** | HAT Status on (United States Attorney for the Northern) |
| **Date:** | Friday, November 7, 2025 2:13:32 PM |

To: Jamia Russell
    MACARUTHUR JUSTICE CENTER

This is an automated message relating to:

    **Our Job Number:** 2025019282
    **Your Reference Number:**
    **Party To Be Served:** United States Attorney for the Northern
    **Documents To Be Served:** Summons in a Civil Action and Civil Rights Class Action Complaint for Declaratory and Injunctive Relief
    **Case Info:** Illinois Northern 25-CV-13323
    **Case Style:** PABLO MORENO GONZALEZ, et al. vs. KRISTI NOEM, et al.

Original Service Address: United States Attorney for the Northern District of Illinois, 219 South Dearborn Street, 5th Floor, Chicago, IL 60604

Latest Status: 11/7/2025 2:10 pm Good afternoon, This was served 11/6 at 12:27 PM. The affidavit is now available, thank you.

Thank you,
HPS Process Service & Investigations
service@hpsprocess.com
Phone: (816) 842-9800

More detailed status is available at www.hpsprocess.com/status.html