# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Pablo Moreno Gonzalez, et al.
                           Plaintiff,

v.                                                   Case No.: 1:25−cv−13323
                                                     Honorable Robert W. Gettleman

Kristi Noem, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

      MINUTE entry before the Honorable Laura K. McNally: The Court intends to sign a confidentiality order governing this case by 11/21/25. If the parties wish to have their preferences considered for incorporation into that confidentiality order, they should file a motion by end of day 11/19/25 and be prepared to discuss the topic at the 11/20/25 hearing. If the parties are unable to reach agreement on the terms of a proposed confidentiality order, they may file separate motions. In that instance, the Court would appreciate an exhibit comparing the two drafts, in addition to the redline required by Local Rule 26.2. Mailed notice(McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.