UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Pablo Moreno Gonzalez, et al.
                                    Plaintiff,
v.                                                    Case No.: 1:25−cv−13323
                                                      Honorable Robert W. Gettleman
Kristi Noem, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 19, 2025:

    MINUTE entry before the Honorable Laura K. McNally: The Court has reviewed the Joint Status Report [92]. As described by both sides, the sole remaining issue regarding the confidentiality order relates to how Defendants are obliged to treat certain materials produced by Plaintiffs. The parties also report that Defendants have materials that they are prepared to produce to Plaintiffs, subject to entry of the confidentiality order. Given that the disputed term of the confidentiality order will have no impact on Defendants' production to Plaintiffs, Defendants are ordered to produce their responsive materials forthwith, subject to the other terms already agreed to by the parties. The Court understands that Defendants are also seeking additional time for certain materials [89], but the rolling production of presently−available materials, as represented both in the status report and to Judge Gettleman on 11/18/25, must begin instanter. Finally, to better understand the potential ramifications of the disputed confidentiality order term, the Court asks that the parties attach Defendants' discovery requests to Plaintiffs as an exhibit to the motion for protective order.Mailed notice(McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.