# EXHIBIT C

to Plaintiffs' Motion for a Confidentiality Protective Order Governing Plaintiffs' Productions to Defendants (ECF No. 94)

(Parties' correspondence regarding protective order)

 Outlook

---

RE: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

---

**From** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>

**Date** Wed 11/19/2025 1:34 PM

**To** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>

**Cc** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>

Jonathan,

We do not oppose the lone change you made paragraph 5(9)(b) of defendants protective order and paragraph 18(c)(2) of plaintiffs' protective order. Aside from the language of paragraph 5(a) in plaintiffs' protective order, defendants do not have any other disagreements with that order. Unfortunately, our office cannot accept your proposed language for paragraph 5(a). As I mentioned in the email, our office has continuously used the standard language for more the 15 years.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: (312) 371-8502
ifeanyi.mogbana@usdoj.gov

---

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Wednesday, November 19, 2025 12:18 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

I have not received a response to my email below. I see, however, that in the draft JSR you just circulated to us you indicate that the parties have reached an impasse on the protective order, so I suppose you have rejected our proposal for paragraph 5(a).

I have attached here the versions of the protective orders that we will be presenting to the court. Can you please let us know ASAP whether there are any disagreements aside from paragraph 5(a) in Plaintiffs' protective order? In particular, in my email last night I noted two other technical

changes we are proposing and which are included in the attached version. We need to know whether you are opposing either of those.

Jonathan

---

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Wednesday, November 19, 2025 12:17 AM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** Re: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Ifeanyi,

I have reviewed the drafts. I confess that I am frustrated and perplexed that you have come back with precisely the same language in paragraph 5(a) that we objected to more than a week ago. We specifically objected to that language in our joint status report to Judge McNally last week (November 12), and we discussed it with her in court at significant length later that day. I don't believe you were at that hearing, but as I'm sure your colleagues can inform you, Judge McNally was not sympathetic to your proposed language because it reserves for the government right to use all confidential material it obtains in civil discovery for any unrelated law enforcement purpose it wants—including for civil immigration enforcement against plaintiffs, class members, witnesses, and their families. We laid out our position in the joint status report last week and then in Court. Nothing has changed between now and then, except that we have apparently wasted a week of precious time spinning our wheels on this.

Your office gave us the clear impression that the whole point of creating two separate protective orders was to obviate the need for this language and resolve this dispute. Judge McNally provided the parties with guidance on this issue in Court and directed the parties to try to work out the disagreement. Your colleague responded to that instruction by informing us that creating two separate protective orders was the right path to solve the problem. We responded by seeking clarification and offering specific proposed language for a protective order to make sure we were on the same page. Your office responded by reiterating that we need two separate protective orders. Never in those discussions did anyone in your office suggest that you would continue to insist on the offending language. Indeed, on our call earlier today you told me that you would likely be proposing a very narrow sentence simply clarifying that the protective order does not grant use immunity in criminal cases.

If your office was unwilling to budge on this provision, it should have let us know last week right after court. You could forgive us for feeling sandbagged, especially because your office has insisted on waiting until a protective order is entered before responding to a single discovery request or turning over a single document. *See* ECF No. 89. We have lost more than a week of the short time before the PI hearing going around in circles on an issue that, apparently, should have been briefed for the Court last week. This delay unfairly squeezes our time to address any deficiencies in your discovery responses, to make any necessary follow-up discovery requests, and to prepare for and take depositions.

In any case, as you probably have seen, Judge McNally has directed the parties to resolve this dispute now or else file a motion. ECF No. 90. Accordingly, please let us know *immediately* if you are insisting on the language you have added to paragraph 5(a) and are unwilling to modify it. If so, we are at an impasse and we will file a motion.

If, on the other hand, you are willing to scrap the standard language and opt for something narrower--as we discussed earlier today, and in line with Judge McNally's guidance to the parties--please let us know ASAP. In particular, we may be able to agree to a simple statement that "This is not an order under 18 U.S.C. 6003." That would address your office's concern that the protective order might somehow inadvertently grant use immunity *sub silentio* (if such a thing were even possible). But, unlike your proposal, this language would not allow your clients free rein to disregard the confidentiality designation of discovery and use it for whatever law enforcement purpose they like.

With respect to the other changes you have proposed, I believe we can reach agreement. We have two technical edits:
(1) In paragraph 5(b)(9) of Defendants' protective order, it should read "**Current and** former detainees, their attorneys, family members, friends, or associates . . ."

(2) Paragraph 18(c)(2) of Plaintiffs' protective order should be modified so as to match your changes to the same provision of Defendants' protective order: "**Consultants and experts assisting** counsel or a party to this litigation . . ."

Please advise.

Best wishes,
Jonathan

--
Jonathan Manes
Roderick & Solange MacArthur Justice Center
160 E Grand Ave, Sixth Floor
Chicago, IL 60611
(312) 503-0012 (office)
(312) 503-0891 (fax)
(203) 214-0195 (cel)

---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Tuesday, November 18, 2025 10:19 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Jonathan,

Please find attached both orders with comments approved by my civil chief. They should be consistent with our chat this afternoon. In defendants' proposed order, you will notice that I left in para. 19(c)(6)and(7). Otherwise, my edits line up with our discussion. As you requested, I proposed additional language to para 5(a) of plaintiffs' proposed order. My proposed language clarifies that the order does not restrict the use of information received in this case to enforce federal law. That is standard language that we use in virtually

every one of our protective orders. It reinforces that only the several statutes Congress has decided inform our use, disposal, and retention of information for federal law enforcement. Furthermore, para 5(a) without our standard language has the effect of an untrammeled grant of use immunity by the court.

I sincerely hope we can reach quick agreement on both orders especially considering tomorrow's deadline. See dkt. 90. Let me know.

Thanks.

**Ifeanyi C. Mogbana**

Assistant United States Attorney

Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300

Rockford, IL 61101

Office: (815) 987-4457

Cell: (312) 371-8502

ifeanyi.mogbana@usdoj.gov

---

**From:** Mogbana, Ifeanyi (USAILN)
**Sent:** Tuesday, November 18, 2025 2:31 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Jonathan,

Thanks for making the time to chat this afternoon.

Although I don't have my civil chief's input on your modifications, we discussed my thoughts on paragraph 2, paragraph 5(b)(9), and paragraph 19 of defendants' proposed order. I indicated that it is likely that your modification to para. 2 will be acceptable. You wanted the language of para. 5(b)(9) to allow plaintiffs track down former detainees by disclosing their names to other former detainees, attorneys for other detainees, family members or individuals with organizations that could assist that endeavor. Finally, you were willing to consider my proposal to amend your para. 19(c)(2) and limit it to consultants and experts. You did not feel too strongly about keeping para. 19 (c)(6) but want to keep 19(c)(7) to facilitate ease of re-designating AEO material.

We discussed my thoughts about paragraph 5(a) of plaintiffs' proposed order which appeared to unintentionally grant use immunity. However, you requested that I propose alternate language for your consideration.

Hopefully, I will send both orders to you later today without our edits and remain hopeful that we can reach quick agreement.

Thanks.

**Ifeanyi C. Mogbana**

Assistant United States Attorney

Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300

Rockford, IL 61101

Office: (815) 987-4457

Cell: (312) 371-8502

ifeanyi.mogbana@usdoj.gov

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Tuesday, November 18, 2025 11:56 AM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order


Hi Ifeanyi,

Thanks for your response. Let's chat at 1:30pm today. I can circulate a Zoom link/dial in.

Regarding prior agreements, those were reflected in the most recent draft we had received from Jana during the prior round of discussions. In case it's helpful I've attached here that correspondence, with the draft we received from Jana attached.

Best wishes,

Jonathan

---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Tuesday, November 18, 2025 9:43 AM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order


Hi Jonathan,

Thanks for sharing your proposed modifications. They are still under review. Are you available between 12:30 and 2:00 p.m. today to chat about them? If yes, let me know when works and I will send out a meeting invite. Although I am unaware of any prior agreement to any modifications, I remain confident our chat will lead to quick resolutions. I plan to send both proposed orders to you with any comments/edits in advance.

Let me know.

**Ifeanyi C. Mogbana**

Assistant United States Attorney

Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300

Rockford, IL 61101

Office: (815) 987-4457

Cell: (312) 371-8502

ifeanyi.mogbana@usdoj.gov

---

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Monday, November 17, 2025 4:14 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Ifeanyi,

Please find attached two documents:

(1) Plaintiffs' proposed modifications to Defendants' protective order regarding Defendants' productions. These changes add back in a few modifications on which I believe we had already reached agreement previously.

(2) Plaintiffs' proposed protective order regarding Plaintiffs' productions. All changes from the Court's model protective order appear in track changes/redlines.

I hope we're able to reach quick agreement on these. I'd be glad to chat about any of this tomorrow.

Jonathan

---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Sunday, November 16, 2025 6:12 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Jonathan,

See attached for your review a draft Privacy Act and Confidential Order we propose to govern defendants' production. My edits to the court's form order appear in redlines. Let me know your thoughts. I can make time tomorrow to chat if necessary.

Thanks.

**Ifeanyi C. Mogbana**

Assistant United States Attorney

Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300

Rockford, IL 61101

Office: (815) 987-4457

Cell: (312) 371-8502

ifeanyi.mogbana@usdoj.gov

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Friday, November 14, 2025 5:52 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** Re: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Jonathan,

I don't think both orders need to be identical. Your production can likely be protected by the court's basic model order without all of the law enforcement, public safety and Privacy Act provisions that our office requires. But that's up to you. We will review what you propose.

Thanks,

**Ifeanyi C. Mogbana**

Assistant United States Attorney

Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300

Rockford, IL 61101

Office: (815) 987-4457

Cell: (312) 371-8502

ifeanyi.mogbana@usdoj.gov

---

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Friday, November 14, 2025 4:03 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>;

mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Ifeanyi,

Thanks for your note. We can go that route. I'd like to make sure we're on the same page though.

The way I understand the plan, there will be two twin protective orders, one of which applies to your productions and one to ours. The only difference between the two would be that yours contains your standard version of paragraph 5(a), and that ours contains the version of that paragraph that we have written, which is paragraph 5(b) of the draft I sent around this morning.

Is that what you have in mind too? I'd rather make sure we're on the same page now so that we don't have to spend lots of time next week resolving any misunderstandings and working out disagreements on two separate protective orders. I'd be happy to chat today before 5pm if that would help.

Thanks,

Jonathan

--

Jonathan Manes

Roderick & Solange MacArthur Justice Center

160 E Grand Ave, Sixth Floor

Chicago, IL 60611

(312) 503-0012 (office)

(312) 503-0891 (fax)

(203) 214-0195 (cel)

Sent from a phone; please excuse errors.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Friday, November 14, 2025 3:45:07 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Jonathan,

After conferring with our civil chief, I can inform you that separate confidentiality orders is the way to go. I will be working on an agreed confidentiality order to govern defendants' production. And will get my draft to you early on Monday. It will be great if you can do the same to govern plaintiffs' production and get a draft to me on Monday too. That way we can confer and have drafts ready for the magistrate judge to sign by the status hearing date.

Let me know if you have any questions.

Thanks.

**Ifeanyi C. Mogbana**

Assistant United States Attorney

Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300

Rockford, IL 61101

Office: (815) 987-4457

Cell: (312) 371-8502

ifeanyi.mogbana@usdoj.gov


**From:** Mogbana, Ifeanyi (USAILN)
**Sent:** Friday, November 14, 2025 2:02 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order


Hi Jon,


Thanks for your efforts. We are reviewing your proposed edits with our civil chief and will get back to you shortly.




**Ifeanyi C. Mogbana**

Assistant United States Attorney

Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300

Rockford, IL 61101

Office: (815) 987-4457

Cell: (312) 371-8502

ifeanyi.mogbana@usdoj.gov

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Friday, November 14, 2025 9:00 AM
**To:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Ifeanyi, Jana, and Patrick,

Attached is our latest stab at working out the protective order. As I understand it, the main concern is paragraph 5(a), and we haven't edited anything but that paragraph in the attached. As you'll see, this version includes two separate versions of paragraph 5(a): one that applies to Defendants' productions and deposition testimony and another that applies to Plaintiffs (and non-governmental third parties) productions and deposition testimony.

Hopefully this addresses your concerns. If not, we can take a stab at your proposal of preparing two separate protective orders--one for Defendants/U.S. government productions and the other for Plaintiffs/third parties.

Thanks,

Jonathan

---

**From:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Sent:** Thursday, November 13, 2025 2:29 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Counsel – AUSA Ifeanyi Mogbana is joining our team. He will be your point person for negotiating the confidentiality order(s) though cc Patrick and me too. Thank you.

**From:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Sent:** Wednesday, November 12, 2025 4:35 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** Re: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Jonathan. We will certainly consider your idea. Can you please do a blue line to give me an idea of what you are proposing?

---

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Wednesday, November 12, 2025 4:28:00 PM
**To:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order

Hi Jana,

We can trace a crack at splitting this up into separate PO's: one for documents the government discloses and one for everything else (Plaintiffs's disclosures but also potentially private third-party disclosures/subpoena responses, etc).

But before we see about doing that, what if we just were to include two versions of the particular paragraph at issue within a single protective order: one version that applies to Defendant-produced info and another version that applies to other info.

I figure maybe you've already proposed that possibility and it's not going to work on your end, but I thought I'd check before going too far down a two-PO path.

Thanks,

Jonathan


--

Jonathan Manes

Roderick & Solange MacArthur Justice Center

160 E Grand Ave, Sixth Floor

Chicago, IL 60611

(312) 503-0012 (office)

(312) 503-0891 (fax)

(203) 214-0195 (cel)


Sent from a phone; please excuse errors.

---

**From:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Sent:** Wednesday, November 12, 2025 11:26:36 AM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Kevin Fee <kfee@aclu-il.org>; Samuel Cole <scole@aclu-il.org>; mgarcia@aclu-il.org <mgarcia@aclu-il.org>; Eimer, Nate <neimer@eimerstahl.com>; broadview <broadview@aclu-il.org>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v. Noem, et al., No. 25 C 13323 (N.D. Ill.) - Confidentiality Order


Hi all. Our civil chief is vested in the Privacy Act language that we add to our confidentiality orders. He proposed that we have two protective orders, one that governs our production that includes our language and one that governs your production. We believe this will alleviate your concern about your production being used against your clients. Please give it thought and let us know. We can talk it through too if you'd like.