UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Pablo Moreno Gonzalez, et al.
          Plaintiff,

v.                Case No.: 1:25−cv−13323
               Honorable Robert W. Gettleman

Kristi Noem, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2025:

  MINUTE entry before the Honorable Laura K. McNally. Video hearing held 11/20/25. The Court reviewed joint status report [92]. The parties are to meet and confer on discovery issues discussed during today's hearing and contained in the JSR. For reasons stated on the record, Contested Motion to Extend the Discovery Deadline [89] is granted. Notices of deposition to be served by 11/24/25. Oral request for preservation of video(s) located at the Broadview facility is granted. The parties&#0;39; joint motion for entry of Agreed Privacy Act and Confidentiality Order Governing Production to Plaintiffs [97] is granted. Plaintiff's motion for protective order [94] is denied without prejudice as discussed on the record. Video hearing to discuss matters during the parties' meet−and−confer is set on 11/21/25 at 4:00 pm. The parties are to appear at the video hearing by accessing the following link: https://us−courts.webex.com/meet/scott_white. Parties who do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1−650−479−3207; Access code: 23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.