UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PABLO MORENO GONZALEZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 25 C 13323 |
| v. | ) | |
| | ) | Judge Gettleman |
| KRISTI NOEM, Secretary U.S. Department | ) | Magistrate Judge McNally |
| of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF
AGREED CONFIDENTIALITY ORDER GOVERNING
PLAINTIFFS' DISCOVERY PRODUCTION TO DEFENDANTS**

The parties by their undersigned attorneys jointly move for entry of an Agreed Confidentiality Order Governing Plaintiffs' Production to Defendants, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. In support of this motion, the parties state as follows:

1.      On November 20, 2025, this Court granted the parties' joint motion for entry of an Agreed Privacy Act and Confidentiality Order Governing Defendants' Production to Plaintiffs. Dkt. 99.

2.      Following the Court's resolution of the parties' dispute over the protective order governing Plaintiffs' production of documents to Defendants, Dkts. 94, 96, 99, the parties now agree on a proposed Agreed Confidentiality Order Governing Plaintiffs' Production to Defendants ("Confidentiality Order").

3.      This Confidentiality Order contains Defendants' previously proposed language in Paragraph 5(a) concerning Defendants' ability to use discovery to "enforce federal law" and a new Paragraph 5(d) concerning Plaintiffs' right to redact certain information prior to production.

4.      This Confidentiality Order is necessary for all the reasons set forth in the parties' previously filed motions for entry of confidentiality orders. Dkts. 94, 97.

5.      The proposed Agreed Confidentiality Order is being submitted to the Court's "Proposed Orders" mailbox.

WHEREFORE, Plaintiffs and Defendants respectfully request that this Court enter the Confidentiality Order submitted with this motion.

Respectfully submitted,

*Counsel for Plaintiffs*

s/ Samuel B. Cole_____                          s/ Nathan P. Eimer_____
Kevin M. Fee                                         Nathan P. Eimer
Michelle T. García                                   Scott C. Solberg
Rebecca K. Glenberg                                  Michael L. McCluggage
Samuel B. Cole                                       James B. Speta
Jennifer L. Stark                                    Lisa S. Meyer
Kathleen Hickey                                      Brent R. Austin
**ROGER BALDWIN FOUNDATION OF**                      **EIMER STAHL LLP**
**ACLU, INC.**                                       224 S. Michigan Avenue, Suite 1100
150 N. Michigan, Suite 600                           Chicago, Illinois 60604
Chicago, Illinois 60601                              Phone:  312-660-7600
Phone: (312) 201-9740                                neimer@eimerstahl.com
Fax: (312) 288-5225                                  ssolberg@eimerstahl.com
kfee@aclu-il.org                                     mmccluggage@eimerstahl.com
mgarcia@aclu-il.org                                  jspeta@eimerstahl.com
rglenberg@aclu-il.org                                lmeyer@eimerstahl.com
scole@aclu-il.org                                    baustin@eimerstahl.com
jstark@aclu-il.org
khickey@aclu-il.org

s/ Danielle Berkowsky_____
Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone:  312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

2

*Counsel for Defendants*

ANDREW S. BOUTROS
United States Attorney

By: s/ Jana L. Brady
    JANA L. BRADY
    PATRICK JOHNSON
    IFEANYI MOGBANA
    Assistant United States Attorneys
    327 S. Church St., Suite 3300
    Rockford, Illinois 61101
    jana.brady@usdoj.gov
    patrick.johnson@usdoj.gov
    ifeanyi.mogbana@usdoj.gov


Dated: November 21, 2025