# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Pablo Moreno Gonzalez, et al.
                        Plaintiff,

v.                                                 Case No.: 1:25−cv−13323
                                                              Honorable Robert W. Gettleman

Kristi Noem, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

      MINUTE entry before the Honorable Laura K. McNally. Video status hearing held on 11/21/25. The parties have reached agreement on a protective order pertaining to Plaintiffs' production of discovery materials, which will be separately entered on the docket. The parties also reported substantial progress on disputed areas of discovery, with the conferral process to continue. A joint status report is due 12/1/25. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.