UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PABLO MORENO GONZALEZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 25 C 13323 |
| v. | ) | |
| | ) | Judge Gettleman |
| KRISTI NOEM, Secretary U.S. Department of Homeland Security, *et al.*, | ) | Magistrate Judge McNally |
| | ) | |
| Defendants. | ) | |

**Certificate of Service**

    The undersigned Assistant United States Attorney hereby certifies that the following document:

SUPPLEMENT TO DEFENDANTS' RESPONSE
TO PLAINTIFFS' REVISED EXPEDITED DISCOVERY REQUESTS

was sent by e-mail to counsel of record on November 24, 2025.

                                                           s/ Jana L. Brady
                                                            JANA L. BRADY
                                                            Assistant United States Attorney
                                                           327 South Church Street, Suite 3300
                                                          Rockford, Illinois 61101
                                                          (815) 987-4444
                                                          jana.brady@usdoj.gov