IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al*. <br><br> Defendants. | Case No. 25-cv-13323 <br> Hon. Robert W. Gettleman <br> Mag. Judge Laura K. McNally |

**TABLE OF CONTENTS OF EXHIBITS TO PLAINTIFFS' EMERGENCY MOTION TO COMPEL EXPEDITED PRODUCTION OF CERTAIN MATERIALS**

Exhibit A – Plaintiffs' Revised Expedited Discovery Requests (Nov. 6, 2025)

Exhibit B – Email from D. Berkowsky to Defendants' counsel (Nov. 12, 2025 at 9:01 p.m.)

Exhibit C – Email from J. Brady to D. Berkowsky, et al. (Nov. 16, 2025 at 3:33 a.m.)

Exhibit D – Email from D. Berkowsky to J. Brady, et al. (Nov. 24, 2025 at 8:29 p.m.)

Exhibit E – Email from I. Mogbana to A. Van Brunt, et al. (Dec. 1, 2025 at 1:51 p.m.)

Exhibit F – Plaintiffs' Second and Third Sets of Expedited Discovery Requests (Nov. 21, 2025)

Exhibit G – Email from I. Mogbana to D. Berkowsky, et al. (Nov. 25, 2025 at 9:41 a.m.)

Exhibit H – Email from I. Mogbana to D. Berkowsky, et al. (Dec. 1, 2025 at 4:45 p.m.)

Exhibit I – Defendants' Supplemental Response to Plaintiffs' Revised Discovery Requests (Nov. 24, 2025)

Exhibit J – Email from C. Kimura to CHI-ERO-Detained@ice.dhs.gov and reply from CHI-ERO-Detained@ice.dhs.gov (Nov. 10, 2025)