# Exhibit E

| | |
|---|---|
| **From:** | Mogbana, Ifeanyi (USAILN) |
| **To:** | Alexa Van Brunt; Brady, Jana (USAILN); Kaiser, Kayla (USAILN); Johnson, Patrick (USAILN); Schweizer, Greg; Danielle.Berkowsky@macarthurjustice.org |
| **Cc:** | broadview |
| **Subject:** | RE: Discovery in Broadview case and deposition scheduling |
| **Date:** | Monday, December 1, 2025 1:51:06 PM |
| **Attachments:** | image001.png |

==WARNING: External Email==

Dear Alexa. See my responses in highlights below.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: [REDACTED]

ifeanyi.mogbana@usdoj.gov

**From:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Sent:** Wednesday, November 26, 2025 6:31 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] Discovery in Broadview case and deposition scheduling

Dear Jana and Ifeanyi,

Despite the fact that the parties have conferred at length at least three times, the government has failed to produce a significant amount of discovery in response to our original requests, issued on November 6. And to date, we have received very little from Defendants about the conditions at Broadview post-TRO. That evidence is essential for us to be able to assess the Defendants' compliance with the Court's order.

The missing documents are laid out in detail in our prior conferral emails. I am summarizing the most essential documents here:

--Emails from attorneys seeking to access clients (including any emails after 11/7 and emails to/from the BSSA.Outreach inbox, which the Defendants created when attorneys were unable to reach ICE staff at other mailboxes). ==Emails responsive to your original discovery request have been produced. Our search was guided by terms you provided and were of email boxes you named.==
--Detainee intake logs from before 11/5. ==Unfamiliar with the term "detainee intake logs"==

--Defendants' policies contained within training materials. In addition to vagueness, this request overly broad.
--Information requested in RFP No. 5 that is not obtainable from the BSSA Daily Cell Logs (detainees' age, current location, current case status, and date/time of processing). The requested information is not separately tracked and to the extent available can be obtained using a detainee's A number which we have supplied.
--Transfer logs (including any from after 11/5). Not separately tracked. The Daily Cell Logs may contain transfer information if available.
--Staff logs (other than the undated logs from a two week period that we received). Investigation continues.
--Signed voluntary departure forms. Their home is the paper A files that travels with detainees to each facility they are housed in. The burden of complying with request is substantially disproportionate with the needs of the PI hearing.
--Purchase receipts for water after 11/7 (when the TRO went into effect)-Investigation continues
--Purchase receipts for food after 11/8 -Investigation continues
--Bedding orders since 11/7-Investigation continues
--Clothing orders since 09/30-Investigation continues
--Video surveillance footage (Plaintiffs still only have video footage from 5 camera feeds for the period September 28-October 19 and October 31-November 7)-Can Greg Schweizer confirm this is correct?

The government has also not addressed our requests to receive on-going production of key documents (like the daily cell logs), and to be able to meet with our clients in custody at Broadview. By tomorrow, we plan to produce daily logs for 11/22-11/30

Finally, the government said they would respond today with Defendants' position about our second and third requests for production, which includes requests for very basic information about the Defendants' efforts to comply with the TRO. Didn't plaintiffs extend responsive deadline to December 2nd?. It is the end of the day and there has been no response.

We plan to seek to compel the outstanding discovery. We also are going to re-notice the depositions of Mr. Hernandez and Mr. Byers for the week of the 8th, at which point we hope to have the missing documents. Those documents will be key to their depositions.

Please let us know when Mr. Hernandez and Mr. Byers are available for depositions the week of the 8th.

Sincerely,
Alexa

--

Alexa Van Brunt

**MacArthur Justice Center**
**Director, Illinois Office**
160 E. Grand Avenue, 6th floor
Chicago, IL 60611
(312) 503-1336
Pronouns: she/her
www.macarthurjustice.org

