# Exhibit H

| | |
|---|---|
| From: | Mogbana, Ifeanyi (USAILN) |
| To: | Schweizer, Greg; Alexa Van Brunt; Brady, Jana (USAILN); Kaiser, Kayla (USAILN); Johnson, Patrick (USAILN); Danielle.Berkowsky@macarthurjustice.org |
| Cc: | broadview |
| Subject: | RE: Discovery in Broadview case and deposition scheduling |
| Date: | Monday, December 1, 2025 4:45:29 PM |
| Attachments: | image001.png<br>image002.png |

**WARNING: External Email**

Hi Danielle,

This is to follow up on your questions during today's meet and confer.

1. "Intake Log." After our meeting, my paralegal refreshed my recollection with the document we previously produced. I also made further inquiry. Although the intake log is mostly duplicative of the daily cell log, we will produce an updated version in addition to the updated daily cell log.
2. Policies applicable at Broadview. My understanding is that there are no other policies responsive to this request that has not been produced.
3. Use of A numbers to investigate an individual's details. My understanding is that using an A number, an individual's current location can be searched on the publicly accessible ICE Online Detainee Locator System. If results show the individual is in ICE custody, it should also show their location. A further search could then be made at that detaining facility for that individual's details.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: REDACTED
ifeanyi.mogbana@usdoj.gov

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Monday, December 1, 2025 10:55 AM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Alexa Van Brunt

<alexa.vanbrunt@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Danielle.Berkowsky@macarthurjustice.org
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] RE: Discovery in Broadview case and deposition scheduling

Dear Ifeanyi,

I will circulate a video conference link for 2:00pm. We are happy to coordinate on the joint status report. As with past reports, we anticipate you will draft your position statement separately from ours. We will plan to circulate a draft of our positions as soon as possible after the meet and confer.

Best,
Greg

**Greg Schweizer**
**Partner**
312-660-7648
www.eimerstahl.com

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Monday, December 1, 2025 9:48 AM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Danielle.Berkowsky@macarthurjustice.org
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** RE: Discovery in Broadview case and deposition scheduling

**WARNING: External Email**
Dear counsel,

Thank you for your email. I am available for a meet and confer between 1:30 pm and 3:30 pm today. Also, recall we have a court-ordered status report due today. I trust you or someone at your end will raise an initial draft and send across.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: **REDACTED**
ifeanyi.mogbana@usdoj.gov

---

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Saturday, November 29, 2025 3:27 PM
**To:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] RE: Discovery in Broadview case and deposition scheduling

Dear counsel,

Per Alexa's message on Wednesday, we intend to move to compel discovery. Given the insufficient production, we also expect to move to extend the deadline for Plaintiffs' expert's opening report. Consistent with the court's local rules, we would like to schedule a video conference to discuss the pending discovery issues and these anticipated motions. Ifeanyi, please let me know of some times on Monday that you would be available to meet and confer.

Best,
Greg

**Greg Schweizer**
**Partner**

312-660-7648
**REDACTED** mobile
www.eimerstahl.com

224 South Michigan Avenue
Chicago, IL 60604

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in

> error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Sent:** Friday, November 28, 2025 7:33 PM
**To:** Ifeanyi.Mogbana@usdoj.gov; Brady, Jana (USAILN) <jana.brady@usdoj.gov>; Kaiser, Kayla (USAILN) <kayla.kaiser@usdoj.gov>; Johnson, Patrick (USAILN) <patrick.johnson2@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** Re: Discovery in Broadview case and deposition scheduling

**WARNING: External Email**

Dear counsel,

Per my email on Wednesday , please see attached the amended deposition notices for Mr. Byers and Mr. Hernandez.   As noted, we expect to receive the requested outstanding documents prior to these depositions.

Please let us know if these dates and times will work with the deponents' schedules.

Thank you,
Alexa


--
Alexa Van Brunt
**MacArthur Justice Center**
**Director, Illinois Office**
160 E. Grand Avenue, 6th floor
Chicago, IL 60611
O: (312) 503-1336
Pronouns: she, her
macarthurjustice.org





**From:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Date:** Wednesday, November 26, 2025 at 6:31 PM
**To:** Ifeanyi.Mogbana@usdoj.gov <Ifeanyi.Mogbana@usdoj.gov>, Brady, Jana (USAILN) <jana.brady@usdoj.gov>, Kaiser, Kayla (USAILN) <kayla.kaiser@usdoj.gov>, Johnson, Patrick

(USAILN) <patrick.johnson2@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** Discovery in Broadview case and deposition scheduling

Dear Jana and Ifeanyi,

Despite the fact that the parties have conferred at length at least three times, the government has failed to produce a significant amount of discovery in response to our original requests, issued on November 6. And to date, we have received very little from Defendants about the conditions at Broadview post-TRO. That evidence is essential for us to be able to assess the Defendants' compliance with the Court's order.

The missing documents are laid out in detail in our prior conferral emails. I am summarizing the most essential documents here:

--Emails from attorneys seeking to access clients (including any emails after 11/7 and emails to/from the BSSA.Outreach inbox, which the Defendants created when attorneys were unable to reach ICE staff at other mailboxes)
--Detainee intake logs from before 11/5
--Defendants' policies contained within training materials
--Information requested in RFP No. 5 that is not obtainable from the BSSA Daily Cell Logs (detainees' age, current location, current case status, and date/time of processing).
--Transfer logs (including any from after 11/5)
--Staff logs (other than the undated logs from a two week period that we received)
--Signed voluntary departure forms
--Purchase receipts for water after 11/7 (when the TRO went into effect)
--Purchase receipts for food after 11/8
--Bedding orders since 11/7
--Clothing orders since 09/30
--Video surveillance footage (Plaintiffs still only have video footage from 5 camera feeds for the period September 28-October 19 and October 31-November 7)

The government has also not addressed our requests to receive on-going production of key documents (like the daily cell logs), and to be able to meet with our clients in custody at Broadview.

Finally, the government said they would respond today with Defendants' position about our second and third requests for production, which includes requests for very basic information about the Defendants' efforts to comply with the TRO. It is the end of the day and there has been no response.

We plan to seek to compel the outstanding discovery. We also are going to re-notice the depositions of Mr. Hernandez and Mr. Byers for the week of the 8th, at which point we hope to have the missing documents. Those documents will be key to their depositions.

Please let us know when Mr. Hernandez and Mr. Byers are available for depositions the week of the 8th.

Sincerely,
Alexa

--
Alexa Van Brunt
**MacArthur Justice Center**
**Director, Illinois Office**
160 E. Grand Avenue, 6th floor
Chicago, IL 60611
(312) 503-1336
Pronouns: she/her
www.macarthurjustice.org

