# Exhibit J

 Outlook

---

## RE: Scheduling Calls with Detained Clients at Broadview

---

**From** CHI-ERO-Detained <CHI-ERO-detained@ice.dhs.gov>

**Date** Mon 11/10/2025 10:18 AM

**To** Chisato Kimura <chisato.kimura@macarthurjustice.org>

Good morning,

Please reach out to Broadview to schedule a phone call with your client.
Email- BSSA.Outreach@ice.dhs.gov
BSSA Phone- 708-316-4192

Thank you.

---

**From:** Chisato Kimura <chisato.kimura@macarthurjustice.org>
**Sent:** Monday, November 10, 2025 10:12 AM
**To:** CHI-ERO-Detained <CHI-ERO-detained@ice.dhs.gov>
**Subject:** Scheduling Calls with Detained Clients at Broadview

You don't often get email from chisato.kimura@macarthurjustice.org. Learn why this is important

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/
> or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and
> follow instructions.

Hello,

I am emailing to inquire about the process for scheduling a call with a client who is detained at Broadview. Please advise.

Thank you,
Chisato Kimura


Chisato Kimura
Legal Fellow
Roderick and Solange MacArthur Justice Center
160 East Grand Ave., 6th Floor
Chicago, IL 60611
C: REDACTED

