IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| PABLO MORENO GONZALEZ, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No.  25-cv-13323 <br> Hon. Robert W. Gettleman <br> Mag. Judge Laura K. McNally |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al*. | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO EXTEND EXPERT REPORT DEADLINE**

Plaintiffs hereby move for an extension of the deadline to disclose their expert reports, from December 3, 2025, to December 8, 2025, based on Defendants' substantial failure to respond to Plaintiffs' discovery requests on an expedited basis.[1] There has been no previous extension. In support, Plaintiffs state:

1. The Court entered a temporary restraining order on November 5 and simultaneously ordered expedited discovery in anticipation of a preliminary injunction hearing. ECF No. 15 at 4–5; ECF No. 45; Transcript of Proceedings Before the Honorable Robert W. Gettleman, Gonzalez v. Noem, No. 25 C 13323, November 5, 2025, page 180-81. The Court also permitted expert discovery, ordering that Plaintiffs' expert reports be produced by December 3, 2025.  ECF No. 68. The Court set the preliminary injunction hearing for December 17. ECF No. 67. Schedules may be modified for good cause with the Court's consent. Fed. R. Civ. P. 16(b)(4); *Jackson-El v. City of Markham*, 332 F.R.D. 583, 584 (N.D. Ill. 2019) (granting extension of discovery deadlines after

---

[1] Plaintiffs have concurrently filed a motion to compel production.

1

finding good cause for the extension per Rule 16(b)); *see also* Fed. R. Civ. P. 6(b) (explaining that a court may, for good cause, extend the time for any acts that may be done within a specified time).

2. The status of discovery is described in detail in Plaintiffs' Motion to Compel Expedited Production of Certain Materials being filed concurrently herewith. In summary, while Defendants have produced some information in discovery, significant gaps remain, including as to surveillance footage, attorney access information and emails, voluntary departure forms, and many relevant documents dated after November 8, meaning that facility conditions for the last three weeks are largely unknown. With respect to video in particular, the government has not responded to any of Plaintiffs' requests for production and interrogatories seeking information about the circumstances under which the footage for October 20-30 was lost or perhaps never recorded (that basic fact is unknown).

3. Plaintiffs have retained Dr. Dora Schriro, a corrections and immigration detention expert, to review the discovery and evidence of conditions at Broadview and opine on (1) whether those conditions meet detention standards, including ICE's own policies and procedures; (2) the impact of those conditions on detainee health and safety; and (3) what improvements are required for Broadview to provide minimally adequate conditions. Plaintiffs may also disclose an expert report from Yaniv Schiff, a digital forensics expert who is assisting in discovery related to Broadview's surveillance footage. Mr. Schiff may opine on whether footage for the critical period October 20-30 was lost (or never recorded) as the result of a technical failure or inadvertent mistake, as Defendants have said, or whether it was the result of actions or omissions that would support an evidentiary sanction.

4. The outstanding discovery, much of it critical to assessing the Defendants' compliance with the Court's TRO, is directly relevant to Dr. Schriro's and Mr. Schiff's opinions.

As a result of the missing evidence, neither expert will be able to effectively issue their opening report by the December 3 deadline. The deadline should be extended to permit the experts to review the discovery material and incorporate it into their reports. *Zimmer, Inc. v. Beamalloy Reconstructive Med. Prods., LLC*, No. 1:16-cv-00355-TLS-SLC, 2019 WL 1318094, at *16 (N.D. Ind. Mar. 22, 2019) (granting motion to compel and motion to extend discovery deadlines to allow moving party and party's expert sufficient time to review information produced pursuant to motion to compel); *Steinfeld v. Jones Lang LaSalle Americas*, No. 20 CV 5838, 2024 WL 4213214, at *3 (N.D. Ill. Sept. 17, 2024) (granting motion to extend expert deadlines after granting motion to compel documents).

5. Therefore, Plaintiffs respectfully request that the Court reset the deadline for disclosure of their expert reports to December 8, 2025. This is three days after the December 5 deadline by which Plaintiffs are requesting that Defendants produce the outstanding discovery in their Motion to Compel Expedited Production of Certain Materials. Defendants will not be prejudiced by the December 8 extension. That date will provide Defendants sufficient time to depose the experts prior to the preliminary injunction hearing on December 17, particularly as Defendants have indicated they themselves are not disclosing any experts in this matter.

WHEREFORE, Plaintiffs respectfully request that this Court extend Plaintiffs' expert disclosure deadline until December 8, 2025.

Dated: December 2, 2025

Respectfully submitted,

/s/ Nathan P. Eimer
Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta

Lisa S. Meyer
Brent R. Austin
Alec Solotorovsky
**EIMER STAHL LLP**
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
mmccluggage@eimerstahl.com
jspeta@eimerstahl.com
lmeyer@eimerstahl.com
baustin@eimerstahl.com
asolotorovsky@eimerstahl.com

*/s/ Alexa Van Brunt*
Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura (license pending)
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone: 312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

*/s/ Samuel Cole*
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, Illinois 60601

Phone: (312) 201-9740
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of December, 2025, a true and correct copy of **Plaintiffs' Motion to Extend Expert Report Deadline**, was served by electronic mail to all counsel who have filed appearances in the above-captioned case.

*/s/ Nathan P. Eimer*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.2**

Counsel for Plaintiffs and Defendants conferred on the aforementioned request to extend the expert report deadline on December 1, 2025 at 2:10 p.m. This conferral took place via video conference. At the conferral, it became clear that the parties, despite good faith attempts to resolve differences, had reached an impasse.

*/s/ Nathan P. Eimer*