UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Pablo Moreno Gonzalez, et al.
                Plaintiff,

v.                                          Case No.: 1:25−cv−13323
                                          Honorable Robert W. Gettleman

Kristi Noem, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

      MINUTE entry before the Honorable Laura K. McNally. Before the Court is Plaintiffs' motion to extend the due date for their expert reports. [110] This motion was filed one day before the due date for expert reports, and it is premised on a reported failure of the Defendants to comply with pending discovery requests (see the related motion to compel [109]). This motion comes too late for Defendants to respond and the Court to fairly evaluate both the arguments here and the motion to compel [109] on which they rely. The motion is denied. Absent agreement of Defendants, Plaintiffs must file their expert report on 12/3/25 based on the information presently in hand. If Defendants subsequently produce materials that were called for before this 12/3/25 deadline, Plaintiffs' experts may offer opinions based on that late−produced evidence, even though those opinions will not have been contained in the Rule 26(a)(2)(C) disclosures. The Court encourages the parties to reconsider whether they can mutually agree to a delayed disclosure deadline to avoid having an expert testify based on previously undisclosed opinions. But absent agreement, Plaintiffs' expert disclosures are due 12/3/25.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.