IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PABLO MORENO GONZALEZ, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 25-cv-13323 |
|  | ) Hon. Robert W. Gettleman |
|  | ) Mag. Judge Laura K. McNally |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al*. | ) |
| Defendants. | ) |

**PLAINTIFFS' RESPONSE TO LOCAL RULE 40.4 MOTION
TO REASSIGN CASE AS RELATED**

The Coalition for Spiritual and Public Leadership and five individuals have filed a motion pursuant to Local Rule 40.4 to reassign to this Court their lawsuit, *Coalition for Spiritual and Public Leadership, et al., v. Kristi Noem, et al.,* Case No. 1:25-cv-14168. *See* ECF No. 104. That lawsuit concerns the ability of clergy to access the Broadview ICE facility and detainees to practice their religions inside the facility. Plaintiffs in this litigation take no position on the motion to reassign that case to this Court as a related case.

Dated: December 2, 2025

Respectfully submitted,

*/s/ Jonathan Manes*
Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone: 312-503-1336
alexa.vanbrunt@macarthurjustice.org

jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

*/s/ Samuel Cole*
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

*/s/ Nathan P. Eimer*
Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer
Brent R. Austin
Alec Solotorovsky
**EIMER STAHL LLP**
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
mmccluggage@eimerstahl.com
jspeta@eimerstahl.com
lmeyer@eimerstahl.com

baustin@eimerstahl.com
asolotorovsky@eimerstahl.com

*Attorneys for the Plaintiffs*