| | |
|---|---|
| **From:** | Lane, Judy |
| **To:** | Brady, Jana (USAILN); Johnson, Patrick (USAILN); Haile, Jonathan (USAILN); Mogbana, Ifeanyi (USAILN) |
| **Cc:** | broadview |
| **Subject:** | [EXTERNAL] Moreno Gonzalez v. Noem, et al.: Pl"s 2d & 3d Sets of Expedited Discovery Requests. |
| **Date:** | Friday, November 21, 2025 7:19:13 PM |
| **Attachments:** | 2025.11.21 Pl"s Second Set of Expedited Discovery Requests to Defs.pdf |
| | 2025.11.21 Pl"s Third Set of Expedited Discovery Requests to Defs.pdf |

Dear Counsel,

Attached please find Plaintiffs' Second and Third Sets of Expedited Discovery Requests.

Thank you,

Judy Lane

**Judy Lane**
**Paralegal**

312-660-7627          224 South Michigan Avenue
www.eimerstahl.com    Chicago, IL 60604



NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

-