IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| PABLO MORENO GONZALEZ, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-cv-13323 |
| v. | ) ) ) | Hon. Robert W. Gettleman<br>Mag. Judge Laura K. McNally |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al*. | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' FOURTH SET OF EXPEDITED DISCOVERY REQUESTS**

Pursuant to Rules 26, 30, and 34 of the Federal Rules of Civil Procedure, Plaintiffs, by their undersigned counsel, instruct that Defendants respond to the following Requests and produce for inspection and copying the documents and things requested herein in accordance with all applicable Rules and the Definitions and Instructions set forth below within five (5) days of service and afterward supplement each response as may become necessary as required by Rule 26(e) and as set forth in individual requests.

**DEFINITIONS & INSTRUCTIONS**

This request incorporates the definitions and instructions included in Plaintiffs' prior requests for production.

**REQUESTS FOR PRODUCTION**

41. Supplement to Request No. 3: All emails to and from attorneys and legal representatives contained in any email mailbox under Defendants' control relating to the custody of immigrants at Broadview or any other facility within the Northern District of Illinois, including but not limited to BSSA.Outreach@ice.dhs.gov, and concerning (a) attorney requests for

1

information about a client (including, for instance, their location, well-being, etc.) and/or (b) attorney requests for a call, visit, or consult with a client, and/or (c) any responses to the emails described in (a) and (b). Plaintiffs seek all emails responsive to this request during the Relevant Time Period, up to and including the present date and continuing through the preliminary injunction hearing in this matter currently scheduled for December 17, 2025. This Request also applies to any new email address created for these purposes in the requested time period and moving forward in this litigation. Plaintiffs propose the following search terms for this search:

(attorney* OR lawyer* OR counsel* OR legal representative*) AND (visit* OR call* OR meet* OR speak OR talk OR location OR contact*),

42. Supplement to Request No. 7: Complete A-files and Temporary A-files (sometimes called T-files) of the individuals who signed voluntary departure documents at Broadview in November 2025 and of other individuals specifically identified in this request who are witnesses in this matter. This request specifically includes, but is not limited to, a request for A-files and T-files of the following individuals listed in the BSSA Daily Cell Logs:

|    | Last Name | FIRST NAME | A-Number | Nationality |
|----|-----------|------------|----------|-------------|
| 1  | MORALES | | | |
| 2  | CHAVEZ-Rojas | | | |
| 3  | GARCIA-Castro | | | |
| 4  | HERNANDEZ-Garcia | | | |
| 5  | MENDOZA Giles | | | |
| 6  | DIAZ-Hernandez | | | |
| 7  | JARDON MEDINA | | | |
| 8  | AGUILERA-Deluna | | | |
| 9  | MENDIOLA-Lopez | | | |
| 10 | ESQUIVEL Zepeda | | | |

|    | Last Name | FIRST NAME | A-Number | Nationality |
|----|-----------|------------|----------|-------------|
| 11 | HERNANDEZ-Pablo | | | |
| 12 | HERNANDEZ-Salazar | | | |
| 13 | GONZALEZ-Bucio | | | |
| 14 | HERRERA-Benitez | | | |
| 15 | SOBERONIS Solis | | | |
| 16 | VAZQUEZ-Contreras | | | |
| 17 | VASQUEZ-Garza | | | |
| 18 | DURANTE-Estrada | | | |
| 19 | JUAREZ-Lara | | | |
| 20 | GONZALEZ-Layva | | | |
| 21 | CHIGO-Chagala | | | |
| 22 | ESCALONA | | | |
| 23 | JIGUAN MIRANDA | | | |
| 24 | ARROYO-Dominguez | | | |
| 25 | NAVA-Antunez | | | |
| 26 | ARROYO-Dominguez | | | |
| 27 | JALAPA | | | |
| 28 | FERNANDO De Leon | | | |
| 29 | GARCIA-Perez | | | |
| 30 | MEZA MARTINEZ | | | |
| 31 | GOMEZ-COLLAZO | | | |
| 32 | ORELLANA LOPEZ | | | |
| 33 | ORGANISTA-Ponciano | | | |
| 34 | CAMACHO-Pineda | | | |
| 35 | ENRIQUE-Matias | | | |

|    | Last Name            | FIRST NAME | A-Number | Nationality |
|----|----------------------|------------|----------|-------------|
| 36 | HERNANDEZ            |            |          |             |
| 37 | MORA-Cevecero        |            |          |             |
| 38 | CHUB-Chub            |            |          |             |
| 39 | POLITO-Dominguez     |            |          |             |
| 40 | RODRIGUEZ-Villa      |            |          |             |
| 41 | PAULINO-Torres       |            |          |             |
| 42 | OSORTO-Rodriguez     |            |          |             |
| 43 | CONRADO PEREZ        |            |          |             |
| 44 | CAGAL-Chigo          |            |          |             |
| 45 | OROZCO-Lopez         |            |          |             |
| 46 | RUIZ-Gonzalez        |            |          |             |
| 47 | POP CAAL             |            |          |             |
| 48 | NATERAS-Quentas      |            |          |             |
| 49 | RANGEL Garcia        |            |          |             |
| 50 | SANCHEZ-Pina         |            |          |             |
| 51 | LUIS-Dominguez       |            |          |             |
| 52 | AGUILERA-Vasquez     |            |          |             |
| 53 | DE LA CRUZ-Sanchez   |            |          |             |
| 54 | MERIDA ARRIAGA       |            |          |             |
| 55 | JANEZ RAMIREZ        |            |          |             |
| 56 | Gomez Franco         |            |          |             |
| 57 | JUAREZ BUSTAMANTE    |            |          |             |
| 58 | FLORES MEJIA         |            |          |             |
| 59 | SANTOS ESPINOSA      |            |          |             |
| 60 | GONZALEZ TISHA       |            |          |             |
| 61 | RODRIGUEZ GONZALEZ   |            |          |             |

|    | Last Name | FIRST NAME | A-Number | Nationality |
|----|-----------|------------|----------|-------------|
| 62 | GONZALEZ LEANDRO | | | |
| 63 | TOTO Toto | | | |
| 64 | Chukarski | | | |
| 65 | MENDIETA JIMENEZ | | | |
| 66 | CARDONA Lopez | | | |
| 67 | JIGUAN-Miranda | | | |
| 68 | ZAMAPRIDA-Rodriguez | | | |
| 69 | TEXIS Texis | | | |
| 70 | MANUEL MILLAN | | | |
| 71 | RICARDO-Aguayo | | | |
| 72 | SALGADO CUENCA | | | |
| 73 | MONTES-De Oca Malvarez | | | |
| 74 | CRUZ Aguirre | | | |
| 75 | RAMIREZ-Garcia | | | |
| 76 | NUNEZ Garcia | | | |
| 77 | PENARA-Rosales | | | |
| 78 | VEGH Salazar | | | |
| 79 | ZEFERINO-Garcia | | | |
| 80 | RAMIREZ-Irlanda | | | |
| 81 | AYALA-Ayala | | | |
| 82 | RAMIREZ | | | |
| 83 | CHIRINOS | | | |
| 84 | TAPIA Estrada | | | |
| 85 | ARROYO-Lara | | | |
| 86 | LINO-Simons | | | |
| 87 | SANTOS-Garcia | | | |

|     | **Last Name** | **FIRST NAME** | **A-Number** | **Nationality** |
| --- | --- | --- | --- | --- |
| 88  | RAMIREZ-Contreras |  |  |  |
| 89  | MEDINA-Tello |  |  |  |
| 90  | MENDEZ-Cruz |  |  |  |
| 91  | CIFUENTES-Garcia |  |  |  |
| 92  | Xon-Sajche |  |  |  |
| 93  | PEINADO Diaz |  |  |  |
| 94  | XOLO-Pucheta |  |  |  |
| 95  | LUCERO-Chrisno |  |  |  |
| 96  | PACHECO-Damian |  |  |  |
| 97  | AREVEDO-Lopez |  |  |  |
| 98  | WOLINSKA |  |  |  |
| 99  | URA |  |  |  |
| 100 | MULLO-Larion |  |  |  |
| 101 | ARIETA-Ortiz |  |  |  |
| 102 | GONZALEZ-Rodriguez |  |  |  |
| 103 | JUCU-Maquin |  |  |  |
| 104 | ROSENDO Maxima |  |  |  |
| 105 | MORENO Vasquez |  |  |  |
| 106 | CRUZ-Rosas |  |  |  |
| 107 | CISNEROS-Rodriguez |  |  |  |
| 108 | COC-Caal |  |  |  |
| 109 | PINANGO-Nieves |  |  |  |
| 110 | SANCHEZ-Estrada |  |  |  |
| 111 | PEREZ-Tostado |  |  |  |
| 112 | ESCALONA Fuentes |  |  |  |
| 113 | HERNANDEZ Sotelo |  |  |  |

| | Last Name | FIRST NAME | A-Number | Nationality |
|---|---|---|---|---|
| 114 | OROZCO Zunita | | | |
| 115 | RODRIGUEZ-Hernandez | | | |
| 116 | AL SMADI | | | |
| 117 | COMUNIDAD-Roblez | | | |
| 118 | SANTILLO-Acatitlan | | | |
| 119 | WOJDAN | | | |
| 120 | WOJDAN | | | |
| 121 | SANTIAGO-Ortigoza | | | |
| 122 | FLORES Sanchez | | | |
| 123 | DOMINGUEZ Garcia | | | |
| 124 | HURTADO-Cardenas | | | |
| 125 | ABAN-Chigo | | | |
| 126 | NUNEZ-Huitron | | | |
| 127 | IBARRA-Herrera | | | |
| 128 | GARCIA-Colin | | | |
| 129 | SANDOVAL-Ceniceros | | | |
| 130 | Perez Simbro | | | |
| 131 | QUINONES Infante | | | |
| 132 | VALLARDES Sotelo | | | |
| 133 | ALVARADO-Gomez | | | |
| 134 | MORALES-Bazan | | | |
| 135 | CUCUL-Sacul | | | |
| 136 | ALVARADO-Gomez | | | |
| 137 | LOPEZ-Hernandez | | | |
| 138 | LOPEZ-Hernandez | | | |

|     | Last Name          | FIRST NAME | A-Number | Nationality |
| --- | ------------------ | ---------- | -------- | ----------- |
| 139 | Aguilar-Ramirez,   |            |          |             |
| 140 | TOAQUIZA-Ante      |            |          |             |
| 141 | CARRERA-Torres     |            |          |             |
| 142 | Hernandez          |            |          |             |
| 143 | Cruz Santago       |            |          |             |
| 144 | Aguilar Gracida    |            |          |             |
| 145 | Arias Cruz         |            |          |             |
| 146 | Feliciano          |            |          |             |
| 147 | Mendez Hernadez    |            |          |             |
| 148 | Antonio Hernandez  |            |          |             |
| 149 | Perez-Perez        |            |          |             |
| 150 | Damian-Camargo     |            |          |             |
| 151 | PARRA-RODRIGUEZ    |            |          |             |
| 152 | Temich Polito      |            |          |             |
| 153 | Toto-Polio         |            |          |             |
| 154 | Pereira-Guevara    |            |          |             |

Dated: December 2, 2025

Respectfully submitted,

/s/ Danielle Berkowsky
Alexa Van Brunt
Jonathan Manes
Danielle Berkowsky
Chisato Kimura
**MACARTHUR JUSTICE CENTER**
160 E. Grand Avenue, 6th floor
Chicago, Illinois 60611
Phone: 312-503-1336
alexa.vanbrunt@macarthurjustice.org
jonathan.manes@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org

8

chisato.kimura@macarthurjustice.org

/s/ Samuel Cole
Kevin M. Fee
Michelle T. García
Rebecca K. Glenberg
Samuel Cole
Jennifer Stark
Kathleen Hickey
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
kfee@aclu-il.org
mgarcia@aclu-il.org
rglenberg@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
khickey@aclu-il.org

/s/ Nathan P. Eimer
Nathan P. Eimer
Scott C. Solberg
Michael L. McCluggage
James B. Speta
Lisa S. Meyer
Brent R. Austin
Alec Solotorovsky
**EIMER STAHL LLP**
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
mmccluggage@eimerstahl.com
jspeta@eimerstahl.com
lmeyer@eimerstahl.com
baustin@eimerstahl.com
asolotorovsky@eimerstahl.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of December, 2025, a true and correct copy of the above and foregoing **Plaintiffs' Fourth Set of Expedited Discovery Requests** were sent by electronic mail to counsel to all counsel who have filed appearances in the above-captioned case.

*/s/ Danielle Berkowsky*

Danielle Berkowsky