**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.
                              Plaintiff,

v.                                       Case No.: 1:25−cv−13323
                                              Honorable Robert W. Gettleman

Kristi Noem, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 3, 2025:

      MINUTE entry before the Honorable Laura K. McNally: Status conference held. The parties report that they have reached an agreement in principle that will result in the cancellation of the 12/17/25 preliminary injunction hearing. The parties will report further to Judge Gettleman regarding their plans for next steps. In the meantime, Plaintiffs' motion to compel [109] and Defendants' motion for protective order [115] are entered and continued, with the following exceptions: First, Plaintiffs' request for periodic production of the Broadview daily detainee logs is granted. Defendants shall produce the Broadview daily logs once per week on a rolling basis until further order of Court. By agreement, the productions will be made each Wednesday. Second, Plaintiffs' request for access to the Broadview facility to conduct in−person attorney−client meetings with class members is granted. Upon 24−hours' notice (minimum), class counsel may conduct confidential interviews of detainees at the Broadview facility. These interviews shall take place during a two−hour window and must not interfere with the functioning of the detention facility. No more than two counsel (or one counsel and one paralegal), along with one translator, may attend, absent agreement of the parties. Attendee names shall be provided to the Defendants in advance. At the beginning of each visit, Defendants shall provide to class counsel a list of all detainees currently at the facility. Class counsel shall be afforded the opportunity to briefly address the detainees as a group in order to explain their role and invite detainees to participate in interviews. No detainee may be required to participate in any interviews. Third, by agreement, the parties will work together to facilitate class counsel's ability to speak with class members at ICE detention facilities outside Illinois. Mailed notice(McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.