# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Pablo Moreno Gonzalez, et al.

                        Plaintiff,

v.                                                               Case No.: 1:25−cv−13323

                                                                                  Honorable Robert W. Gettleman

Kristi Noem, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 11, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 12/11/2025. For the reasons stated on the record, in court hearing set for 12/17/2025 is stricken and reset to an in court preliminary injunction hearing on 4/21/2026 at 9:30 a.m. and 4/22/2026 at 9:30 a.m. Joint Motion for Extension of the Temporary Restraining Order [119] is granted and the TRO entered on 11/5/2025 [49] is extended to 4/22/2026. The parties are directed to file a Joint status report by 2/9/2026. Telephonic status hearing set for 2/12/2026 at 10:30 a.m. To join the telephone conference, dial (650) 479−3207, Access Code 1809 88 3385. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.