UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Pablo Moreno Gonzalez, et al.
                                Plaintiff,
v.                                              Case No.: 1:25−cv−13323
                                                Honorable Robert W. Gettleman
Kristi Noem, et al.
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

MINUTE entry before the Honorable Laura K. McNally. Video status hearing held 12/19/25. For reasons stated on the record, the remaining aspects of [109] and [115] are denied as moot in light the parties' stated intentions to file amended briefs (see [128] and [129]). Given the changed context of these motions, the parties are directed to file new motions, rather than amending prior briefing. Plaintiffs represent that they will be filing their new/revised motion on 12/22/25. A response is due 1/5/26. Turning to pending discovery, the Government reports that it will be serving written discovery responses by 12/31/25. Video hearing is set on 1/12/26 at 10:00 a.m. The parties are to appear at the video hearing by accessing the following link: https://us−courts.webex.com/meet/scott_white Parties who do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1−650−479−3207; Access code: 23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.