**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.
Plaintiff,
v.
Kristi Noem, et al.
Defendant.

Case No.: 1:25−cv−13323
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

MINUTE entry before the Honorable Laura K. McNally. Plaintiffs' Unopposed Motion to Correct the Docket to Seal Plaintiffs' Fourth Set of Expedited Discovery Requests and to File a Public Redacted Version [131] is granted. The Clerk is directed to seal document 128−1. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.