**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PABLO MORENO GONZALEZ, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRISTI NOEM, Secretary of the U.S. )<br>Department of Homeland Security, in her )<br>official capacity, *et al*. )<br>)<br>Defendants. ) | Case No. 25-cv-13323<br>Hon. Robert W. Gettleman<br>Mag. Judge Laura K. McNally |

**TABLE OF CONTENTS OF EXHIBITS TO PLAINTIFFS' AMENDED MOTION
TO COMPEL PRODUCTION OF CERTAIN MATERIALS**

Exhibit A – Meet & Confer Email Correspondence (Dec. 18, 2025)

Exhibit B – Email Correspondence (Dec. 11, 2025)

Exhibit C – Judgment, *Nightingale v. USCIS*, No. 19-cv-3512 (N.D. Cal. Dec. 17, 2020) (ECF No. 90)

Exhibit D – Joint Status Report, *Nightingale v. USCIS*, No. 19-cv-3512 (N.D. Cal. Sep. 18, 2025) (ECF No. 189)

Exhibit E – Defendants' Supplemental Response to Plaintiffs' Revised Expedited Discovery Requests (Dec. 11, 2025)

Exhibit F – Relevant Excerpt of the Deposition of Ryan Theodore (Dec. 2, 2025)