# Exhibit A

**Outlook**

### RE: Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

From Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
Date Thu 2025-12-18 4:42 PM
To Chisato Kimura <chisato.kimura@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
Cc broadview <broadview@aclu-il.org>

Chisato,

Thank you for the clarification. In compiling your list of outstanding materials, did you consider what we produced yesterday: cell logs, visitor logs, attorney call logs etc.? Considering the holidays during which people will be out of the office, I cannot commit to a January 2, 2026, deadline. However, I will pass along your request to the client and let you know.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: (312) 371-8502
ifeanyi.mogbana@usdoj.gov

---

**From:** Chisato Kimura <chisato.kimura@macarthurjustice.org>
**Sent:** Thursday, December 18, 2025 4:02 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

Hi Ifeanyi,

Documents we've discussed with regard to production on an ongoing/rolling basis include cleaning logs, medical & incident logs, purchase invoices/receipts, intake logs, visit logs, attorney call logs, and transfer logs. We are proposing these documents be produced every two weeks.

This is separate from the weekly video production that was discussed yesterday.

Best,

Chisato Kimura
Legal Fellow
Roderick and Solange MacArthur Justice Center
160 East Grand Ave., 6th Floor
Chicago, IL 60611

C: (785) 226-4102



**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Thursday, December 18, 2025 2:13 PM
**To:** Chisato Kimura <chisato.kimura@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** RE: Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

I need clarification. What are those *"repeated productions of requests that are ongoing/need to be supplemented (excluding the weekly daily cell log production)?"* Can you give examples?

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: (312) 371-8502
ifeanyi.mogbana@usdoj.gov

**From:** Chisato Kimura <chisato.kimura@macarthurjustice.org>
**Sent:** Thursday, December 18, 2025 1:03 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

Hi Ifeanyi,

Thank you for meeting with us this morning. As a brief summary of our discussion, you informed us that Defendants will serve formal written responses to Plaintiffs' Second, Third, and Fourth Sets of Expedited Discovery Requests on December 31. Parties are at an impasse with regards to Plaintiffs' following discovery requests: informal policies (RFP 1), A-files for individuals who took voluntary departure and/or were identified in RFP 42, the video footage of Defendant Noem at Broadview on October 3, 2025 (RFP

10), and information about statements made by the government regarding use of Broadview in the next several months (RFP 16).

Additionally, below are the discovery items we believe you've agreed to produce but are still outstanding:

- Emails that announced the hold room waiver & voluntary departure incentive, referenced by SDDO Theodore in his deposition (RFP 1)
- Emails regarding guidance about the NTAs that SDDO Theodore received towards the end of his week at Broadview (RFP 1)
- Phone records, including records for phones in the hold rooms, and landline calls (RFP 2)
- Emails from attorneys to BSSA.Outreach@ice.dhs.gov (RFP 3, supplemented in RFP 41)
- Updated non-food (e.g., medical, cleaning, personal hygiene products, water, bedding) purchase orders & receipts (RFP 6)
- Food purchase orders & receipts from 11/8-12/8 (RFP 6)
- Agreements with food vendors & maintenance service/janitorial vendor (RFP 6)
- Updated medical & incident logs (RFP 6)
- Signed voluntary departure forms (we have only received 36) (RFP 7)
- Addendum to the voluntary departure form referenced by SDDO Theodore in his deposition (RFP 7)
- Staff roster & documents showing all the staff who worked at Broadview during relevant time period (RFP 13)

We propose a production deadline of January 2, 2026 for these outstanding items. For repeated productions of requests that are ongoing/need to be supplemented (excluding the weekly daily cell log production), we propose ongoing production every two weeks. Please let us know if you agree to this deadline.

Best,

Chisato Kimura
Legal Fellow
Roderick and Solange MacArthur Justice Center
160 East Grand Ave., 6th Floor
Chicago, IL 60611
C: (785) 226-4102



---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Wednesday, December 17, 2025 5:00 PM
**To:** Chisato Kimura <chisato.kimura@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** RE: Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

3

Thanks. Please share a meeting invite.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: (312) 371-8502
ifeanyi.mogbana@usdoj.gov

---

**From:** Chisato Kimura <chisato.kimura@macarthurjustice.org>
**Sent:** Wednesday, December 17, 2025 4:56 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

Hi Ifeanyi,

10:30 works for us, but we will have a hard cut-off at 11:00 am. If your 10 am hearing ends early, will you let us know so we can begin the meeting earlier?

Thanks,

Chisato Kimura
Legal Fellow
Roderick and Solange MacArthur Justice Center
160 East Grand Ave., 6th Floor
Chicago, IL 60611
C: (785) 226-4102



---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Wednesday, December 17, 2025 3:13 PM

**To:** Chisato Kimura <chisato.kimura@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** RE: Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

What about 10:30? I have a hearing that runs through 10 am.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: (312) 371-8502
ifeanyi.mogbana@usdoj.gov

---

**From:** Chisato Kimura <chisato.kimura@macarthurjustice.org>
**Sent:** Wednesday, December 17, 2025 2:18 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

Hi Ifeanyi,

We're not available at 11 am but could do 10 am, if that works for you?

Best,
Chisato

---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Wednesday, December 17, 2025 1:29 PM
**To:** Chisato Kimura <chisato.kimura@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** RE: Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

Hi,

We currently working on and anticipate making additional production today. I agree that a meet and confer in advance of Friday's status hearing will be useful. Does 11 a.m. work for you?

Let me know.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: (312) 371-8502
ifeanyi.mogbana@usdoj.gov

---

**From:** Chisato Kimura <chisato.kimura@macarthurjustice.org>
**Sent:** Wednesday, December 17, 2025 1:17 PM
**To:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>; Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] Moreno Gonzalez v Noem - Plfs' Responses to Defs PI Discovery Requests & Conferral

Hi All,

Please find attached Plaintiffs' Responses to Defendants' Revised PI Hearing Discovery Requests. Production forthcoming.

What time today can we expect Defendants' Responses to Plaintiffs Second, Third, and Fourth set of requests? Please also let us know when you plan to produce the documents you identified for supplemental production in Defendants' most recent (12/11) supplemental response.

Additionally, given Judge McNally's Minute Order, we'd like to meet & confer about outstanding discovery tomorrow at 9:00 am. Please confirm if this time works for you.

Best,

Chisato Kimura
Legal Fellow
Roderick and Solange MacArthur Justice Center
160 East Grand Ave., 6th Floor
Chicago, IL 60611
C: (785) 226-4102

