# Exhibit B

 Outlook

## RE: Moreno Gonzalez v Noem et al - Meet & Confer - Revised Discovery Responses/Requests - Proposed CMO Dates

**From** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>

**Date** Thu 2025-12-11 4:56 PM

**To** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Chisato Kimura <chisato.kimura@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; broadview@aclu-il.org <broadview@aclu-il.org>

**Cc** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>

Thank you Alexa. To be pellucid, *Nightingale v. USCIS* does not in any way demonstrate that the government has the ability to produce A files quickly. The plaintiffs in that case did not request nor did the court order the production in discovery of more than 150 A-files like you seek in this case. Rather, that case was about systemic delay in processing of individual FOIA requests for A files. And the court ordered the a faster pace of processing of requests.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: (312) 371-8502
ifeanyi.mogbana@usdoj.gov

**From:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Sent:** Thursday, December 11, 2025 4:16 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Chisato Kimura <chisato.kimura@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; broadview@aclu-il.org
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v Noem et al - Meet & Confer - Revised Discovery Responses/Requests - Proposed CMO Dates

Hi Ifeanyi,

As I noted during our meet and confer today, the A files are relevant to our APA claim concerning the signing of voluntary departures. They are also relevant to our access to counsel claims. The files may show that a person who signed a VD had a basis for relief (for instance, grounds for habeas or a pending asylum petition) and thus would not have knowingly signed a VD. For this same reason, they provide possible proof of harm to class members. The A-files will also disclose information about how the deportation officer processed the case, including

potentially handwritten notes and untranslated documents. This, too, is relevant to our APA claim and counsel access claims.

The purpose of sending the FOIA case was to demonstrate that the government has the ability to produce A-files quickly. On the meet and confer, it sounded like the government was looking into how to produce the A-files, and we appreciate those efforts. We look forward to receiving your responses to our Second, Third, and Fourth Sets of RFPs.

Separately, going forward, if the government supplements responses to any written discovery, it would be helpful if you could highlight or underline the changes to the original response.

Thanks,
Alexa



--

Alexa Van Brunt

**MacArthur Justice Center**
**Director, Illinois Office**
160 E. Grand Avenue, 6th floor
Chicago, IL 60611
(312) 503-1336
Pronouns: she/her
www.macarthurjustice.org



---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Thursday, December 11, 2025 3:10 PM
**To:** Chisato Kimura <chisato.kimura@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; broadview@aclu-il.org <broadview@aclu-il.org>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v Noem et al - Meet & Confer - Revised Discovery Responses/Requests - Proposed CMO Dates

Chisato,

Thank you for sharing this case. The FOIA requestors in *Nightingale* were noncitizens who need their A files for use in immigration removal proceedings. So, I think it strongly supports the governments' position that plaintiffs' request for complete A-files in this case is not probative of their conditions of confinement and access to counsel claims.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: (312) 371-8502
ifeanyi.mogbana@usdoj.gov

---

**From:** Chisato Kimura <chisato.kimura@macarthurjustice.org>
**Sent:** Thursday, December 11, 2025 2:58 PM
**To:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; broadview@aclu-il.org
**Cc:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v Noem et al - Meet & Confer - Revised Discovery Responses/Requests - Proposed CMO Dates

Hi all,

Following up on our conferral today, I've attached the order for declaratory and injunctive relief and the most recent JSR from *Nightingale v. USCIS*, the FOIA lawsuit we referenced regarding DHS's timely disclosure of A-files.

Best,

Chisato Kimura
Legal Fellow
Roderick and Solange MacArthur Justice Center
160 East Grand Ave., 6th Floor
Chicago, IL 60611
C: (785) 226-4102



---

**From:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Sent:** Thursday, December 11, 2025 1:49 PM
**To:** broadview@aclu-il.org <broadview@aclu-il.org>
**Cc:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** Moreno Gonzalez v Noem et al - Meet & Confer - Revised Discovery Responses/Requests - Proposed CMO Dates

Hi everyone. I have attached the government's revised discovery responses. I have also attached revised discovery requests to the plaintiffs. I changed the definition of plaintiffs to exclude the class members as suggested by Judge McNally. I revised the deposition requests to reflect our agreement about the sworn declarations of the class member witnesses. I clarified that my requests are tailored to the PI hearing. I added one interrogatory and request

for production concerning any TRO violations that you are claiming. In terms of a proposed CMO, I submit the following for your consideration and in doing so I'm assuming this is just PI discovery:

Fed. R. Civ. P. 26(a)(1) Disclosures will be exchanged by January 16, 2026.

Fed. R. Civ. P. 26(a)(2)(C) disclosures are due by February 13, 2026.

Fact discovery cut-off is set for March 13, 2026.

Rule 26(a)(2)(B) disclosures are due by March 30, 2026. Depositions of Rule 26(a)(2)(B) witnesses are to be deposed by April 8, 2026.

Jana L. Brady
Assistant United States Attorney
Northern District of Illinois
jana.brady@usdoj.gov
815-987-4462