# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY NIGHTINGALE, et al., | Case No. 19-cv-03512-WHO |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Pursuant to the court's summary judgment order, judgment is entered in favor of plaintiffs and against defendants. Judgment includes the following declaratory and injunctive relief:

**Declaratory Relief**:

Defendants have violated the FOIA by failing to make timely determinations on plaintiffs' A-File FOIA requests within the mandated statutory time frames. Defendants have engaged in a pattern or practice of violating FOIA's statutory deadlines when responding to requests for A-Files.

**Injunctive Relief**:

a.  Adhere to FOIA Timing Requirements: Defendants are permanently enjoined from further failing to adhere to the statutory deadlines for adjudicating A-File FOIA requests, as set forth in 5 U.S.C.§§ 552(a)(6)(A) and (B);

b.  Eliminate the Backlogs: **Within sixty (60) days** of this order, defendants shall make determinations on all A-File FOIA requests in USCIS's and ICE's backlogs;

c.  Quarterly Compliance Reports: Until further order, defendants shall provide this court and class counsel with quarterly reports containing information regarding the number and percentage of A-File FOIA requests that were filed and timely completed as well as the

United States District Court
Northern District of California

1    number and percentage of cases that remain pending beyond the twenty or thirty-day

2    statutory periods, respectively 5 U.S.C.§§ 552(a)(6)(A) and (B). The first compliance

3    report is due **within ninety (90) days** of this order.

4        **IT IS SO ORDERED.**

5    Dated: December 17, 2020



William H. Orrick
United States District Judge

United States District Court
Northern District of California