# Exhibit F

Page 1

```
   IN THE UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF ILLINOIS
             EASTERN DIVISION
PABLO MORENO              )
GONZALEZ, et al.,         )
                          )
         Plaintiffs,      )
                          )
              vs.         )No. 25-cv-13323
                          )
KRISIT NOEM,              )
Secretary of the U.S.     )
Department of             )
Homeland Security, in     )
her official              )
capacity, et al.,         )
                          )
         Defendants.      )
STATE OF        )
ILLINOIS        )
                ) SS.
COUNTY OF COOK  )
```

          The deposition of RYAN THEODORE taken before SERENA M. BONIFAZI, Certified Shorthand Reporter and Notary Public, via Zoom commencing at 10:03 a.m. on the 2nd day of December, 2025.



```
                                                          Page 2
 1    APPEARANCES:  (Via remote access)
 2    MACARTHUR JUSTICE CENTER
      MS. DANIELLE BERKOWSKY
 3    MR. JONATHAN MANES
      MS. CHISATO KIMURA
 4    MS. JUDY LANE
      MS. JAMIA RUSSELL
 5    160 East Grand Avenue
      6th Floor
 6    Chicago, Illinois 60611
      Phone:  (312) 503-1336
 7    E-Mail:
      danielle.berkowsky@macarthurjustice.org
 8
 9    ROGER BALDWIN FOUNDATION OF ACLU, INC.
      MS. KATHLEEN HICKEY
10    MS. MICHELLE T. GARCIA
      MR. SAMUEL COLE
11    150 North Michigan Avenue
      Suite 600
12    Chicago, Illinois 60601
      Phone:  (312) 201-9740
13    E-Mail:  khickey@aclu-il.org
14
      EIMER STAHL LLP
15    MS. LISA S. MEYER
      224 South Michigan Avenue
16    Suite 1100
      Chicago, Illinois 60604
17    Phone:  (312) 660-7600
      E-Mail:  lmeyer@eimerstahl.com
18
19
                 On behalf of the Plaintiffs;
20
21
22
23
24
```



Page 3

```
 1   APPEARANCES CONTINUED:
 2   U.S. DEPARTMENT OF JUSTICE
     MS. JANA BRADY
 3   MS. IFEANYI MOGBANA
     230 South Dearborn Street
 4   Chicago, Illinois 60603
     Phone:  (312) 353-4391
 5   E-Mail:  jana.brady@usdoj.gov
 6
     OFFICE OF THE PRINCIPAL LEGAL ADVISOR
 7   FIELD OFFICE LOCATION
     MS. BRENDA LIAO
 8   MS. JOAN JORDAN
     55 East Monroe Street
 9   Suite 1400
     Chicago, Illinois 60603
10   Phone:  (312) 260-9513
11
     U.S. DEPARTMENT OF HOMELAND SECURITY,
12   MS. BROOKE DANIELLE JENKINS
     2707 Martin Luther King Jr. Avenue, SE,
13   Washington, DC 20528-0525
14
               On behalf of the Defendants.
15
16
17
             *    *    *    *    *    *
18
19
20
21
22
23
24
```



Page 119

```
 1   say specifically where -- whether it was
 2   between DHS HQ and ICE HQ, I don't know
 3   which one.
 4          Q.    Got it.
 5                Did you receive -- so how
 6   did you receive this information?
 7          A.    This would have been -- this
 8   would have been forwarded from some
 9   headquarters component to the field
10   offices and then from the field office,
11   you know, leadership down to us in the
12   suboffices in an e-mail, I'm sure.  I
13   mean, that's pretty much the main -- the
14   mass-communication methods.
15          Q.    It would have been, like, a
16   memo attached to an e-mail?  Like the
17   other -- the waiver we discussed?
18          A.    There could have -- right.
19   There could have been -- there could have
20   been a memo attached.  There could have
21   been -- it could have been -- I will
22   refer to as a broadcast message.  It was
23   just a wide net, sending it out to the
24   whole nation, right?  With -- with
```

