**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.

                    Plaintiff,

v.

                            Case No.: 1:25–cv–13323
                            Honorable Robert W. Gettleman

Kristi Noem, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 30, 2025:

      MINUTE entry before the Honorable Laura K. McNally. Defendants' unopposed motion to extend deadline to response to Plaintiffs' amended motion to compel [135] is granted. Consistent with the parties representations in [137], the parties will confer on 1/5/26, and Defendants' rolling production of documents will begin no later than 1/9/26. Defendants' response to Plaintiffs' motion to compel [134] is due 1/9/26. The 1/12/26 hearing will proceed as ordered in [130]. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.