UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, FELIPE AUGUSTIN ZAMACONA, and a class of similarly situated people,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | No. 25 C 13323<br><br>Judge Gettleman<br>Magistrate Judge McNally |

**MOTION TO DISMISS, STRIKE OR FOR A MORE DEFINITE STATEMENT**

Defendants, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, move pursuant to Fed. R. Civ. P. 12(b)(1) and (6) to dismiss, 12(f) to strike or, alternatively, pursuant to Fed. R. Civ. P. 12(e) for a more definite statement. Defendant's memorandum in support of this motion is filed herewith.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Jana L. Brady
JANA L. BRADY
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444
jana.brady@usdoj.gov