# Exhibit C

## Danielle Berkowsky

| | |
|---|---|
| **From:** | Danielle Berkowsky <Danielle.Berkowsky@macarthurjustice.org> |
| **Sent:** | Thursday, January 8, 2026 10:01 AM |
| **To:** | Mogbana, Ifeanyi (USAILN); Jamia Russell; Alexa Van Brunt |
| **Cc:** | broadview@aclu-il.org; Jonathan Manes; Brady, Jana (USAILN); Johnson, Patrick (USAILN) |
| **Subject:** | [CAUTION: SUSPECT SENDER] RE: Moreno Gonzalez v Noem et al - Defendants' Responses to Expedited Discovery Requests |

Ifeanyi,

As we explained at our conferral on Monday, we will need to file a second motion to compel. We do not have time to waste given the short time before the PI hearing. We are already at impasse most items and are simply waiting for your response on the items below to confirm that we are at full impasse on those too. Further, as we told you on Monday, our plan has been to file that follow-up motion to compel by Friday, consistent with the guidance we received from Judge McNally at the last hearing. (Our understanding is that it is her preference to have all of the discovery disputes in front of her to deal with at once, rather than having multiple serial hearings on related discovery issues.)

As it stands, you have not responded to the discrete follow-up issues we discussed on Monday, and you have not told us when you will respond. You have suggested that you are revising your discovery responses, but you have not told us anything about how you are revising them. This comes after your already very delayed written responses to our second through fourth set of expedited discovery requests—in some cases past even the ordinary 30-day deadline. We cannot abide more foot dragging.

With all that said: please let us know immediately when you will respond to the points we raised below. If you are revising your discovery responses, let us know immediately when we will receive that revision and what you are revising. If you do not intend to provide a positive response to any of the points we raised below we are entitled to know that now to confirm we are indeed at impasse. If you do not let us know before tomorrow (Friday) morning that Defendants are agreeing to (or, at least, seriously considering agreeing to) any of the points we raised in our email below, it will be our understanding that we are at impasse on those points.

To answer your question: we will file our second motion to compel when it is ripe. Whether that is before or after you file your response to our first motion to compel is neither here nor there.

Danielle

---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Thursday, January 8, 2026 7:59 AM
**To:** Danielle Berkowsky <Danielle.Berkowsky@macarthurjustice.org>; Jamia Russell <Jamia.Russell@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Cc:** broadview@aclu-il.org; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v Noem et al - Defendants' Responses to Expedited Discovery Requests

1

Danielle,

Can you confirm that plaintiffs plan to file a *second* motion to compel *possibly* before defendants respond to your *first* motion to compel?

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: REDACTED
ifeanyi.mogbana@usdoj.gov

---

**From:** Danielle Berkowsky <Danielle.Berkowsky@macarthurjustice.org>
**Sent:** Wednesday, January 7, 2026 10:22 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Jamia Russell <Jamia.Russell@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Cc:** broadview@aclu-il.org; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem et al - Defendants' Responses to Expedited Discovery Requests

Ifeanyi,

Correct, Judge McNally did not set a deadline. Judge McNally instructed us to wait until we received your responses on 12/31 before moving to compel. We conferred Monday and confirmed impasse on all topics except the seven enumerated items below. We therefore plan to file by Friday 1/9 so the Court has time to review before Monday's hearing.

Regarding amending the second set of requests, will you be producing additional records and/or removing any objections? We welcome you to do so. However, we are not willing to keep delaying our filings while you talk to your client on questions that have been pending for over six weeks. Despite our many conferrals, your client has thus far been unwilling to budge on these responses—having objected to every single one. If your client's position changes after we file, we are happy to address it at that time.

We do not agree to stay the third set of requests. As discussed during our conferral Monday, and as I summarized in part below, not all the requests will be addressed by the deposition of a 5x5 representative who was on site for one limited project. For example, the requests for Defendants' retention policies and procedures (RFP 29), communications about footage loss (RFP 39), and the legal hold notice (RFP 40) will not be resolved by the 5x5 deposition. The third set of requests are directed to the Government and seek relevant material and information in the Government's possession and control. The Government is required to do its due diligence and respond to these requests.

Danielle

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Wednesday, January 7, 2026 5:14 PM
**To:** Danielle Berkowsky <Danielle.Berkowsky@macarthurjustice.org>; Jamia Russell <Jamia.Russell@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Cc:** broadview@aclu-il.org; broadview <broadview@macarthurjustice.org>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v Noem et al - Defendants' Responses to Expedited Discovery Requests

Danielle,

I am working assiduously to get you answers but need more time to confer with the client. I hope to get back to you tomorrow. Right now, I am working on revising defendants' responses to the Second Set of Requests. Relatedly, as you know, the deposition of the 5x5 representative has been scheduled for January 29, 2026. I propose we stay action on your Third Set of Requests and only take it up again if that deposition still leaves any issue from that Request unanswered.

Finally, I need a clarification. During our meet and confer, I thought I heard Jonathan say that plaintiffs have a deadline of January 9th to file another motion to compel. The court's minute order (see below) does not contain such a deadline.

| 12/30/2025 | 138 | MINUTE entry before the Honorable Laura K. McNally. Defendants' unopposed motion to extend deadline to response to Plaintiffs' amended motion to compel 135 is granted. Consistent with the parties representations in 137 , the parties will confer on 1/5/26, and Defendants' rolling production of documents will begin no later than 1/9/26. Defendants' response to Plaintiffs' motion to compel 134 is due 1/9/26. The 1/12/26 hearing will proceed as ordered in 130 . Mailed notice (sxw) (Entered: 12/30/2025) |
|---|---|---|

Kindly confirm.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: REDACTED
ifeanyi.mogbana@usdoj.gov

**From:** Danielle Berkowsky <Danielle.Berkowsky@macarthurjustice.org>
**Sent:** Monday, January 5, 2026 5:07 PM
**To:** Jamia Russell <Jamia.Russell@macarthurjustice.org>; Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Cc:** broadview@aclu-il.org; broadview <broadview@macarthurjustice.org>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem et al - Defendants' Responses to Expedited Discovery Requests

Thank you for the conferral. During our discussion, you agree to provide positions on the following by **EOD Wednesday**:
- Whether Defendants will provide the identities of decisionmakers as requested in ROG 3;
- Whether there are *specific* documents being withheld under the deliberative process privilege and if so, whether you will produce a privilege log (RFP 15);
- Whether Defendants will conduct a search and amend their responses regarding materials and information likely to be in the Government's possession or control (RFPs 28, 30, 31, 32, 34, 35, 36, 37);
- Whether Defendants will reconsider the blanket relevance objection to RFPs 29, 33, 39, and 40, and ROGs 6 and 7;
- When Defendants will produce emails from the new inbox that were being reviewed for privilege (and a privilege log if applicable) (RFP No. 41)
- Defendants' updated position on producing A Files for people who have been removed, as their A files have likely now been moved to a centralized location (RFP 42)

Additionally, I am again resending the link to the spreadsheets requested in RFP No. 18: https://deportationdata.org/data/ice.html. We are specifically seeking unredacted versions of the *Arrests* and *Detentions* spreadsheets from the Relevant Time Period. As discussed, these spreadsheets also contain requested data missing from the Government's responses to RFP No. 5, including age, location, and case status. Please let us know the Government's position on producing these unredacted spreadsheets as specified in the requests. If you contend the requested parameters are too broad, please propose alternative parameters in your response EOD Wednesday.

Let me know if I misstated or missed anything.

Danielle

---

**From:** Jamia Russell <Jamia.Russell@macarthurjustice.org>
**Sent:** Monday, January 5, 2026 12:34 PM
**To:** Danielle Berkowsky <Danielle.Berkowsky@macarthurjustice.org>; Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Cc:** broadview@aclu-il.org; broadview <broadview@macarthurjustice.org>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** Re: Moreno Gonzalez v Noem et al - Defendants' Responses to Expedited Discovery Requests

Calendar invite sent. See zoom link below as well.

Time: Jan 5, 2026 01:00 PM Central Time (US and Canada)
Join Zoom Meeting
https://northwestern.zoom.us/j/99836424222

Meeting ID: 998 3642 4222

---

One tap mobile

+13092053325,,99836424222# US
+13126266799,,99836424222# US (Chicago)


---

Join by SIP

• 99836424222@zoomcrc.com

Join instructions

https://northwestern.zoom.us/meetings/99836424222/invitations?signature=dGEiGuc6mFw3HnE-m7TN5NO98zruLx5F6k_k4BhOIvw


Get Outlook for iOS

---

**From:** Danielle Berkowsky <Danielle.Berkowsky@macarthurjustice.org>
**Sent:** Monday, January 5, 2026 12:27:49 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Cc:** broadview@aclu-il.org <broadview@aclu-il.org>; broadview <broadview@macarthurjustice.org>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v Noem et al - Defendants' Responses to Expedited Discovery Requests

1pm works on our end. We will circulate a Zoom.

---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Monday, January 5, 2026 11:43 AM
**To:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Cc:** Danielle Berkowsky <Danielle.Berkowsky@macarthurjustice.org>; broadview@aclu-il.org; broadview <broadview@macarthurjustice.org>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v Noem et al - Defendants' Responses to Expedited Discovery Requests

Hi Alexa,

I am available between one and three.




**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: [REDACTED]

ifeanyi.mogbana@usdoj.gov

---

**From:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Sent:** Monday, January 5, 2026 10:01 AM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Danielle Berkowsky <Danielle.Berkowsky@macarthurjustice.org>; broadview@aclu-il.org; broadview <broadview@macarthurjustice.org>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v Noem et al - Defendants' Responses to Expedited Discovery Requests

Thanks Ifeanyi. Can you give us some times this afternoon that may work for a meet and confer?

> On Dec 31, 2025, at 3:13 PM, Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov> wrote:

Counsel,

As agreed, please find attached written responses to plaintiffs' second, third, and fourth discovery requests.



**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: REDACTED
ifeanyi.mogbana@usdoj.gov

<DEFTS' Response to Plaintiffs' Fourth Set of Expedited Discovery Requests.pdf>
<DEFTS' Response to Plaintiffs' Third Set of Expedited Discovery Requests.pdf>
<DEFTS' Response to Pltffs Second Set of Expedited Discovery Requests.pdf>