# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Pablo Moreno Gonzalez, et al.
       Plaintiff,

v.                   Case No.: 1:25−cv−13323
                   Honorable Robert W. Gettleman

Kristi Noem, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 12, 2026:

  MINUTE entry before the Honorable Laura K. McNally. Video hearing held 1/12/26 as to Plaintiffs' Amended Motion to Compel Production [134]. For reasons stated on the record, the motion is granted in part and denied in part as moot. With respect to RFP 42, the A−Files, Plaintiffs' motion is granted. Defendant shall produce these records by 2/16/26. With respect to RFP 16, the Government's plans for future use of the Broadview facility, Plaintiffs' motion is granted, and Defendant shall produce these records by 2/16/26. With respect to RFP 10, Defendant Secretary Noem's visit to Broadview, Plaintiffs' motion is granted. The video record of this visit shall be produced in its entirety. The audio portion of this recording may be redacted on the basis of privilege or relevance. If Defendants elect to redact any audio, they must produce to Plaintiffs a time−stamped log of all such redactions, identifying the basis for that redaction. Defendants must also provide to the Court the full unredacted audio, along with an unredacted transcript for in camera review. The parties are ordered to confer by 2/2/26 if the Defendants intend to rely on any privilege other than attorney−client privilege or attorney work product. Production of the recordings, along with the redaction log if applicable, is due 2/16/26. The in camera submission, if applicable, is also due 2/16/26. With respect to RFP 1, records of informal policies and guidance governing attorney access, conditions, and voluntary departures, Plaintiffs' motion is granted. Defendant shall complete production of these records by 1/23/26. Finally, the portion of [134] pertaining to emails and attachments identified during a recent deposition is denied as moot. Turning to the Plaintiffs' Second Motion to Compel [146], Defendants' response is due by 1/20/26. Video motion hearing is set on 1/22/26 at 11:00 a.m. The parties are to appear at the video hearing by accessing the following link: https://us−courts.webex.com/meet/scott_white Parties who do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1−650−479−3207; Access code: 23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.