UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Pablo Moreno Gonzalez, et al.
                    Plaintiff,
v.                                              Case No.: 1:25−cv−13323
                                                Honorable Robert W. Gettleman
Kristi Noem, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 22, 2026:

    MINUTE entry before the Honorable Laura K. McNally. Before the Court is Plaintiffs' second motion to compel [146]. Video hearing was held 1/23/26, with argument from the parties on each of the issues raised in the motion, as well as the defenses presented in the Defendants' response [150]. For the reasons stated on the record, Plaintiffs' motion is granted in part and denied in part. The motion to produce records regarding TRO compliance (RFP 15; Interrogatory 1) is denied as moot because Defendants have agreed to produce this information. Request for records demonstrating preparation for the Rule 34 inspection is denied. Request for information regarding facilities for processing detainees arrested in the NDIL (RFP 14, 17) is granted. Request for data on detainee arrests and detentions (RFP 18) is granted. Requests for document retention as requested in RFP 29 and 40 is granted, but the request as to RFPs 19−21 is denied. Requests relating to video records (RFP 24−39) is granted. Request for substantive answers to interrogatories 2−7 is granted. Responses and interrogatory answers addressed in this order are to be served by 2/16/26. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.