UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PABLO MORENO GONZALEZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 25 C 13323 |
| v. | ) | |
| | ) | Judge Gettleman |
| KRISTI NOEM, Secretary U.S. Department of Homeland Security, *et al.*, | ) | Magistrate Judge McNally |
| | ) | |
| Defendants. | ) | |

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that the following document:

NOTICE OF ATTORNEY DEPOSITIONS

was sent by e-mail to counsel of record on January 27, 2026.

s/ Jana L. Brady
JANA L. BRADY
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444
jana.brady@usdoj.gov