IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary of the U.S. ) <br> Department of Homeland Security, in her ) <br> official capacity, *et al*. ) <br> ) <br> Defendants. ) | Case No. 25-cv-13323 <br> Hon. Robert W. Gettleman <br> Mag. Judge Laura K. McNally |

**TABLE OF CONTENTS OF EXHIBITS TO**
**PLAINTIFFS' THIRD MOTION TO COMPEL**

Exhibit 1 – Plaintiffs' Revised Expedited Discovery Requests (Nov. 6, 2025)

Exhibit 2 – Email from J. Brady to A. Solortorovsky (Nov. 17, 2025)

Exhibit 3 – Excerpt of Hearing Transcript before Judge McNally (Nov. 20, 2025)

Exhibit 4 – Plaintiffs' Third Set of Expedited Discovery Requests (Nov. 21, 2025)

Exhibit 5 – Email exchanges between G. Schweizer and I. Mogbana (Dec. 16 – 23, 2025)

Exhibit 6 – Email from I. Mogbana to G. Schweizer (Jan. 22, 2026)

Exhibit 7 – Email exchanges between G. Schweizer and I. Mogbana (Jan. 28 – Feb. 5, 2026)