# Exhibit 2

| | |
|---|---|
| From: | Brady, Jana (USAILN) |
| To: | Solotorovsky, Alec; Johnson, Patrick (USAILN); Mogbana, Ifeanyi (USAILN); Walsh, Thomas (USAILN) |
| Cc: | broadview; broadview |
| Subject: | RE: Scheduling Call re Video Discovery |
| Date: | Monday, November 17, 2025 9:43:33 AM |
| Attachments: | ~WRD0000.jpg |

**WARNING: External Email**

Good morning. We are waiting for Todd's availability, but I thought I'd circle back to find out additional information about the call you have requested including:

(1) what topics our ESI liaisons will be talking about;
(2) confirm that the parties will be treating the conversation as confidential even though we are still working on getting a confidentiality order filed (if not, let's hold off on the call under an order is entered); and
(3) confirm that this is not a deposition-like setting where attorneys will be peppering our liaison with questions; it will instead just be a conversation between the liaisons.

Also, it might be useful for your ESI liaison to know that, in terms of the production that we are working on, we anticipate producing the following video footage once the copy is complete and a confidentiality order is entered: September 28, 2025, to October 19, 2025 (Cameras 18, 21, 33, 46, and 62– the cameras that show the detainees); and October 31, 2025, to November 7, 2025 (Cameras 18, 21, 33, 46, and 62 – the cameras that show the detainees). I have not yet seen the video footage or the timestamps, but, if we are working with 24 hours periods each day, that would amount to roughly 3,360 hours of video footage. The USAO IT staff are working on making the copy. As of this morning, one of the hard drives has been copied. They are working on the second drive. If there are no hiccups, our IT staff expect the copy of the second drive to be completed on or by Wednesday. We are asking that the video footage be treated as attorneys' eyes-only at least for now. We have not had an opportunity to review it for security and privacy concerns. Undoubtedly, the faces of nonparty detainees and staff members will be depicted in the footage. We should be cognizant of their right to privacy. If the video footage will be entered into evidence, we ask for a heads up so we can review the clip, meet and confer, and resolve any concerns we have such as the need to blur faces or locking mechanisms or for it to be filed under seal. Please let me know if you have any issues with this approach so we may bring it up with the judge. Thank you.

Jana L. Brady
Assistant United States Attorney
Northern District of Illinois
jana.brady@usdoj.gov
815-987-4462

From: Solotorovsky, Alec <asolotorovsky@EimerStahl.com>

**Sent:** Sunday, November 16, 2025 12:07 PM
**To:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Walsh, Thomas (USAILN) <Thomas.Walsh2@usdoj.gov>
**Cc:** broadview <broadview@macarthurjustice.org>; broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] Scheduling Call re Video Discovery

Jana,

I'm Nate Eimer's partner and I'm going to be leading the video discovery process for the Plaintiffs' side. We have an expert in place – Yaniv Schiff of Consilio. I'd like to schedule a call between Yaniv and the government's video specialist as discussed between the parties last week. Below is our availability over the next three days. Hopefully we can find a time in these windows. Please let me know.

Monday 11/17

12:00-2:30
3:00-5:00

Tuesday 11/18

10:30-12:00
1:00-5:00

Wednesday 11/19

9:30-10:30
2:00-5:00

Thanks,

Alec



**Alec Solotorovsky**
312-660-7618
[redacted] mobile
www.eimerstahl.com

224 South Michigan Avenue
Chicago, IL 60604

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for

transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.