# Exhibit 3

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   PABLO MORENO GONZALEZ and            ) No. 25 C 13323
     FELIPE AGUSTIN ZAMACONA,             )
 4                                        )
                    Plaintiffs,           )
 5                                        )
            v.                            )
 6                                        )
     KRISTI NOEM, et al.,                 ) Chicago, Illinois
 7                                        ) November 20, 2025
                    Defendants.           ) 9:01 a.m.
 8
              TRANSCRIPT OF PROCEEDINGS - STATUS HEARING
 9      BEFORE THE HONORABLE LAURA K. McNALLY, MAGISTRATE JUDGE

10   APPEARANCES:

11   For the Plaintiffs:        RODERICK and SOLANGE MacARTHUR
                                JUSTICE CENTER
12                              BY:  MR. JONATHAN MANES (remote)
                                     MS. DANIELLE BERKOWSKY
13                                   MS. CHISATO KIMURA
                                160 East Grand Avenue, 6th Floor
14                              Chicago, Illinois  60611

15                              THE ROGER BALDWIN FOUNDATION OF
                                ACLU, INC.
16                              BY:  MR. SAMUEL COLE (remote)
                                     MS. MICHELLE T. GARCIA
17                              150 North Michigan Avenue, Suite 600
                                Chicago, Illinois  60601
18
                                EIMER STAHL LLP
19                              BY:  MR. NATHAN P. EIMER (remote)
                                     MR. ALEC J. SOLOTOROVSKY
20                              224 South Michigan Avenue, Suite 1100
                                Chicago, Illinois  60604-2516
21

22   For the Defendants:        UNITED STATES ATTORNEYS OFFICE
                                BY:  MS. JANA L. BRADY (remote)
23                                   MR. IFEANYI MOGBANA
                                Assistant United States Attorneys
24                              327 South Church Street, Suite 3300
                                Rockford, Illinois 61101
25
```

1  MS. BRADY: You know, I produce things in quick order.
2  THE COURT: Okay.
3  MS. BRADY: But those, those need to be reviewed.
4  THE COURT: Okay. So I think the --
5  MR. EIMER: Your Honor, Nate Eimer again. Sorry.
6  THE COURT: Go ahead.
7  MR. EIMER: I was just going to say we've known about
8  these 1400 e-mails for a week now, and I think we need to have
9  a deadline as to when they're going to be reviewed and
10 produced.
11 THE COURT: We'll get to -- we'll talk about
12 deadlines -- I'd like to talk about deadlines at the end. But
13 if I forget, bring it back up again. Okay.
14 MR. EIMER: Yes. Sorry, Your Honor.
15 THE COURT: Okay. Next is surveillance video inside
16 Broadview. And there's been an update on that since yesterday
17 that some production, but what I see in the status here is
18 really relating to the missing, the missing video. Yes?
19 MR. SOLOTOROVSKY: Yes, Your Honor. I'd be happy to
20 explain, if I may.
21 THE COURT: Yes. If you could give --
22 MR. SOLOTOROVSKY: Alec Solotorovsky.
23 THE COURT: Go ahead. Thank you, Alec --
24 Mr. Solotorovsky.
25 MR. SOLOTOROVSKY: Thank you, Your Honor. So we've,

1   we've been told by the government that they have copied and are
2   prepared to hand over data from about five cameras, actually
3   five cameras for two different time periods, September 28 to
4   October 19 and October 31 to November 7th.  So that's great as
5   far as it goes.  I imagine we may want more cameras because
6   we're told there's 63 cameras, and I doubt that it's just 5
7   that looked at the areas where the detainees are.  But we can
8   review the footage we'll get, and then we can meet and confer
9   about the government with that separately.
10          The big concern we have right now relates to
11  preservation.  It's really in three categories.  One is
12  preservation of the other 58 cameras for the two time periods I
13  just mentioned, because I expect we may want like additional
14  cameras.  I doubt if just five that looked at the detainees.
15  Two is the period October 20 through October 30.  No data is
16  being produced for that period, because as the Court will
17  recall, the government has said that the data for that period
18  was lost in a system crash apparently on the day after the
19  lawsuit was filed.  We believe that because the recording
20  apparently picks up again on October 31, which is the day after
21  the case was filed.
22          That period we think is going to be critical for the
23  resolution of a preliminary injunction motion because that's
24  the period right before the lawsuit's filed.  That's the period
25  that's going to show Judge Gettleman what this facility looks

1 like --

2 THE COURT: Yes, I don't need argument why it's
3 important. I get it.

4 MR. SOLOTOROVSKY: Thank you, Your Honor. So we tried
5 to engage with the government through our IT specialist. We've
6 hired a video forensic specialist. We, we understood the
7 government had or was trying to find a specialist on their side
8 so that these two could talk to each other about preservation
9 and recovery efforts, and hopefully recover the October 20
10 through 30 data through a cooperative process. Or if not, at
11 least make sure we're preserving as much as we can so that we
12 can investigate the circumstances of the loss of that data.

13 As we put in the joint status report, the first
14 government specialist we were offered to talk to, Mr.
15 Ingwerson, didn't really know anything beyond the basic
16 specifications of the system. He wasn't able to answer any
17 questions about preservation or attempts to recover the data
18 for October 20 to 30. When the government finally got back to
19 us with, with the person who ostensibly was involved in those
20 events and could tell us about it, it was kind of a no name LLC
21 called Five by Five Management appears to be based out of a
22 house in Carol Stream. We were told that they were on site and
23 involved with the system when the October 20 through 30 data
24 was lost. But nobody has told us that Five by Five Management
25 or anyone else has been trying to recover that data. And

1  nobody has told us that Five by Five Management or anyone else
2  has been trying to preserve any other data on the system. For
3  example, the other 58 cameras.
4      And, and also very importantly, things like system
5  logs, administrator logs, event log. The data in the system
6  that may show changes to settings or configurations or deletion
7  events or people accessing the system at important times. You
8  know, this is all important if we want to try to recover the
9  October 20 through October 30 data. And if it turns out we
10  really can't recover that data, then it's going to bear on
11  investigating a spoliation motion and determining whether the
12  loss was intentional.
13      THE COURT: Okay.
14      MR. SOLOTOROVSKY: So as of right now we're deeply
15  concerned that nobody's trying to recover that data, and nobody
16  is trying to preserve the data that we're going to need for
17  this case going forward. And so I have a couple of ideas in
18  mind for what I might ask the Court to order in that regard.
19  But before I do that, I'll pause and see if perhaps the Court
20  has questions or the defendants want to respond.
21      THE COURT: All right. Before we -- Miss Brady, I
22  know you want to say something. Before we do, I want to take
23  these in two parts. The first part talking about the other
24  cameras. Okay. For the other cameras. The plaintiffs have
25  now been into Broadview and they saw all of the cameras. Do

Case: 1:25-cv-13323 Document #: 154-4 Filed: 02/06/26 Page 7 of 7 PageID #:2151

42

1  you understand which of those are the cameras that are being
2  produced?  From the people who were there, do you know which
3  ones they are?
4              MS. BRADY:  Is this a question for the government?
5              THE COURT:  No, for the plaintiffs.  Do you know which
6  one?
7              MS. BRADY:  Okay.
8              MR. SOLOTOROVSKY:  Your Honor, I was not at the
9  Broadview site for --
10             THE COURT:  Right.  So I'm asking someone who was
11 there.  From people who were there, do you know which ones are
12 being produced?
13             MR. COLE:  Your Honor, Sam Cole for the ACLU.  Again,
14 we don't know which cameras that the -- that they're producing.
15             THE COURT:  All right.
16             MR. SOLOTOROVSKY:  We've been told the numbers of the
17 five cameras.  They're designated by numbers, so we know which
18 numbers they are, but we're going to need to get a diagram
19 showing which number cameras are in which location before we
20 can know that.  And I think a diagram like that is also going
21 to help us identify which other cameras we may need.
22             THE COURT:  Have you, have you asked that?  Have you
23 asked them to tell you which cameras they are?
24             MR. SOLOTOROVSKY:  I believe, I believe we have.  And
25 we can follow up on, on that, that issue separately.