# Exhibit 5

| | |
|---|---|
| **From:** | Schweizer, Greg |
| **To:** | Ifeanyi Mogbana |
| **Cc:** | broadview; Ganz, Eric; Kayla Kaiser; Jana Brady; Patrick Johnson; Viersma, Alexa |
| **Subject:** | Re: Moreno Gonzalez v Noem et al - Video Production update |
| **Date:** | Tuesday, December 23, 2025 1:15:02 PM |

**WARNING: External Email**

Ifeanyi,

Thank you. Received. Eric, who is the keeper of our hard drives, will coordinate with the visiting attorneys so that they can bring it to Broadview.

Best,
Greg

**Greg Schweizer**
Partner
312-660-7648
www.eimerstahl.com

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

> On Dec 23, 2025, at 12:16 PM, Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov> wrote:
>
> **WARNING: External Email**
> Greg,
>
> To kick-off rolling production from the new server, you may deliver a USB 3.0 hard drive to the POC through the attendees of the next in-person attorney visit at Broadview. I will only ask that you confirm when a drive was submitted. I trust you recall the hard drive storage specifications discussed at our meet and confer. We expect that during the following week's attorney visit, you can collect the copied hard drive and drop off another hard drive. Kindly confirm receipt of this email and do not hesitate to ask if you have questions.
>
> Thanks.
>
>
> **Ifeanyi C. Mogbana**
> Assistant United States Attorney
> Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: ███████
ifeanyi.mogbana@usdoj.gov

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Thursday, December 18, 2025 9:24 AM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>; Ganz, Eric <eganz@EimerStahl.com>; Lawson, Bradley (USAILN) <Bradley.Lawson@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Viersma, Alexa <aviersma@EimerStahl.com>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem et al - Video Production update

Hi Ifeanyi:

Yes. These cameras are those referred to in Request No. 22. For the avoidance of doubt, per RFP 9, Plaintiffs' request for video footage is an ongoing request that we expect will be produced through the present on a continuing basis. The reference in RFP 22 to September 28-November 7 was designed to obtain additional footage for the window of time provided by Defendants a few weeks ago—not as a general limiter to our expectation of ongoing production from all relevant camera feeds (i.e., those identified below and those originally provided by Defendants (cameras 18, 21, 33, 46, and 62).

Based on the call we had yesterday with 5x5, I confirm that for Isolation Room No. 2, we want the camera labeled "Camera labeled Isolation No2-1."

Thanks,
Greg

**Greg Schweizer**
**Partner**
312-660-7648
www.eimerstahl.com

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Tuesday, December 16, 2025 2:33 PM

**To:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Cc:** broadview <broadview@aclu-il.org>; Ganz, Eric <eganz@EimerStahl.com>; Lawson, Bradley (USAILN) <Bradley.Lawson@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Viersma, Alexa <aviersma@EimerStahl.com>
**Subject:** RE: Moreno Gonzalez v Noem et al - Video Production update

**WARNING: External Email**

Greg:

Am I right that a portion of your email clarifies the camera feeds referred to in your RFP 22? I don't know the answer to your question but will find about.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: ███████
ifeanyi.mogbana@usdoj.gov

---

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Tuesday, December 16, 2025 10:48 AM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>; Ganz, Eric <eganz@EimerStahl.com>; Lawson, Bradley (USAILN) <Bradley.Lawson@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Viersma, Alexa <aviersma@EimerStahl.com>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem et al - Video Production update

Ifeanyi:

Regarding additional camera angles, we request the following be added to the production set. This includes receipt of footage (after the forensic review of the crashed server) from these angles from September 28 onward.

New angles requested:
- Isolation cells
    - Camera labeled Isolation No1-2

- Camera labeled Isolation No2-1
    - Before finalizing this addition, however, can you inquire whether the blurring that appears on the camera labeled Isolation No2-2 is intentional/would appear in every piece of footage received if we requested that angle instead? If not, we may request that instead.
- Camera labeled "Processing Desk"
- Camera labeled Mens Detention Cell No3-2
- Camera labeled Mens Detention Cell No1-2

One question I have (and this may be a 5x5 question, which is fine): are the camera angles for the new system installed during the week of Thanksgiving the *same* as those we've seen and identified on the old system? If not, we'll need to redo this exercise with the new cameras.

Best,
Greg

**Greg Schweizer**
**Partner**

312-660-7648
██████████ mobile
www.eimerstahl.com

224 South Michigan Avenue
Chicago, IL 60604

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Friday, December 12, 2025 11:07 AM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Cc:** broadview <broadview@aclu-il.org>; Ganz, Eric <eganz@EimerStahl.com>; Lawson, Bradley (USAILN) <Bradley.Lawson@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Viersma, Alexa <aviersma@EimerStahl.com>
**Subject:** Moreno Gonzalez v Noem et al - Video Production update

**WARNING: External Email**

Hi Greg,

I want to offer some update on the status of our video production. Out of an abundance of caution, we will not copy videos from the old server which was switched out on November 21st until after your proposed inspection. We wouldn't want to tempt fate. Kindly propose dates so we can ensure all necessary persons can attend. However, if you have decided against an inspection, let us know at your earliest. So, at this time, our production will be videos saved in the new server, *i.e.* from November 21st.

In your Request for Production Number 23, you specifically asked for recordings from cameras 18, 21, 33, 46, and 62. At your earliest, supply a complete list of the cameras you want copied. During your next attorney in-person visit to Broadview, drop off a hard drive we will use. We are working on information about estimated turnaround times for producing these videos and will relay that information once we have it.

Have a good weekend.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: ███████
ifeanyi.mogbana@usdoj.gov

-

-

-