# Exhibit 6

| | |
|---|---|
| **From:** | Mogbana, Ifeanyi (USAILN) |
| **To:** | Schweizer, Greg; Brady, Jana (USAILN); Johnson, Patrick (USAILN); Kaiser, Kayla (USAILN); Haile, Jonathan (USAILN) |
| **Cc:** | broadview |
| **Date:** | Thursday, January 22, 2026 8:59:23 AM |

**WARNING: External Email**

Hi Greg,

Sorry I didn't get back to you yesterday. In fact, I need more time for a more detailed response. However, I can tell you that we acknowledge RFP 9 seeks all of November and December footage. You just got a week's footage because that was also requested. I hope to let you know by end of today whether a conferral is necessary.

Thanks.


**Ifeanyi C. Mogbana**

Assistant United States Attorney

Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300

Rockford, IL 61101

Office: (815) 987-4457

Cell: ▓▓▓▓▓▓▓▓▓▓

ifeanyi.mogbana@usdoj.gov

---

**From:** Mogbana, Ifeanyi (USAILN)
**Sent:** Wednesday, January 21, 2026 8:46 AM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** RE: Moreno Gonzalez v. Noem -- Status of Video Footage Production

Greg,

Thanks for reaching out and pointing out these issues. There must have been a mix-up. I will get to the bottom of it and let you know because I relayed your requests for onward transmission to the contractors.

Talk to you later today.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: [redacted]
ifeanyi.mogbana@usdoj.gov

---

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Tuesday, January 20, 2026 8:46 PM
**To:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; Haile, Jonathan (USAILN) <Jonathan.Haile@usdoj.gov>
**Cc:** broadview <broadview@aclu-il.org>
**Subject:** [EXTERNAL] Moreno Gonzalez v. Noem -- Status of Video Footage Production

Hi Ifeanyi,

Last week, we received the first tranche of video footage from Broadview since the original files were transmitted to us last fall. The data we received covers five camera feeds and the period January 4-10. While certainly a small piece of what Plaintiffs have requested, it is a disappointingly initial production. I write to ensure we are on the same page about what Plaintiffs expect to promptly receive.

- **Dates of footage.** The footage produced last fall from Cameras 18, 21, 33, 46, and 62 cut off on November 6, 7, or 8 depending on the camera feed. In addition to the weekly productions of the prior week's footage, the government's contractors are expected to provide **all** of the November and December footage, as well. Data residing on the old server is the subject of our second motion to compel, but any responsive footage saved on other media should be produced promptly. Please confirm so that we can jointly relay to that the contractors.
- **Camera feeds.** Per our email exchange over December 16-18 of last year, there are now 10 camera feeds we should be receiving, not 5. The footage we received last week did not include the 5 additional cameras discussed in our December email exchange. Please advise whether you have relayed information to the contractors

about the additional feeds. Unless I missed it, Plaintiffs have not received numerical identifiers for the cameras identified in my Dec. 16 email, which may be necessary to clearly explain to the contractors what should be produced. To be clear, we should receive the footage from the 5 cameras identified in December going all the way back to the September 28 date on which the initial video production started.

- **RFP 43.** Please also provide an update on the status of RFP 43 (served on December 18), which seeks footage from specific cameras from 2:00-5:00pm on December 17, 2025.

I appreciate your attention to this matter and am happy to confer about these issues. I understand from my team that 5x5 has plenty of hard drive storage space provided by Plaintiffs to provide much, if not all, of the footage described above. Plaintiffs should have the missing video footage by early February, at the latest, to avoid prejudicing our ability to prepare for the hearing in the spring.

Best,
Greg

**Greg Schweizer**
**Partner**

312-660-7648          224 South Michigan Avenue
▬▬▬▬▬▬▬ mobile    Chicago, IL 60604
www.eimerstahl.com



NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

-