# Exhibit 7

| | |
|---|---|
| **From:** | Mogbana, Ifeanyi (USAILN) |
| **To:** | Schweizer, Greg |
| **Cc:** | Johnson, Patrick (USAILN); Kaiser, Kayla (USAILN); broadview; Brady, Jana (USAILN); Ganz, Eric; Jonathan Manes; Kathleen Hickey |
| **Subject:** | RE: Moreno Gonzalez v Noem \| Broadview Video Production |
| **Date:** | Thursday, February 5, 2026 12:38:22 PM |
| **Attachments:** | image001.jpg |

**WARNING: External Email**

Greg,

In response to your question below, I was informed this morning that due to some misunderstanding, the copied footage includes only five camera feeds. However, I received confirmation the client is actively working to produce footage from 10 camera feeds for November to present. I deeply appreciate your chart below, described as an 'accounting of the footage the Government owes to Plaintiffs." I understand that it will become a useful reference going forward.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: ███████
ifeanyi.mogbana@usdoj.gov

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Wednesday, February 4, 2026 3:12 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>; Kathleen Hickey <khickey@aclu-il.org>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem \| Broadview Video Production

Ifeanyi,

Kathleen Hickey will be on site at 5pm tomorrow. She is copied here.

Do you know if the copied footage includes 5 or 10 camera feeds?

The missing hard drives and lack of production of any footage predating January remains a significant, prejudicial issue. We still intend to seek court assistance this week, and I renew my request that,

going forward, the Government coordinate delivery of hard drives to Plaintiffs' counsel.

Best,
Greg

**Greg Schweizer**
**Partner**
312-660-7648
www.eimerstahl.com



NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Wednesday, February 4, 2026 3:00 PM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** RE: Moreno Gonzalez v Noem | Broadview Video Production

**WARNING: External Email**

Greg,

Was just informed that videos for the weeks of January 11th, 18th, and 25th have been copied and are ready to be picked up. Please provide the name of your designate who will pick them up so I can send to the client.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: [redacted]
ifeanyi.mogbana@usdoj.gov

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Wednesday, February 4, 2026 10:24 AM

**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem | Broadview Video Production

Ifeanyi,

I will confer with my co-counsel on your ESI proposals and respond this week.

As to the video footage, losing multiple drives provided by Plaintiffs to facilitate speedy production is not acceptable. Even for the two hard drives Broadview can locate, the Government should have delivered footage to Plaintiffs' counsel yesterday on at least one of those drives. As discussed on our meet and confer last week, we will file a motion with the Court. I intend to do so tomorrow.

In the meantime, below is an accounting of the footage the Government owes to Plaintiffs, recognizing the issue with the missing footage for 10 days in October:

| Camera Feed | Footage Received* (dates of footage; date received) | Footage Outstanding** |
|---|---|---|
| Camera 18 | 9/28/2025 - 11/7/2025* (Received 11/20/2025; corrected portions received 11/26/2025); 1/4/2026 - 1/10/2026 (Received 1/16/2026) | 11/7/2025 – 1/3/2025<br><br>1/11/2025 – present |
| Camera 21 | 9/28/2025 - 11/7/2025* (Received 11/20/2025); 1/4/2026 - 1/10/2026 (Received 1/16/2026) | 11/7/2025 – 1/3/2025<br><br>1/11/2025 – present |
| Camera 33 | 9/28/2025 - 11/8/2025* (Received 11/20/2025); | 11/8/2025 - 1/3/2025<br><br>1/11/2025 – present |

| | | |
|---|---|---|
| | 1/4/2026 - 1/10/2026 (Received 1/16/2026) | |
| Camera 46 | 9/28/2025 - 11/8/2025* (Received 11/20/2025); <br><br> 1/4/2026 - 1/10/2026 (Received 1/16/2026) | 11/8/2025 - 1/3/2025 <br><br> 1/11/2025 – present |
| Camera 62 | 9/28/2025 – 10/18/2025* (Received 11/20/2025); <br> 11/1/2025 – 11/6/2025* (Received 11/20/2025); <br><br> 1/4/2026 - 1/10/2026 (Received 1/16/2026) | 10/18/2025 <br><br> 11/6/2025 – 1/3/2025 <br><br> 1/11/2025 – present |
| Isolation No1-2 | None | 9/28/2025 – present |
| Isolation No2-1 | None | 9/28/2025 – present |
| "Processing Desk" | None | 9/28/2025 – present |
| Men's Detention Cell No3-2 | None | 9/28/2025 – present |
| Men's Detention Cell No1-2 | None | 9/28/2025 – present |

\* Dates notated with an asterisk indicate that footage from the final date in the range does not cover the full 24 hours; such dates are reflected in the righthand column, as well, to indicate that the missing portion of that date is still outstanding.

\*\* Footage from October 19 – October 31 is outstanding for all cameras, but is subject to the ongoing investigation and discovery regarding why such footage allegedly does not exist. That gap is not reflected in this column, but Plaintiffs do not concede that such footage is no longer at issue.

I am available to confer about these issues by phone today if you would like.

Best,
Greg

Greg Schweizer
Partner
312-660-7648

www.eimerstahl.com

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Tuesday, February 3, 2026 5:20 PM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** RE: Moreno Gonzalez v Noem | Broadview Video Production

**WARNING: External Email**

Greg,

Thanks for your patience on this. There are three comments on your proposed draft:

- (i) **Section 4(a)** – A counter of your proposal of January 1, 2025, with a proposal of September 1, 2025.
- (ii) **Section 4(d)** – Cannot agree to this paragraph and want it removed entirely.
- (iii) **Section 8** – A counter of your proposal of two days with a proposal of 14 days.

Let me know if you have any counter to (i) and (ii). I am available for a meeting tomorrow if necessary. Unfortunately, I am still waiting for updates on the video production front. They are still searching for those hard drives at Broadview.

Thanks.


**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: ▓▓▓▓▓▓▓▓▓▓
ifeanyi.mogbana@usdoj.gov

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>

**Sent:** Tuesday, February 3, 2026 10:57 AM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem | Broadview Video Production

Thanks, Ifeanyi. I'll look forward to those comments today. Do you have any updates on the location of the hard drives and on the government's preparedness to facilitate regular delivery of drives so that we can start processing footage ASAP? Thanks.

**Greg Schweizer**
**Partner**
312-660-7648
www.eimerstahl.com

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Monday, February 2, 2026 4:50 PM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** RE: Moreno Gonzalez v Noem | Broadview Video Production

**WARNING: External Email**

Greg,

Regarding the ESI order, I was told today to expect the client's comments and/or position tomorrow. So, I hope to have substantive updates for you on the ESI order and other items tomorrow.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300

Rockford, IL 61101
Office: (815) 987-4457
Cell: ▮▮▮▮▮
ifeanyi.mogbana@usdoj.gov

---

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Friday, January 30, 2026 10:33 AM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem | Broadview Video Production

Hi Ifeanyi,

Thanks for the productive call this morning. For the benefit of everyone:

We discussed the production of video footage. You relayed that, at present, your agency contact knows where 2 of the 5 hard drives are and that you have relayed that copying of footage from November to present for all 10 feeds and footage from September to November for the 5 additional cameras should be underway. You will investigate further where the remaining hard drives are and will also work on a plan to exchange footage on a more regular basis than plaintiffs' counsel's weekly visits.

We discussed providing an accounting of the hard drives to facilitate your conversations with personnel at Broadview:
- On January 8, plaintiffs' counsel delivered four hard drives to Broadview during an attorney visit. One was a 20 TB hard drive; three were 8 TB SSD drives.
- On January 16, plaintiffs' counsel received from Broadview one of the 8 TB SSD drives containing 150 GB of footage from 5 cameras for one week in January.
- Also on January 16, plaintiffs' counsel provided personnel at Broadview (SDDO Taylor, in particular) with two 18 TB hard drives.
- The sum total of storage capacity Broadview should have is: 5 drives, with a total of 72 TB of space. Using the productions we have received to date, we anticipate that the Government owes us at least 15 TB of footage.

To ensure we are all on the same page, I will follow up today or Monday with a comprehensive table identifying what dates of footage are outstanding by camera feed.

Regarding the ESI Order, you indicated that you will let me know Monday about the status of your client's comments and/or position.

As I relayed on the call, both entry of an ESI Order and prompt production of the video footage should happen next week. If we cannot come to an agreement on these issues in short order, we are prepared to go to the Court on both.

Best,
Greg

**Greg Schweizer**
**Partner**
312-660-7648
www.eimerstahl.com



NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Thursday, January 29, 2026 3:27 PM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** RE: Moreno Gonzalez v Noem | Broadview Video Production

**WARNING: External Email**
Let's do tomorrow. 10 am?

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: █████████

ifeanyi.mogbana@usdoj.gov

---

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Thursday, January 29, 2026 2:57 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem | Broadview Video Production

Given that the deposition is ongoing, we can postpone this call until afterward. Ifeanyi, please let me know if you and I can connect later this afternoon (once the deposition finishes). If not, we need to discuss tomorrow.

Best,
Greg



**Greg Schweizer**
Partner
312-660-7648
www.eimerstahl.com

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Schweizer, Greg
**Sent:** Thursday, January 29, 2026 9:50 AM
**To:** 'Mogbana, Ifeanyi (USAILN)' <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** RE: Moreno Gonzalez v Noem | Broadview Video Production

Hi Ifeanyi,

3pm works. I will send an invite. Thanks.

Greg

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Thursday, January 29, 2026 9:19 AM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** RE: Moreno Gonzalez v Noem | Broadview Video Production

**WARNING: External Email**

Hi Greg,

Can we try for 3 pm? That is, if Ryan Nichol's deposition has wrapped by then.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: [redacted]
ifeanyi.mogbana@usdoj.gov

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Thursday, January 29, 2026 8:59 AM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem | Broadview Video Production

Hi Ifeanyi,

I understand that no video footage was provided to plaintiffs' counsel when they were at Broadview yesterday. Let's get on the phone today to make sure we're on the same page. Please let me know some times that work.

Thanks,
Greg

**Greg Schweizer**
**Partner**

312-660-7648
[redacted] mobile
www.eimerstahl.com

224 South Michigan Avenue
Chicago, IL 60604

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Schweizer, Greg
**Sent:** Wednesday, January 28, 2026 2:36 PM
**To:** 'Mogbana, Ifeanyi (USAILN)' <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>
**Subject:** RE: Moreno Gonzalez v Noem | Broadview Video Production

Hi Ifeanyi,

I believe you have received incorrect information. There should be plenty of hard drive space at Broadview's disposal. The team there should currently have in its possession 5 hard drives with 72 terabytes of space, provided by plaintiffs' counsel at the last 2 site visits. We have received only *one* hard drive back from Broadview to date. Copying of November/December footage should have taken place over the past week so that it could be delivered to plaintiffs' counsel *today* when they visit Broadview this afternoon. At the very least, that footage should be being copied now.

Jonathan Manes, copied here, will be on site at Broadview this afternoon. We were expecting he

would be picking up hard drives full of footage. Should he expect to be bringing anything back with him? Please advise the team at Broadview that Jonathan is coming and would like to see the hard drives and take an accounting of what is in the Broadview team's possession.

In light of these issues, we request that you facilitate picking up hard drives and delivering them to our office daily over the next few days.

Thanks,
Greg

---

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Wednesday, January 28, 2026 1:45 PM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Subject:** Moreno Gonzalez v Noem | Broadview Video Production

**WARNING: External Email**

Greg,

Can you arrange for the return of previously produced HD drives to Broadview so copying November to January footage can begin? I understand the drives were returned due to a misunderstanding. To plan for collection, the client has asked that you supply the name of who will drop off the drives and when they will do so.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: ▇▇▇▇▇▇▇▇
ifeanyi.mogbana@usdoj.gov

-