**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PABLO MORENO GONZALEZ, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al*. <br><br> Defendants. | Case No. 25-cv-13323 <br> Hon. Robert W. Gettleman <br> Mag. Judge Laura K. McNally |

**TABLE OF CONTENTS OF EXHIBITS TO PLAINTIFFS' MOTION FOR ENTRY OF ORDER GOVERNING PROTOCOL FOR DISCOVERY OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

Exhibit 1 – Plaintiffs' Proposed ESI Order transmitted to Defendants on Feb. 5, 2026, with redlines accepted

Exhibit 2 – Excerpt of Hearing Transcript before Judge McNally (Jan. 12, 2026)

Exhibit 3 – Email exchanges:   Jan. 21, 2026 at 11:11 a.m.;
Jan. 21, 2026 at 11:15 a.m.

Exhibit 3a – Plaintiffs' Proposed ESI Order transmitted to Defendants on Jan. 21, 2026

Exhibit 4 – Email exchanges:   Jan. 27, 2026 at 4:32 p.m.;
Jan. 28, 2026 at 2:38 p.m.

Exhibit 5 – Email exchanges:   Feb. 3, 2026 at 5:20 p.m.;
Feb. 4, 2026 at 4:08 p.m.;
Feb. 4, 2026 at 4:18 p.m.;
Feb. 5, 2026 at 4:07 p.m.;
Feb. 9, 2026 at 9:38 a.m.;
Feb. 9, 2026 at 12:37 p.m.;
Feb. 9, 2026 at 3:17 p.m.

Exhibit 5a – Attachment to Feb. 4, 2026 at 4:08 p.m. email

Exhibit 5b – Attachment to Feb. 5, 2026 at 4:07 p.m. email

Exhibit 5c – Attachment to Feb. 9, 2026 at 12:37 p.m. email

Exhibit 6 – Email exchanges:   Feb. 11, 2026 at 1:53 p.m.