# Exhibit 2

```
 1                  IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   PABLO MORENO GONZALEZ and      ) Case No. 25 C 13323
     FELIPE AGUSTIN ZAMACONA,       )
 4                                  )
                   Plaintiffs,      )
 5                                  )
         v.                         )
 6                                  )
     KRISTI NOEM, et al.,           ) Chicago, Illinois
 7                                  ) January 12, 2026
                   Defendants.      ) 10:01 a.m.
 8

 9                     TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE LAURA K. McNALLY, MAGISTRATE JUDGE
10
     APPEARANCES:
11
     For the Plaintiffs:    RODERICK and SOLANGE MacARTHUR
12                               JUSTICE CENTER
                            BY:  MS. ALEXA VAN BRUNT
13                               MS. DANIELLE BERKOWSKY
                                 MS. CHISATO KIMURA
14                          160 East Grand Avenue, 6th Floor
                            Chicago, Illinois 60611
15

16                          THE ROGER BALDWIN FOUNDATION OF
                                 ACLU, INC.
17                          BY:  MR. SAMUEL COLE
                            150 North Michigan Avenue, Suite 600
18                          Chicago, Illinois 60601

19
                            EIMER STAHL
20                          BY:  MR. ALEX SOLOTOROVSKY
                            224 South Michigan Avenue, Suite 1100
21                          Chicago, Illinois 60604-2516

22
     For the Defendants:    UNITED STATES ATTORNEYS' OFFICE
23                          BY:  MR. IFEANYI MOGBANA
                            219 South Dearborn Street
24                          Chicago, Illinois 60604

25
```

1  THE COURT: Okay. Is there anything else anybody
2 would like to talk about while we're here together?
3  MS. VAN BRUNT: I would just preface that one of the
4 issues that may come up at our next hearing is an ESI order.
5 So I'm not sure if you want us to do any conferral about that
6 beforehand or start on that, because it's one of our concerns,
7 is that we don't think there has been sufficient review or
8 searches of government email, texts, et cetera.
9  THE COURT: If you want to -- unless it's agreed,
10 you're going to need to confer. I don't know why you would
11 wait. I would recommend you get that rolling as soon as you
12 can if you think that is --
13  MS. VAN BRUNT: Yes.
14  THE COURT: -- coming.
15  MS. VAN BRUNT: Yes. Got it. Thank you.
16  THE COURT: All right. Now is the part where I go
17 into my broken record speech about the benefits of settlement.
18  Here's an idea.
19  MS. VAN BRUNT: Yes.
20  THE COURT: It may be that this isn't a situation
21 where the injunction will -- that the whole case will resolve
22 by agreement or even that the preliminary injunction will
23 resolve by agreement, but perhaps there could be some discovery
24 issues that could be resolved by agreement/stipulation.
25  And if the parties want my assistance in having a