# Exhibit 3

| | |
|---|---|
| **From:** | Brady, Jana (USAILN) |
| **To:** | Alexa Van Brunt; broadview@aclu-il.org |
| **Cc:** | Mogbana, Ifeanyi (USAILN); Johnson, Patrick (USAILN); Kaiser, Kayla (USAILN) |
| **Subject:** | RE: Moreno Gonzalez v Noem et al - Attorney Deposition Requests |
| **Date:** | Wednesday, January 21, 2026 11:15:31 AM |

**WARNING: External Email**

Hi Alexa. Ifeanyi will take a look at your ESI order. Let's talk on Tuesday, 1/27, at 10 a.m. CST. I'll send an MS Teams invite. Thank you.

**From:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Sent:** Wednesday, January 21, 2026 11:11 AM
**To:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; broadview@aclu-il.org
**Cc:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moreno Gonzalez v Noem et al - Attorney Deposition Requests

Hi Jana,

Plaintiffs request that we have a meet and confer about depositions. We also have to schedule defendants' witnesses and given our short time frame, it makes sense for us to discuss scheduling in real time. Do you have time available on Friday or early next week?

Separately, I'm attaching a proposed ESI order for review by your team, as we told Judge McNally we would do. Please let us know your feedback as soon as possible. We're happy to jump on a call to discuss.

Thanks,
Alexa

**From:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Sent:** Wednesday, January 21, 2026 9:59 AM
**To:** broadview@aclu-il.org <broadview@aclu-il.org>
**Cc:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** Moreno Gonzalez v Noem et al - Attorney Deposition Requests

Good morning. We would like to begin scheduling the remote MS Teams depositions of your attorney witnesses including:

Laura Smith

Louise Carhart

Khiabett Osuna

Jasmine Pedraza

Kimberly Weiss

Kevin Herrera

Karina Ayala-Bermejo

Constance H. Lara

David A. Mejia

Brad Thomson

Jacqueline Spreadbury

Shelby Vcelka

Jennifer Peyton


In the "contact information" column of your Rule 26 disclosures you say "contact through counsel." I assume that's you.  Can you please let me know:


1. Whether you will accept service of deposition subpoenas or whether you'd like us to serve them directly?
2. Whether any of the following dates work for you and the attorneys:  2/9, 10, 11, 12, 13, 17, 19, 20, 23-27.  If we need to schedule two in one day, we can do 9 a.m. and 1 p.m.  Hopefully that will give us enough time.


Thank you.


Jana L. Brady

Assistant United States Attorney

Northern District of Illinois

jana.brady@usdoj.gov

815-987-4462