# Exhibit 4

| | |
|---|---|
| **From:** | Schweizer, Greg |
| **To:** | Mogbana, Ifeanyi (USAILN); Alexa Van Brunt; Brady, Jana (USAILN); broadview@aclu-il.org |
| **Cc:** | Johnson, Patrick (USAILN); Kaiser, Kayla (USAILN) |
| **Subject:** | RE: Moreno Gonzalez v Noem et al - Attorney Deposition Requests |
| **Date:** | Wednesday, January 28, 2026 2:38:15 PM |
| **Attachments:** | image001.jpg |

**WARNING: External Email**

Thank you, Ifeanyi. We need to get this ESI Order in place. Can we please set a time to connect on Monday so that I can hear about your client's feedback and get a sense of timing for coming to ground on this?

Thanks,
Greg

**Greg Schweizer**
Partner
312-660-7648
www.eimerstahl.com



NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Wednesday, January 28, 2026 7:47 AM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; broadview@aclu-il.org
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** RE: Moreno Gonzalez v Noem et al - Attorney Deposition Requests

**WARNING: External Email**

Greg,

Thanks for the follow up. I haven't forgotten about this, just haven't received client feedback yet. If a meet and confer is required, I will let you know.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell: ███
ifeanyi.mogbana@usdoj.gov

---

**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Tuesday, January 27, 2026 4:32 PM
**To:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; broadview@aclu-il.org
**Cc:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem et al - Attorney Deposition Requests

Hi Jana,

I wanted to circle back on the proposed ESI Order (reattached here for convenience). Happy to schedule a meet and confer if it would be easier to talk through our proposals line by line.

Best,
Greg

---

**Greg Schweizer**
**Partner**

312-660-7648          224 South Michigan Avenue
███ mobile            Chicago, IL 60604
www.eimerstahl.com



NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>
**Sent:** Wednesday, January 21, 2026 11:11 AM
**To:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; broadview@aclu-il.org
**Cc:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Johnson, Patrick (USAILN)

<Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** Re: Moreno Gonzalez v Noem et al - Attorney Deposition Requests

**WARNING: External Email**

Hi Jana,

Plaintiffs request that we have a meet and confer about depositions. We also have to schedule defendants' witnesses and given our short time frame, it makes sense for us to discuss scheduling in real time. Do you have time available on Friday or early next week?

Separately, I'm attaching a proposed ESI order for review by your team, as we told Judge McNally we would do. Please let us know your feedback as soon as possible. We're happy to jump on a call to discuss.

Thanks,
Alexa

---

**From:** Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>
**Sent:** Wednesday, January 21, 2026 9:59 AM
**To:** broadview@aclu-il.org <broadview@aclu-il.org>
**Cc:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>
**Subject:** Moreno Gonzalez v Noem et al - Attorney Deposition Requests

Good morning. We would like to begin scheduling the remote MS Teams depositions of your attorney witnesses including:

Laura Smith

Louise Carhart

Khiabett Osuna

Jasmine Pedraza

Kimberly Weiss

Kevin Herrera

Karina Ayala-Bermejo

Constance H. Lara

Case: 1:25-cv-13323 Document #: 160-6 Filed: 02/12/26 Page 5 of 5 PageID #:2255

David A. Mejia

Brad Thomson

Jacqueline Spreadbury

Shelby Vcelka

Jennifer Peyton

In the "contact information" column of your Rule 26 disclosures you say "contact through counsel." I assume that's you. Can you please let me know:

1. Whether you will accept service of deposition subpoenas or whether you'd like us to serve them directly?
2. Whether any of the following dates work for you and the attorneys: 2/9, 10, 11, 12, 13, 17, 19, 20, 23-27. If we need to schedule two in one day, we can do 9 a.m. and 1 p.m. Hopefully that will give us enough time.

Thank you.

Jana L. Brady

Assistant United States Attorney

Northern District of Illinois

jana.brady@usdoj.gov

815-987-4462

-

-