# Exhibit 6

| | |
|---|---|
| From: | Mogbana, Ifeanyi (USAILN) |
| To: | Schweizer, Greg |
| Cc: | Johnson, Patrick (USAILN); Kaiser, Kayla (USAILN); broadview; Brady, Jana (USAILN); Ganz, Eric; Jonathan Manes; Kathleen Hickey |
| Subject: | RE: Moreno Gonzalez v Noem \| Broadview Video Production |
| Date: | Wednesday, February 11, 2026 1:53:21 PM |
| Attachments: | Model ESI Order.pdf |

**WARNING: External Email**

Hi Greg,

It does not appear there will be an agreed to plaintiffs' proposed ESI order. So, defendants will agree to Judge McNally entering the model order available on her web page. I have attached a copy for your ease of reference. Consequently, I don't think we need to meet later today. If you think otherwise, let me know.

Thanks.




**Ifeanyi C. Mogbana**

Assistant United States Attorney

Northern District of Illinois, Western Division

327 S. Church Street, Suite 3300

Rockford, IL 61101

Office: (815) 987-4457

Cell: ███████

ifeanyi.mogbana@usdoj.gov


**From:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Sent:** Tuesday, February 10, 2026 3:01 PM
**To:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>; Kathleen Hickey <khickey@aclu-il.org>
**Subject:** [EXTERNAL] RE: Moreno Gonzalez v Noem | Broadview Video Production


Hi Ifeanyi,

I can do 3:30 tomorrow, but we cannot push it beyond that. If your client insists on the changes and has no agreeable counterproposal on the privilege log issue, I would like to be

able to alert the Court to this issue before the Friday hearing. If you receive a position sooner than your meeting tomorrow, please reach out.

Regarding the drives: I am glad some of the missing drives have been found. Will the government be delivering footage on them to Eimer Stahl? If so, please advise when so we can be sure someone is available to receive them.

Thanks,
Greg

**Greg Schweizer**
Partner

312-660-7648
▓▓▓▓▓▓▓ mobile
www.eimerstahl.com

224 South Michigan Avenue
Chicago, IL 60604

NOTICE: This message and any attachments may contain legally privileged and Confidential information. It is not intended for transmission to unauthorized persons. If you received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) destroy the message and all attachments. Legal advice contained in the preceding message is for the sole benefit of Eimer Stahl LLP client(s) and may not be relied upon by any other party.

**From:** Mogbana, Ifeanyi (USAILN) <Ifeanyi.Mogbana@usdoj.gov>
**Sent:** Tuesday, February 10, 2026 2:09 PM
**To:** Schweizer, Greg <gschweizer@EimerStahl.com>
**Cc:** Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>; Kaiser, Kayla (USAILN) <Kayla.Kaiser@usdoj.gov>; broadview <broadview@aclu-il.org>; Brady, Jana (USAILN) <Jana.Brady@usdoj.gov>; Ganz, Eric <eganz@EimerStahl.com>; Jonathan Manes <jonathan.manes@macarthurjustice.org>; Kathleen Hickey <khickey@aclu-il.org>
**Subject:** RE: Moreno Gonzalez v Noem | Broadview Video Production

**WARNING: External Email**

Greg,

I will suggest we move today's 3:30pm meeting to same time tomorrow. The client didn't give me a position on willingness to withdraw edits to the proposed ESI order at today's meeting. I was told to expect a definite response at our meeting tomorrow. So, to be efficient, I suggest we move our meeting to 3:30 pm tomorrow. Let me know your thoughts.

Also, I asked and apparently, two hard drives have been found, so they have those drives to

copy footage.

Thanks.

**Ifeanyi C. Mogbana**
Assistant United States Attorney
Northern District of Illinois, Western Division
327 S. Church Street, Suite 3300
Rockford, IL 61101
Office: (815) 987-4457
Cell:
ifeanyi.mogbana@usdoj.gov