**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.
                                    Plaintiff,

v.                                                        Case No.: 1:25−cv−13323
                                                          Honorable Robert W. Gettleman

Kristi Noem, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 13, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Video hearing held 2/13/26. The parties agreed to confer about modifications to the expert discovery schedule in [126] in light of the preliminary injunction schedule set by Judge Gettleman in [159]. Due to the federal holiday, all deadlines in [147] for 2/16/26 are extended to 2/17/26. For the reasons stated on the record, Plaintiffs' Third Motion to Compel [154] is granted in part and denied in part as moot. Defendants confirmed on the record that the production of camera footage from all ten selected cameras for the period 11/25/25−12/31/25 would be complete by the end of the day 2/13/26. The Court ordered that the "catch up" production of missing video footage from the five selected cameras for the period after 12/31/25 shall be completed by 6:00 p.m. 2/20/26. For the footage from the five missing cameras for the period before the "blackout" dates in October 2025, Defendants will attempt to retrieve that footage from the now−decommissioned server. Defendants cautioned that this hard drive has technical problems that have rendered it unreliable, and Defendants have offered to allow Plaintiffs' IT expert to attend the sessions in which this footage is retrieved. If Plaintiffs intend to accept that offer, they must notify Defendants by 2/18/26. Footage from the decommissioned server shall be produced by 2/27/26. By agreement, going forward, footage from all ten identified cameras will be produced on a weekly basis. Footage will be produced to Plaintiffs on the hard drives provided by Plaintiffs. Plaintiffs will pick up the hard drives from Defendants. If Defendants require pre−approval of the individual picking up the hard drives, Defendants must offer to deliver the hard drives to Plaintiffs. The Court addressed Plaintiffs' missing hard drives. In pre−hearing communications, Defendants disclosed to Plaintiffs that those hard drives had been lost or misplaced. In [162], Defendants stated that the hard drives had since been located. During the hearing, Plaintiffs clarified that during a visit to the Broadview facility, Plaintiffs' counsel noticed the hard drives, still in their original boxes, in plain view at the facility. The Court trusts that the hard drive issue has been resolved and there will be no further problems regarding Plaintiffs' computer equipment. Defendants' oral request to extend response dates for interrogatories 16, 17, and 18 is denied. Webex hearing is set on 2/20/26 at 10:30 a.m. on Plaintiffs' motion for entry of an order governing protocol for discovery of documents and ESI [160]. The parties are to appear at the video hearing by accessing the following link: https://us−courts.webex.com/meet/scott_white. Parties who do not have access to a device with video capability and who intend to speak at the

hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1–650–479–3207; Access code: 23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.