UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PABLO MORENO GONZALEZ, FELIPE AUGUSTIN ZAMACONA, and a class of similarly situated people,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | No. 25 C 13323<br><br>Judge Gettleman<br>Magistrate Judge McNally |

**UNOPPOSED MOTION TO EXTEND COMPLIANCE DEADLINE**

Defendants, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, pursuant to Fed. R. Civ. P. 6 (b)(1)(A), hereby request that the court extend time from February 17, 2026, to February 20, 2026, for defendants to comply with its order to produce a report responsive to plaintiffs' Request for Production No. 18, and state the following in support:

1. At the hearing on January 23, 2026, the court set a deadline of February 17, 2026, for defendants to regarding their discovery obligations, including producing records responsive to plaintiffs' Request for Production No. 18.

2. At the hearing on February 13, 2026, the court heard and denied defense counsel's oral motion to extend the court's deadline to produce records responsive to plaintiffs' RFP 16, 17, and 18 from February 17th to February 20th. The court noted defense counsel had not conferred with plaintiffs' counsel about the requested relief.

3. Now, defendants intend to produce data tracked by the DHS Enforcement and Removal Operations' Law Enforcement Systems and Analysis Division (LESA report), which plaintiffs requested in their RFP 18.

4. However, available information is that the LESA report will likely not be ready until Friday, February 20, 2026.

5. The brief extension defendants seek will allow the DHS component tasked with generating the LESA report to complete their work.

6. Although plaintiffs' counsel initially objected to an extension, they have graciously withdrawn their objection because the parties rescheduled a deposition previously set for February 19, 2026.

WHEREFORE, the defendants request that the court enter an order allowing until February 20, 2026, to produce the LESA report.

Respectfully submitted
ANDREW S. BOUTROS
United States Attorney

By: s/ Ifeanyi C. Mogbana
    IFEANYI MOGBANA
    JANA L. BRADY
    PATRICK JOHNSON
    Assistant United States Attorneys
    327 S. Church St., Suite 3300
    Rockford, Illinois 61101
    jana.brady@usdoj.gov
    patrick.johnson@usdoj.gov
    ifeanyi.mogbana@usdoj.gov
