## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Pablo Moreno Gonzalez, et al.
                      Plaintiff,

v.                                               Case No.: 1:25−cv−13323
                                                       Honorable Robert W. Gettleman

Kristi Noem, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 20, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Video hearing held 2/20/26 as to Plaintiffs' Motion for Entry of Order Governing Protocol for Discovery of Documents and Electronically Stored Information [160]. For reasons stated on the record, the motion is granted. Enter Joint Stipulated Order Governing Protocol for Discovery of Documents and Electronically Stored Information. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.