## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Pablo Moreno Gonzalez, et al.
                             Plaintiff,

v.                                        Case No.: 1:25−cv−13323
                                               Honorable Robert W. Gettleman

Kristi Noem, et al.
                             Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Video hearing held 3/2/26. As described in the separately posted Order [188], Defendants' motion for extension of time [181] is granted in part. Defendants are to complete production of outstanding video records by 3/4/26. Failure to meet this deadline will have preclusive effect at the preliminary injunction hearing as described in the written order. Plaintiffs' request for fees [184] is denied. At the video hearing, Plaintiffs made an oral motion for confirmation of completeness of the production regarding audio and video recordings of Defendant Noem's visit to the Broadview facility. Defendants are ordered to serve Plaintiffs with a confirmation of completeness by 6:00 p.m. on 3/6/26 (along with supplemental production, if necessary). This certification must be supported by declaration of a person with knowledge of Defendants' audio and video records of Defendant Noem's visit. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.