# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Pablo Moreno Gonzalez, et al.

                         Plaintiff,

v.                                                  Case No.: 1:25−cv−13323
                                                   Honorable Robert W. Gettleman

Kristi Noem, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Video hearing held 3/4/26. For the reasons stated on the record, Plaintiffs' oral motion to compel electronic discovery that is not yet due is denied as unripe. Plaintiffs' oral motion to permit 7 hours for the preliminary injunction−related deposition of Shawn Byers is denied. Plaintiffs' oral motion to permit 7 hours for the deposition of Defendants' 30(b)(6) witness is granted. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.