UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PABLO MORENO GONZALEZ, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | No. 25-cv-13323 |
| ) | | |
| v. ) | | Hon. Laura K. McNally |
| ) | | |
| KRISTI NOEM, Secretary of the ) | | |
| U.S. Department of Homeland ) | | |
| Security, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |

ORDER

In this ruling, the Court addresses two related motions: Plaintiffs' Motion to Compel Documents Improperly Withheld as Privileged and Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel. As set forth below, Defendants' motion is denied. Plaintiffs' motion is granted in part and denied in part.

On February 26, 2026, Plaintiffs moved to compel 368 documents Defendants have withheld as privileged. (Dkt. 172.) That same day, the Court ordered Defendants to respond to Plaintiffs' motion by March 6, 2026. (Dkt. 174.) The Court also ordered Defendants to produce all challenged documents for *in camera* review. (*Id.*) On March 6, 2026, Defendants did not file a substantive response to Plaintiffs' motion. Instead, Defendants filed a Motion for Extension of Time, representing that they had begun a fresh review of their privilege claims and expected to narrow the number of documents in dispute. Defendants asked for another week to make final decisions as to which disputed documents, if any, they will continue to assert are privileged (Dkt. 204.)

With preliminary injunction fact discovery closing in less than two weeks, the Court cannot agree to the schedule the Defendants propose. Defendants' motion for extension of time is denied.

Turning to the Motion to Compel, by failing to respond to Plaintiffs' motion as ordered, the Defendants have waived the right to offer legal argument in support of their privilege claims. That does not mean, however, that Defendants have waived their asserted privileges.

The Court has reviewed each of the challenged documents that have been produced for *in camera* review. As specified in the attached chart, many of the documents do contain privileged attorney-client communications, and those materials may be withheld. Where privileged communications are embedded in email chains that also contain non-privileged communications, the email chains must be produced with only the privileged portions redacted. The attached chart specifies that scope of these redactions.

The Court also agrees with Defendants that several documents included highly sensitive law enforcement information, at those documents may be withheld. And then finally, there are many challenged documents that are fully non-privileged, and those must be produced.

In doing this review, the Court discovered eleven challenged documents were not included in the *in camera* set, presumably due to oversight. Given the high level of duplication throughout the entire production set, it seems likely that these eleven documents appear elsewhere in the challenged set. If not, Defendants should be able to review the Court's rulings with respect to the remaining documents and forecast what the ruling as to these documents would have been if they had been produced. Accordingly, the Court orders the parties to further confer as to these records. If further motion practice is needed, Defendants must file a motion by March 12, 2026. Absent such a motion or agreement of the parties, these eleven documents must be produced in their entirety.

The Court orders Defendants to produce all non-privileged documents that do not require redactions by March 11, 2026. For documents requiring redaction, those must be produced no later than March 12, 2026. Nothing in this order limits

Defendants' rights to designate materials Confidential or Attorneys' Eyes Only, consistent with the Agreed Confidentiality Order (Dkt. 103).

DATED: 3/9/2026

                                                  Laura K. McNally
                                                  U.S. Magistrate Judge

| Doc ID | Ruling | Redactions | Basis for Withholding |
|---|---|---|---|
| REV0000008444_0001 | Produce | | |
| REV0000008854_0003_0002 | Produce | | |
| REV0000008938_0002 | Produce | | |
| REV0000008977_0001 | Produce | | |
| REV0000008977_0002 | Produce | | |
| REV0000008981 | Produce | | |
| REV0000009148 | May withhold | | Attorney-client |
| REV0000009785 | Produce with redaction(s) | Redact 12/29/25 10:02. | Attorney-client |
| REV0000009787 | Produce with redaction(s) | Redact 12/30/25 12:58. Redact 12/29/25 10:02. | Attorney-client |
| REV0000010368 | Produce with redaction(s) | Redact 12/8/25 6:37 to and through 12/6/25 9:58. | Attorney-client |
| REV0000013736 | Produce with redaction(s) | Redact 11/21/25 5:31 and all previous. | Attorney-client |
| REV0000013737 | Produce with redaction(s) | Redact 11/21/25 5:31 and all previous. | Attorney-client |
| REV0000013843 | Produce with redaction(s) | Redact 11/22/25 5:07. Redact 11/21/25 6:24 and all previous. | Attorney-client |
| REV0000013843_0001 | Produce | | |
| REV0000014072 | Produce with redaction(s) | Redact 11/7/25 1:09 to and through 11/6/25 6:53. Redact 11/6/25 6:06. | Attorney-client |
| REV0000014102 | Produce | | |
| REV0000014108 | Produce with redaction(s) | Redact 11/7/25 6:00. | Attorney-client |
| REV0000014128 | Produce with redaction(s) | Redact 11/7/25 4:24 and all previous. | Attorney-client |
| REV0000014130 | Produce with redaction(s) | Redact 11/7/25 4:58 and all previous. | Attorney-client |
| REV0000014133 | Produce | | |
| REV0000014139 | Produce | | |
| REV0000014147 | Produce with redaction(s) | Redact 11/8/25 6:26. | Attorney-client |
| REV0000014149 | May withhold | | Attorney-client |
| REV0000014149_0002 | Produce | | |
| REV0000014149_0004 | Produce | | |
| REV0000014174 | Produce with redaction(s) | Redact 11/8/25 and previous | Attorney-client |
| REV0000014213 | May withhold | | Attorney-client |
| REV0000014218 | May withhold | | Attorney-client |
| REV0000014229 | Produce | | |

| | A | B | C | D |
|---|---|---|---|---|
| 31 | REV0000014229_0001 | Produce | | |
| 32 | REV0000014229_0001_0001 | Produce | | |
| 33 | REV0000014229_0002 | Produce | | |
| 34 | REV0000014312 | Produce with redaction(s) | Redact 11/11/25 9:02. | Attorney-client |
| 35 | REV0000014313 | May withhold | | Attorney-client |
| 36 | REV0000014319 | Produce with redaction(s) | Redact 11/11/25 5:27. Redact 11/11/25 9:02. | Attorney-client |
| 37 | REV0000014322 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 38 | REV0000014323 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 39 | REV0000014324 | May withhold | | Attorney-client |
| 40 | REV0000014325 | Produce with redaction(s) | Redact 11/11/25 5:59 and all previous. | Attorney-client |
| 41 | REV0000014326_0001 | Produce | | |
| 42 | REV0000014326_0002 | Produce | | |
| 43 | REV0000014326_0003 | Produce | | |
| 44 | REV0000014329_0001 | Produce | | |
| 45 | REV0000014329_0002 | Produce | | |
| 46 | REV0000014329_0002_0001 | Produce | | |
| 47 | REV0000014329_0003 | Produce | | |
| 48 | REV0000014344 | Produce | | |
| 49 | REV0000014510_0001 | Produce | | |
| 50 | REV0000014694 | Produce | | |
| 51 | REV0000014698 | May withhold | | Law enforcement |
| 52 | REV0000014978 | May withhold | | Law enforcement |
| 53 | REV0000015373 | May withhold | | Attorney-client |
| 54 | REV0000015376 | May withhold | | Attorney-client |
| 55 | REV0000015377 | May withhold | | Attorney-client |
| 56 | REV0000015389 | May withhold | | Attorney-client |
| 57 | REV0000016283 | Produce with redaction(s) | Redact 11/21/25 6:47 and all previous. | Attorney-client |
| 58 | REV0000016304 | Produce with redaction(s) | Redact 11/21/25 8:15 and all previous. | Attorney-client |
| 59 | REV0000016308 | Produce with redaction(s) | Redact 11/21/25 8:15 and all previous. | Attorney-client |
| 60 | REV0000016310 | Produce with redaction(s) | Redact 11/21/25 8:15 and all previous. | Attorney-client |
| 61 | REV0000016543 | Produce | | |
| 62 | REV0000016606_0001_0001 | Produce | | |
| 63 | REV0000020583_0001 | Produce | | |
| 64 | REV0000021582 | Produce with redaction(s) | Redact 12/21/25 4:57 and all previous. | Attorney-client |
| 65 | REV0000021591_0001 | Produce | | |

| | A | B | C | D |
|---|---|---|---|---|
| 66 | REV0000021673 | Produce | | |
| 67 | REV0000021673_0001 | Produce | | |
| 68 | REV0000022102 | Produce with redaction(s) | Redact 12/29/25 10:02 and all previous. | Attorney-client |
| 69 | REV0000022103 | Produce with redaction(s) | Redact 12/29/25 10:02 and all previous. | Attorney-client |
| 70 | REV0000022104 | Produce with redaction(s) | Redact 12/29/25 10:02 and all previous. | Attorney-client |
| 71 | REV0000022105 | Produce with redaction(s) | Redact 12/30/25 12:58. Redact 12/29/25 10:02 and all previous. | Attorney-client |
| 72 | REV0000022663 | Did not include in set provided for in camera review | | |
| 73 | REV0000022663_0001 | Did not include in set provided for in camera review | | |
| 74 | REV0000022955_0001 | Produce | | |
| 75 | REV0000022955_0002 | Produce | | |
| 76 | REV0000022955_0003 | Produce | | |
| 77 | REV0000022955_0004 | Produce | | |
| 78 | REV0000022955_0005 | Produce | | |
| 79 | REV0000023188_0001 | Produce | | |
| 80 | REV0000023188_0002 | Produce | | |
| 81 | REV0000023188_0003 | Produce | | |
| 82 | REV0000023476 | Produce with redaction(s) | Redact 11/22/25 4:02. Redact 11/21/25 8:15 and all previous. | Attorney-client |
| 83 | REV0000023478 | Produce with redaction(s) | Redact 11/21/25 6:24 and all previous. | Attorney-client |
| 84 | REV0000023483 | Produce | | |
| 85 | REV0000023487 | Produce | | |
| 86 | REV0000023494 | Produce with redaction(s) | Redact 11/21/25 6:24 and all previous. | Attorney-client |
| 87 | REV0000023494_0001 | Produce | | |
| 88 | REV0000024394 | Produce with redaction(s) | Redact 11/21/25 6:24 and all previous. | Attorney-client |
| 89 | REV0000024394_0001 | Produce | | |
| 90 | REV0000024401 | Produce | | |
| 91 | REV0000024458 | Produce | | |
| 92 | REV0000024458_0001 | Produce | | |
| 93 | REV0000024458_0002 | Produce | | |
| 94 | REV0000024458_0003 | Produce | | |

| | A | B | C | D |
|---|---|---|---|---|
| 95 | REV0000024458_0003_0001 | Produce | | |
| 96 | REV0000024492 | Produce with redaction(s) | Redact 12/6/25 7:47. | Attorney-client |
| 97 | REV0000024492_0002 | Produce | | |
| 98 | REV0000024538 | Produce with redaction(s) | Redact 11/9/25 6:22 to and through 11/9/25 11:04 | |
| 99 | REV0000024538_0001 | Produce | | |
| 100 | REV0000024538_0002 | Produce | | |
| 101 | REV0000024583 | Produce | | |
| 102 | REV0000024590 | Produce | | |
| 103 | REV0000024593 | May withhold | | Attorney-client |
| 104 | REV0000024600 | May withhold | | Attorney-client |
| 105 | REV0000024621 | Produce | | |
| 106 | REV0000024622 | Produce | | |
| 107 | REV0000024870 | May withhold | | Attorney-client |
| 108 | REV0000024903 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 109 | REV0000024905 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 110 | REV0000024905_0001 | Produce | | |
| 111 | REV0000024905_0001_0001 | Produce | | |
| 112 | REV0000024905_0002 | Produce | | |
| 113 | REV0000024906 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 114 | REV0000024908 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 115 | REV0000024909 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 116 | REV0000024912 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 117 | REV0000024917 | May withhold | | Attorney-client |
| 118 | REV0000024918 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 119 | REV0000024919 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 120 | REV0000024924 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 121 | REV0000024924_0001 | Produce | | |
| 122 | REV0000024924_0002 | Produce | | |
| 123 | REV0000024924_0002_0001 | Produce | | |
| 124 | REV0000024924_0003 | Produce | | |
| 125 | REV0000024928 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 126 | REV0000024930_0001 | Produce | | |
| 127 | REV0000024930_0002 | Produce | | |
| 128 | REV0000024930_0002_0001 | May withhold | | Attorney-client |

| | A | B | C | D |
|---|---|---|---|---|
| 129 | REV0000024930_0003 | Produce | | |
| 130 | REV0000024930_0004 | Produce | | |
| 131 | REV0000024973 | Produce | | |
| 132 | REV0000024973_0001 | Produce | | |
| 133 | REV0000024979 | Produce | | |
| 134 | REV0000024979_0001 | Produce | | |
| 135 | REV0000024979_0001_0005 | Produce | | |
| 136 | REV0000024980 | Produce | | |
| 137 | REV0000024981 | Produce | | |
| 138 | REV0000025054 | May withhold | | Law Enforcement |
| 139 | REV0000025163 | Produce | | |
| 140 | REV0000025249 | Produce | | |
| 141 | REV0000025346 | Produce | | |
| 142 | REV0000025346_0001 | Produce | | |
| 143 | REV0000025346_0002 | Produce | | |
| 144 | REV0000025346_0003 | Produce | | |
| 145 | REV0000025772 | Produce with redaction(s) | Redact 11/20/25 10:29 and previous to and through 11/19/25 3:36. | Attorney-client |
| 146 | REV0000025783 | Produce with redaction(s) | Redact 11/20/25 11:40 and previous to and through 11/19/25 3:36. | Attorney-client |
| 147 | REV0000025789 | Produce with redaction(s) | Redact 11/20/25 5:45. | Attorney-client |
| 148 | REV0000025936 | Produce | | |
| 149 | REV0000025943 | Produce | | |
| 150 | REV0000025956 | Produce | | |
| 151 | REV0000025999 | Produce | | |
| 152 | REV0000026000 | Produce | | |
| 153 | REV0000026003 | Produce | | |
| 154 | REV0000026071 | Produce with redaction(s) | Redact 11/1/25 8:50 and all previous. | Attorney-client |
| 155 | REV0000026077 | Produce with redaction(s) | Redact 11/1/25 8:50 and all previous. | Attorney-client |
| 156 | REV0000026080 | Produce | | |
| 157 | REV0000026084 | Prode | | |
| 158 | REV0000026099 | Produce | | |
| 159 | REV0000026104 | May withhold | | Attorney-client |
| 160 | REV0000026115 | Produce with redaction(s) | Redact 11/2/25 2:10 and all previous. | Attorney-client |
| 161 | REV0000026116 | May withhold | | |

|     | A | B | C | D |
|-----|---|---|---|---|
| 162 | REV0000026121 | May withhold | | |
| 163 | REV0000026135 | May withhold | | |
| 164 | REV0000026137 | May withhold | | |
| 165 | REV0000026138 | May withhold | | |
| 166 | REV0000026158 | Produce | | |
| 167 | REV0000026191 | Produce with redaction(s) | Redact 11/1/25 8:50 and all previous. | Attorney-client |
| 168 | REV0000026217 | Produce with redaction(s) | Redact 11/1/25 8:50 and all previous. | Attorney-client |
| 169 | REV0000026235 | Produce with redaction(s) | Redact 11/1/25 8:50 and all previous. | Attorney-client |
| 170 | REV0000026347 | Produce | | |
| 171 | REV0000026781 | Produce with redaction(s) | Redact 12/29/25 10:02. | Attorney-client |
| 172 | REV0000026782 | Produce with redaction(s) | Redact 12/30/25 1:01. Redact 12/29/25 6:58. Redact 12/29/25 10:02. | Attorney-client |
| 173 | REV0000026982 | Produce | | |
| 174 | REV0000027092 | Produce with redaction(s) | Redact 11/21/25 6:24 and all previous. | Attorney-client |
| 175 | REV0000027307 | Produce with redaction(s) | Redact 11/9/25 12:23 and all previous. | Attorney-client |
| 176 | REV0000027339 | Produce | | |
| 177 | REV0000027359 | May withhold | | Attorney-client |
| 178 | REV0000027406 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous. | Attorney-client |
| 179 | REV0000027407 | Produce with redaction(s) | Redact 11/11/25 6:19. | Attorney-client |
| 180 | REV0000027410 | May withhold | | Law Enforcement |
| 181 | REV0000027706 | May withhold | | Attorney-client |
| 182 | REV0000027707 | Produce with redaction(s) | Redact 11/2/25 2:10 and all previous. | Attorney-client |
| 183 | REV0000027707_0001 | May withhold | | Attorney-client |
| 184 | REV0000028123 | May withhold | | Attorney-client |
| 185 | REV0000028213 | Produce with redaction(s) | Redact 11/7/25 4:24 and all previous. | Attorney-client |
| 186 | REV0000028215 | Produce with redaction(s) | Redact 11/7/25 4:24 and all previous. | Attorney-client |
| 187 | REV0000028219 | Produce with redaction(s) | Redact 11/7/25 4:24 and all previous. | Attorney-client |
| 188 | REV0000028221 | Produce with redaction(s) | Redact 11/7/25 4:24 and all previous. | Attorney-client |
| 189 | REV0000028223_0001 | Produce | | |
| 190 | REV0000028225 | Produce with redaction(s) | Redact 11/7/25 4:24 and all previous. | Attorney-client |
| 191 | REV0000028305_0001 | Produce | | |
| 192 | REV0000028334 | May withhold | | Attorney-client |
| 193 | REV0000028363 | Produce | | |
| 194 | REV0000028366 | Produce | | |
| 195 | REV0000028369 | May withhold | | Attorney-client |

| A | B | C | D |
|---|---|---|---|
| 196 REV0000028408 | Did not include in set provided for in camera review | | |
| 197 REV0000028412 | Produce with redaction(s) | Redact 11/9/25 6:08. Redact 11/9/25 11:56. Redact 11/9/25 11:04. | Attorney-client |
| 198 REV0000028537 | May withhold | | Attorney-client |
| 199 REV0000028556 | Produce with redaction(s) | Redact 11/8/25 11:43 and all previous. | Attorney-client |
| 200 REV0000028556_0001 | Produce | | |
| 201 REV0000028557 | Produce with redaction(s) | Redact 11/8/25 11:43 and all previous. | Attorney-client |
| 202 REV0000028557_0001 | Produce | | |
| 203 REV0000028767 | Produce with redaction(s) | Redact 12/6/25 6:32. | Attorney-client |
| 204 REV0000028767_0002 | Produce | | |
| 205 REV0000028772 | Produce with redaction(s) | Redact 12/6/25 6:32. | Attorney-client |
| 206 REV0000028772_0002 | Produce | | |
| 207 REV0000028940 | Produce | | |
| 208 REV0000029713 | Produce with redaction(s) | Redact 12/6/25 6:32. | Attorney-client |
| 209 REV0000029713_0002 | Produce | | |
| 210 REV0000034189 | Produce with redaction(s) | Redact 12/29/25 10:02 and all previous. | Attorney-client |
| 211 REV0000034190 | Produce with redaction(s) | Redact 12/29/25 10:02 and all previous. | Attorney-client |
| 212 REV0000034191 | Produce with redaction(s) | Redact 12/29/25 10:02 and all previous. | Attorney-client |
| 213 REV0000034192 | Produce with redaction(s) | Redact 12/30/25 1:01. Redact 12/29/25 6:58. Redact 12/29/25 10:02 and all previous. | Attorney-client |
| 214 REV0000034595 | Produce | | |
| 215 REV0000034601 | Produce with redaction(s) | Redact 12/6/25 8:54. | Attorney-client |
| 216 REV0000034746 | Produce | | |
| 217 REV0000037450 | Produce with redaction(s) | Redact 12/29/25 10:02 | Attorney-client |
| 218 REV0000039107 | May withhold | | Attorney-client |
| 219 REV0000039317 | May withhold | | Attorney-client |
| 220 REV0000039317_0001 | Produce | | |
| 221 REV0000039317_0002 | Produce | | |
| 222 REV0000039344 | Produce with redaction(s) | Redact 11/21/25 2:29 and all previous. | Attorney-client |
| 223 REV0000041243 | Produce | | |
| 224 REV0000041254 | Produce | | |
| 225 REV0000041561 | May withhold | | Attorney-client |
| 226 REV0000041561_0001 | Produce | | |

| | A | B | C | D |
|---|---|---|---|---|
| 227 | REV0000041561_0002 | Produce | | |
| 228 | REV0000041668 | May withhold | | Attorney-client |
| 229 | REV0000041668_0001 | Produce | | |
| 230 | REV0000041668_0002 | Produce | | |
| 231 | REV0000041964 | May withhold | | Attorney-client |
| 232 | REV0000041964_0001 | Produce | | |
| 233 | REV0000042754 | May withhold | | Attorney-client |
| 234 | REV0000043529_0001_0001 | Produce | | |
| 235 | REV0000043534_0001_0002 | Produce | | |
| 236 | REV0000043534_0002_0002 | Produce | | |
| 237 | REV0000043567 | May withhold | | Attorney-client |
| 238 | REV0000043571 | Produce with redaction(s) | Redact 11/11/25 9:15 and all previous. | Attorney-client |
| 239 | REV0000043928_0001 | Produce | | |
| 240 | REV0000043928_0002 | Produce | | |
| 241 | REV0000044136_0002 | Produce | | |
| 242 | REV0000044136_0003 | Produce | | |
| 243 | REV0000044136_0003_0001 | Produce | | |
| 244 | REV0000044136_0004_0001 | Produce | | |
| 245 | REV0000044136_0004_0002 | Produce | | |
| 246 | REV0000044136_0004_0003 | Produce | | |
| 247 | REV0000044136_0004_0004 | Produce | | |
| 248 | REV0000044136_0005 | Produce | | |
| 249 | REV0000044136_0006 | Produce | | |
| 250 | REV0000044136_0007 | Produce | | |
| 251 | REV0000044136_0011 | Produce | | |
| 252 | REV0000044546 | May withhold | | Attorney-client |
| 253 | REV0000044560 | Produce with redaction(s) | Redact 11/21/25 5:13. Redact 11/20/25 10:52 and all previous to and including 11/19/25 3:36. | Attorney-client |
| 254 | REV0000044566 | Produce with redaction(s) | Redact 11/21/25 5:31 and all previous. | Attorney-client |
| 255 | REV0000044581 | May withhold | | Attorney-client |
| 256 | REV0000044659 | Produce with redaction(s) | Redact 11/21/25 2:29 and all previous. | Attorney-client |
| 257 | REV0000044662 | Produce with redaction(s) | Redact 11/21/25 6:24 and all previous. | Attorney-client |
| 258 | REV0000044664 | Produce with redaction(s) | Redact 11/21/25 6:24 and all previous. | Attorney-client |
| 259 | REV0000044872 | Produce | | |

| A | B | C | D |
|---|---|---|---|
| 260 REV0000045373 | Produce | | |
| 261 REV0000045374 | Produce | | |
| 262 REV0000045376 | Produce | | |
| 263 REV0000045380 | Produce | | |
| 264 REV0000045556 | Produce | | |
| 265 REV0000045567 | Produce | | |
| 266 REV0000045613 | Produce | | |
| 267 REV0000045614 | Produce | | |
| 268 REV0000045630 | Produce | | |
| 269 REV0000045633 | Produce | | |
| 270 REV0000045670 | Produce | | |
| 271 REV0000045718 | May withhold | | Attorney-client |
| 272 REV0000045736 | Produce | | |
| 273 REV0000045736_0001 | Produce | | |
| 274 REV0000045753 | Produce | | |
| 275 REV0000045753_0001 | Produce | | |
| 276 REV0000045757 | Produce | | |
| 277 REV0000045823_0001 | Produce | | |
| 278 REV0000045840_0001 | Did not include in set provided for in camera review | | |
| 279 REV0000045840_0002 | Did not include in set provided for in camera review | | |
| 280 REV0000045890 | Produce | | |
| 281 REV0000045999 | Produce | | |
| 282 REV0000046001_0001_0001 | Produce | | |
| 283 REV0000046018 | Produce with redaction(s) | Redact 11/9/25 1:25 and all previous. | Attorney-client |
| 284 REV0000046027 | Produce with redaction(s) | Redact 11/9/25 5:07. | Attorney-client |
| 285 REV0000046051 | Produce with redaction(s) | Redact 11/21/25 2:29 and all previous. | Attorney-client |
| 286 REV0000046244_0001 | Produce | | |
| 287 REV0000046244_0002 | Produce | | |
| 288 REV0000046244_0003 | Produce | | |
| 289 REV0000046244_0004 | Produce | | |
| 290 REV0000046244_0005 | Produce | | |

|   | A | B | C | D |
|---|---|---|---|---|
| 291 | REV0000046334_0001 | Produce | | |
| 292 | REV0000046482 | May withhold | | Attorney-client |
| 293 | REV0000046486_0001 | Produce | | |
| 294 | REV0000046486_0002 | Produce | | |
| 295 | REV0000046548_0002 | Produce | | |
| 296 | REV0000046548_0003 | | | |
| 297 | REV0000046548_0003_0001 | | | |
| 298 | REV0000046548_0004 | | | |
| 299 | REV0000046548_0004_0001 | Produce | | |
| 300 | REV0000046548_0004_0002 | Produce | | |
| 301 | REV0000046548_0004_0003 | Produce | | |
| 302 | REV0000046548_0004_0004 | Produce | | |
| 303 | REV0000046548_0005 | Produce | | |
| 304 | REV0000046548_0006 | Produce | | |
| 305 | REV0000046548_0007 | Produce | | |
| 306 | REV0000046548_0011 | Produce | | |
| 307 | REV0000046580_0001 | Produce | | |
| 308 | REV0000046724 | Produce with redaction(s) | Redact 11/8/25 11:43 and all previous | Attorney-client |
| 309 | REV0000046724_0001 | Produce | | |
| 310 | REV0000046725 | Produce with redaction(s) | Redact 11/8/25 11:43 and all previous | Attorney-client |
| 311 | REV0000046725_0001 | Produce | | |
| 312 | REV0000047615 | Produce | | |
| 313 | REV0000058175 | Did not include in set provided for in camera review | | |
| 314 | REV0000061030 | Produce with redaction(s) | Redact 11/7/25 4:24 and all previous | Attorney-client |
| 315 | REV0000061045 | Produce | | |
| 316 | REV0000061047 | May withhold | | Attorney-client |
| 317 | REV0000061078 | Produce with redaction(s) | Redact 11/8/25 11:43 and all previous | Attorney-client |
| 318 | REV0000061078_0001 | Produce | | |
| 319 | REV0000061079 | Produce with redaction(s) | Redact 11/8/25 12:16 and all previous | Attorney-client |
| 320 | REV0000061082_0001 | Produce | | |
| 321 | REV0000061090 | Produce with redaction(s) | Redact 11/8/25 12:28 and all previous | Attorney-client |
| 322 | REV0000061093 | Produce | | |
| 323 | REV0000061096 | Produce | | |

| | A | B | C | D |
|---|---|---|---|---|
| 324 | REV0000061101 | Produce | | |
| 325 | REV0000061103 | Produce | | |
| 326 | REV0000061121 | May withhold | | Attorney-client |
| 327 | REV0000061764 | Produce | | |
| 328 | REV0000061767_0001 | Produce | | |
| 329 | REV0000062558 | Produce with redaction(s) | Redact 11/11/25 4:51 and all previous | Attorney-client |
| 330 | REV0000065406 | Did not include in set provided for in camera review | | |
| 331 | REV0000065406_0001 | Produce | | |
| 332 | REV0000065494 | Produce | | |
| 333 | REV0000065496 | Produce with redaction(s) | Redact 11/1/25 8:50 and all previous | Attorney-client |
| 334 | REV0000065511 | Produce | | |
| 335 | REV0000065524 | Produce | | |
| 336 | REV0000065719 | Produce with redaction(s) | Redact 11/21/25 6:47 and all previous | Attorney-client |
| 337 | REV0000068508 | Produce | | |
| 338 | REV0000069026 | Produce | | |
| 339 | REV0000069058 | May withhold | | Attorney-client |
| 340 | REV0000069060 | May withhold | | Attorney-client |
| 341 | REV0000069066 | May withhold | | Attorney-client |
| 342 | REV0000069066_0001 | May withhold | | Attorney-client |
| 343 | REV0000069076 | May withhold | | Attorney-client |
| 344 | REV0000069076_0001 | Did not include in set provided for in camera review | | |
| 345 | REV0000069085 | May withhold | | Attorney-client |
| 346 | REV0000069135_0001 | Produce | | |
| 347 | REV0000069135_0002 | Produce | | |
| 348 | REV0000069143 | Did not include in set provided for in camera review | | |
| 349 | REV0000072085 | May withhold | | Attorney-client |
| 350 | REV0000072107 | Produce | | |
| 351 | REV0000072469 | May withhold | | Attorney-client |
| 352 | REV0000073710 | Produce | | |

| | A | B | C | D |
|---|---|---|---|---|
| 353 | REV0000073810 | Produce with redaction(s) | Redact 11/21/25 6:59. Redact 11/21/25 6:47 and all previous | Attorney-client |
| 354 | REV0000073932 | May withhold | | Attorney-client |
| 355 | REV0000073937 | Produce with redaction(s) | Redact 11/8/25 11:43 and all previous | |
| 356 | REV0000073990 | Did not include in set provided for in camera review | | |
| 357 | REV0000074096 | May withhold | | Attorney-client |
| 358 | REV0000074200 | Produce | | |
| 359 | REV0000074207 | Did not include in set provided for in camera review | | |
| 360 | REV0000074223 | Produce with redaction(s) | Redact 11/1/25 8:50 and all previous | Attorney-client |
| 361 | REV0000074224 | Produce with redaction(s) | Redact 11/1/25 8:50 and all previous | Attorney-client |
| 362 | REV0000074233 | Produce with redaction(s) | Redact 11/2/25 5:49. Redact 11/2/25 11:43. | Attorney-client |
| 363 | REV0000074302 | Produce | | |
| 364 | REV0000074303 | Produce | | |
| 365 | REV0000074306 | Produce | | |
| 366 | REV0000074307 | Produce | | |
| 367 | REV0000074313 | Produce with redaction(s) | Redact 11/6/25 5:33 | Attorney-client |
| 368 | REV0000074352 | May withhold | | Attorney-client |

| Color | Meaning |
|---|---|
| Yellow | Challenging assertion of Law Enforcement Investigatory Privilege (LEP) |
| Orange | Challenging assertion of Deliberative Process Privilege (DPP) |
| Blue | Challenging assertion of Attorney-Client Privilege (ACP) or Work Product Privilege (WP) |
| Gray | Challenging assertion of ACP/WP (inadvertently omitted from motion) |
| Red | Challenging assertion of LEP and DPP |
| Green | Challenging assertion of ACP/WP and LEP |
| Purple | Challenging assertion of ACP/WP and DPP |
| Pink | Challenging assertion of ACP/WP, LEP & DPP |
|  | **Total challenged** |

| Tally |
|---:|
| 200 |
| 30 |
| 34 |
| 2 |
| 36 |
| 16 |
| 3 |
| 45 |
| **366** |