UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Pablo Moreno Gonzalez, et al.
                          Plaintiff,

v.                                             Case No.: 1:25−cv−13323
                                                    Honorable Robert W. Gettleman

Kristi Noem, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Video hearing held 3/10/26 regarding Plaintiffs' Motion to Compel [173]. For the reasons stated on the record, the motion is granted in part and denied in part as moot in part. Defendants represented on the record that they have completed production of all outstanding emergency and medical incident reports as well as all significant incident reports. Subject to Defendants' serving certification of that fact by 3/13/26, this portion of [173] is denied as moot. With respect to telephone records, Defendants are ordered to produce the requested records by 3/13/26 or notify Plaintiffs that they will not meet this deadline. With respect to documents requested in Plaintiffs' Sixth Set of Document Requests as well as the phone records not produced by 3/13/26, the Court finds that Defendants have failed to comply with the requirements of the Rules of Civil Procedure and have offered no good cause for their failures. The Court further finds that given the imminent close of fact discovery for preliminary injunction purposes on 3/20/26, Plaintiffs have been prejudiced by Defendants' failures to comply with the discovery rules. Accordingly, at the 4/21/26 preliminary injunction hearing, Defendants are precluded from offering testimony or evidence to rebut the evidence or testimony offered by Plaintiffs with respect to telephone access granted to non−citizens to speak with attorneys (if phone records are not produce), deployment of the voluntary departure program at Broadview, provision of translation services, or Defendants' awareness of the conditions at Broadview. Defendants are not precluded from cross−examining Plaintiffs' witnesses on these topics. If the date for the preliminary injunction hearing changes, the Court will entertain motions to revisit this ruling as well as the preclusive ruling in [188]. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.