**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.

Plaintiff,

v.

Case No.: 1:25−cv−13323
Honorable Robert W. Gettleman

Kristi Noem, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

MINUTE entry before the Honorable Laura K. McNally. Video hearing held 3/10/26 regarding Plaintiffs' Emergency Motion to Compel [202]. This motion was filed before the deadline provided by the Rules of Civil Procedure for Defendants to produce the requested records, and on that basis the motion is denied. This ruling is without prejudice for Plaintiffs to seek relief following expiration of the deadline, conditioned on compliance with Local Rule 37.2. For purposes of the conferral process, the Court orders Defendants to make available for discovery conferences, along with counsel of record, an individual or individuals with knowledge of the records or recordkeeping at issue. That individual may be agency counsel. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.