**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.

Plaintiff,

v.                                                         Case No.: 1:25−cv−13323
                                                           Honorable Robert W. Gettleman

Kristi Noem, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 15, 2026:

    MINUTE entry before the Honorable Virginia M. Kendall: On review of the parties' Joint Status Report [216], by agreement of the parties, the TRO entered by this court on 11/5/2025 [49] wll remain in effect until further order of the court. Defendants' motion to withdraw its motion to dismiss [141] without prejudice is granted. This order has been reviewed and approved by Chief Judge Kendall in the court's absence. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.